1　MARTIN A. SCHAINBAUM (CSB # 37257)
　BRYANT W.H. SMITH (CSB #250035)
2　MARTIN A. SCHAINBAUM, PLC
　351 California Street, Suite 800
3　San Francisco, CA 94104
　Telephone:　(415) 777-1040
4　Fax:　　　(415) 981-1065

5　Attorneys for Plaintiff

E-miing ORIGINAL FILED

JUL - 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7　　　　　UNITED STATES DISTRICT COURT

8　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA

9　　　　　SAN FRANCISCO DIVISION

10

11　TOM GONZALES, as Personal　　　　) 　Case No.:
　Representative for the Estate of Thomas J.　)
12　Gonzales, II,　　　　　　　　　　　) 　COMPLAINT and DEMAND FOR JURY
　　　　　　　　　　　　　　　　　) 　TRIAL
13　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)
14　　　　vs.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
15　UNITED STATES OF AMERICA, the　)
　DEPARTMENT OF TREASURY by its　)
16　agency, the INTERNAL REVENUE　　)
　SERVICE,　　　　　　　　　　　　)
17　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)
18　　　　　　　　　　　　　　　　)

19

20　　　Plaintiff, TOM GONZALES, as Personal Representative for the Estate of Thomas J.

21　Gonzales, II, alleges:

22　　　　　　　　　　I. JURISDICTION

23　　　1.　This is an income tax controversy for Plaintiff, TOM GONZALES, as Personal

24　Representative for the Estate of Thomas J. Gonzales, II (hereafter "Plaintiff"), for the tax years

25　ended December 31, 2000 and December 31, 2001.

2.  The will of the decedent taxpayer, Thomas J. Gonzales, II (hereafter "decedent taxpayer") was submitted for probate in the Superior Court for the County of Contra Costa on January 29, 2002, a location within the Northern District of California.

3.  The decedent taxpayer's income tax return for the tax year 2000 used decedent taxpayer's address at 200 Piedmont Lane, Danville, CA 94526, a location within the Northern District of California.

4.  Defendants are the United States of America, its Department of Treasury, and its agency, the Internal Revenue Service (hereafter "Defendants").

5.  Defendants issued a statutory Notice of Deficiency, a copy of which is attached hereto as Exhibit B to Exhibit 1, *infra* (hereafter "Exhibit B"), and incorporated by this reference as though fully set forth herein, on December 6, 2006, to: Thomas J. Gonzales (Deceased), [sic] Thomas J. Gonzales, II, Executor, [sic] 110 Mason Circle, Suite B, Concord, CA 94520-1328, for the aforementioned deceased Taxpayer's 1040 tax years ended December 31, 2000 and December 31, 2001.

6.  Plaintiff paid $31,478,202.00 under protest as an illegal assessment to Defendant United States Treasury on or about April 13, 2007, for the tax deficiency and penalty determined by Defendants in their notice of deficiency, by Merrill Lynch Official Check numbered 266963628, dated 4/11/2007, in the amount of $31,478,002.00, and Personal Money Order drawn on Wells Fargo Bank, numbered 0000111014, and dated 4/13/07, in the amount of $200.00, both checks totaling $31,478,202.00.  Payment was acknowledged received by the Internal Revenue Service by the assignment of payment DLN: 89217-106-82800-7.

7.  On or about August 17, 2007, Plaintiff filed timely tax refund claims for overpayment of income tax for tax years 2000 and 2001, sent by certified mail, return receipt requested, copies

of which are attached hereto as Exhibit 1. Each and every statement contained in Exhibit 1 is incorporated by this reference as though fully set forth herein.

8. Plaintiff alleges that a substantial part of the events or omissions giving rise to the refund claims occurred in the Northern District of California. Venue is thus appropriately placed in the Northern District of California, pursuant to 28 U.S.C. § 1391.

9. Approximately 10 months have elapsed since Plaintiff filed the subject refund claims. Defendant's Internal Revenue Service partially disallowed Plaintiff's refund claims on June 11, 2008,[*] a copy of the aforementioned Notices of Disallowance are attached hereto as Exhibits 2 and 3, respectively, and incorporated by this reference as though fully set forth herein. Accordingly, pursuant to 26 U.S.C. §§ 6532, 7422, the conditions precedent to commence this refund action have been satisfied. Therefore, Plaintiff hereby exercises his right under 28 U.S.C. § 2402 and 26 U.S.C. § 7422 to bring this civil action against the United States for the recovery of an internal revenue tax erroneously assessed and collected.

10. The District Court for the Northern District of California has jurisdiction pursuant to 26 U.S.C. §§ 7402(a), 7422, and 28 U.S.C. §§ 1346(a)(1).

## II. BACKGROUND

11. As previously alleged, on December 6, 2006, Defendants issued to Plaintiff a statutory Notice of Deficiency that determined an income tax deficiency for the decedent taxpayer of $26,231,835.00 (exclusive of interest) and a penalty under 26 U.S.C. § 6662(a) of $5,246,367.00 for the tax year ended December 31, 2000, and an alleged $2,130,142.00 decrease in the decedent taxpayer's net tax loss for the tax year ended December 31, 2001, due to

---

[*] The Notice of Disallowance, represented by Exhibit 2, concedes that the accuracy-related penalty, pursuant to 26 U.S.C. § 6662, for 2000, in the amount of $5,246,367.00 is inappropriate and therefore conceded by the United States of America. Thus, the amount of $5,246,367.00, together with interest as allowed by law is to be refunded.

disallowed itemized deductions and a disallowed deduction for a refund of State Income Tax (actually an exclusion due to no tax benefit having been received at the time the state income tax deduction was claimed).

12. Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, asserted the disallowance of a capital loss in the amount of $142,002,000.00 for the acquisition and disposition of United States Treasury Bonds and a resulting net capital gain of $130,931,487.00 for tax year 2000, for the following reasons:  (1) "the amount [the decedent taxpayer] realized from the disposition of [his] purported interest in the U.S. Treasury bonds was not less than [the decedent taxpayer's] basis in that interest;" (2) the decedent taxpayer has "not established that [he is] entitled to the loss claimed under the Internal Revenue Code and regulations thereunder, including but not limited to § 165 and § 465;" (3) the decedent taxpayer has "not established that the transfer of [his] purported interest in the U.S. Treasury bonds was a taxable transaction;" (4) "the transactions giving rise to the claimed loss are not respected for federal income tax purposes because they lacked economic substance;" and (5) "the substance of the underlying transactions, as opposed to the form, does not entitle you to the claimed loss." (Exhibit B, first two pages of Form 886-A.)

13. Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also required the disallowance of decedent taxpayer's claimed losses in 2000 for "Xing mail, Swing Solutions, and Auto Parts, etc." (Exhibit B, second page of Form 886-A.)

14. Further, Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also required the disallowance of decedent taxpayer's claimed 2001 carryover loss, from tax year 2000, in the amount of $11,070,513. (Exhibit B, second page of Form 886-A.)

15. Additionally, Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also required the disallowance of itemized deductions in the amount of $452,182 for the tax year ended December 31, 2000, because "[a]n individual whose adjusted gross income exceeds a threshold amount must reduce the amount of allowable itemized deductions by three percent of the excess over the threshold amount." (Exhibit B, second and third pages of Form 886-A.)

16. Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also required the disallowance of itemized deductions in the amount of $1,986,369.00 for the tax year ended December 31, 2001 because the decedent taxpayer "failed to substantiate the claimed $1,986,369 of miscellaneous expenses." (Exhibit B, second page of Form 886-A.)

17. Further, Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also required the disallowance of the deduction (exclusion from income) for State Income Tax of $143,773 received during the tax year ended December 31, 2001 "due to the adjustments in [that] report." (Exhibit B, third page of Form 886-A.)

18. Further, Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, also asserted the inapplicability of the Alternative Minimum Tax of $78,993 for the tax year ended December 31, 2000 "due to the adjustments in [that] report." (Exhibit B, third page of Form 886-A.)

19. Finally, Defendant's position, as stated in the December 6, 2006, Notice of Deficiency, that the accuracy-related penalty of $5,246,367 should be imposed because "the underpayment of tax required to be showed [sic] on the returns for the taxable year 2000 is attributable to negligence or disregard of rules and regulations and is a substantial

understatement of tax." (Exhibit B, third page of Form 886-A.) The assertion of the

aforementioned accuracy-related penalty is now subject to Defendant's concession as stated in

Exhibit 2, resulting in an overpayment and refund of $5,246,367.00, together with interest as

allowed by law.

## III. CAUSES OF ACTION

A.    THE SPECIFIC ALLEGATIONS OF THE NOTICE OF DEFICIENCY ARE
        NOT VALID AGAINST PLAINTIFF

20.  Plaintiff contests the validity of the Notice of Deficiency and each and every item

contained therein proposing to make adjustments to decedent taxpayer's tax benefits and increase

his tax liability, in any amount, for his tax year ended December 31, 2000 or decrease his

claimed tax losses for 2001, based upon each and every statement contained in Exhibit 1,

previously incorporated by reference as though fully set forth herein, and summarized as follows:

21.  It is error for Defendants to disallow a capital loss in the amount of $142,002,000.00,

or any other amount, for the taxable year 2000, for the following alleged reasons: (1) "the

amount [the decedent taxpayer] realized from the disposition of [his] purported interest in the

U.S. Treasury bonds was not less than [the decedent taxpayer's] basis in that interest;" (2) the

decedent taxpayer has "not established that [he is] entitled to the loss claimed under the Internal

Revenue Code and regulations thereunder, including but not limited to § 165 and § 465;" (3) the

decedent taxpayer has "not established that the transfer of [his] purported interest in the U.S.

Treasury bonds was a taxable transaction;" (4) "the transactions giving rise to the claimed loss

are not respected for federal income tax purposes because they lacked economic substance;" and

(5) "the substance of the underlying transactions, as opposed to the form, does not entitle you to

the claimed loss."

22. It is error for Defendants to disallow itemized deductions in the amount of $1,986,369.00, or any other amount, for the taxable year 2000, for any reason.

23. It is error for Defendants to disallow the deduction (exclusion from gross income insofar as decedent taxpayer did not previously receive any tax benefit from the claimed deduction) for State Income Tax Refund of $143,773, or any other amount, for the taxable year 2000, for any reason.

24. It is error for Defendants to not apply the Alternative Minimum Tax of $78,993, or any other amount, for the taxable year 2000, for any reason.

25. It is error, arbitrary and capricious for Defendants to determine and impose an accuracy-related penalty for an alleged substantial underpayment of tax.

26. Since the issuance of the Notice of Deficiency, Defendants have acknowledged and conceded that the determination and imposition of an accuracy-related penalty is inappropriate in this case in its partial disallowance of Plaintiff's claim for refund, a copy of which is attached hereto as Exhibit 2 and previously incorporated by reference as though fully set forth herein. Consequently, Plaintiff is due a refund of $5,246,367.00, together with interest as allowed by law.

27. Decedent taxpayer timely filed his individual tax return for the tax years ended December 31, 2000 and December 31, 2001, reporting basis or adjusted basis and amount realized in all assets set forth on their respective tax returns at the correct valuation, supportable by economic substance and reality, pursuant to the relevant provisions of the Internal Revenue Code, Treasury Regulations and Rulings thereunder.

28. Decedent taxpayer did not understate his individual tax liability for the tax years ended December 31, 2000 and December 31, 2001.

29.  Decedent taxpayer, in filing his individual tax return for the tax years ended December 31, 2000 and December 31, 2001, made every reasonable attempt to comply with the provisions of the Internal Revenue Code, and applicable Treasury Regulations and Rulings. Decedent taxpayer did not disregard in any manner any of the provisions of the Internal Revenue Code, nor any applicable Treasury Regulations or Rulings.

30.  Decedent taxpayer, in filing his individual tax return for the tax years ended December 31, 2000 and December 31, 2001, did not understate his individual tax liability, and instead reported and adequately disclosed all items on his income tax return pursuant to substantial authority, reasonably believing that the positions taken on his tax return were more likely than not the correct treatment of the transactions.  Further, decedent taxpayer's adequate disclosure of all items was based on a reasonable basis consistent with substantial authority and pursuant to relevant provisions of the Internal Revenue Code, and applicable Treasury Regulations and Rulings.

31.  It is an error for Defendants to determine a deficiency against decedent taxpayer's estate for the taxable year 2000 in the amount of $26,231,835.00, or any other amount.

B.  DECEDENT TAXPAYER'S AMOUNT REALIZED FROM THE DISPOSITION OF HIS INTEREST IN THE UNITED STATES TREASURY BONDS WAS $142,002,000 LESS THAN HIS BASIS IN THAT INTEREST

32.  Pursuant to 26 U.S.C. § 1273(b)(3)(B) and Treasury Regulation § 1.1012-1(g)(1), Decedent taxpayer's basis in the United States Treasury Bonds equaled the fair market value of the subject Treasury Bonds.

33.  The fair market value of the subject United States Treasury Bonds on December 8, 2000, at the time decedent taxpayer purchased the bonds was approximately $372,000,000.

34. Pursuant to 26 U.S.C. §1001, *Crane v. Commissioner*, 331 U.S. 1 (1947), and other relevant statutory and case law, decedent taxpayer's amount realized from his disposition of the Treasury Bonds equaled the sum of the value of the Preferred Stock received and the face amount of the Note.

C.    DECEDENT TAXPAYER IS ENTITLED TO THE TAX YEAR 2000 SHORT TERM CAPITAL LOSS CLAIMED ON HIS 2000 PERSONAL INCOME TAX RETURN UNDER THE INTERNAL REVENUE CODE AND THE TREASURY   REGULATIONS PROMULGATED THEREUNDER

35. The Internal Revenue Service, as provided by Exhibit B, line item 1.a. on Form 4549A-Capital Gain or Loss, disallowed decent taxpayer's claimed capital loss in the amount of $142,002,000.    This disallowance resulted in an alleged net capital gain in the amount of $130,928,478, rather than the net capital loss of ($3,000) claimed on the taxpayer's Form 1040 for the 2000 tax year.  In support of his position that $31,478,202.00, or such other amount as may be appropriate, together with interest as allowed by law, should be refunded, the aforementioned taxpayer submits that he is entitled to the claimed loss of $142,002,000, resulting from the acquisition and disposition of U.S. Treasury Bonds and other related financial instruments.  The justification for the decedent taxpayer's entitlement to such tax treatment are as follows:

36. The facts, circumstances and law support the claimed loss, since the amount realized pursuant to 26 U.S.C. § 1001, Treasury Regulation, § 1.1001-2(a), and relevant case law, was less than the taxpayer's actual basis, including the relief of liabilities, as recognized in fact, at law, and in equity, all in accordance with existing law, regulations, rulings, judicial and other authority.

37. The taxpayer entered into a for profit transaction wherein he acquired U.S. Treasury Bonds, which paid interest at an above-market rate.  In exchange for the U.S. Treasury Bonds,

the taxpayer issued a note with a face amount that was essentially equal to the face amount of the Treasury Bonds, and which paid a nearly identical interest rate to the rate paid by the Bonds. Accordingly, because the fair market value of the bonds was greater than the face amount of the bond, the note was issued at a premium.

38. Pursuant to 26 U.S.C. § 1273(b)(3) and the relevant Treasury Regulations, the issue price of debt issued for property that trades on a market, like Treasury Bonds, is the fair market value of the property (Treasury Bonds in this case). Under Treasury Regulation, § 1.1012-1(g)(1), the basis of the Treasury Bonds acquired by the taxpayer was equal to the issue price of the debt issued by the taxpayer – in other words, the Treasury Bonds had a basis to the Taxpayer equal to the fair market value of the Treasury Bonds at the time acquired. The Internal Revenue Service did not challenge this fact in its Notice of Deficiency (Exhibit B).

39. When the taxpayer transferred the Treasury Bonds, the debt owed by the taxpayer was assumed by the buyer of the Treasury Bonds. In accordance with applicable case law, regulations and rulings, the taxpayer included in his amount realized from the sale of the Treasury Bonds, the face of amount of the Note (*See, e.g., Crane v. Commissioner, supra,* 331 U.S. 1 (1947)). The Internal Revenue Service determined in the Notice of Deficiency that 26 U.S.C. § 1273(b)(3) and Treasury Regulation, § 1.1275-1(b) required that the amount realized include the adjusted issue price of the debt in question, not the face amount of the debt. In fact, however, 26 U.S.C. § 1273(b)(3) is silent regarding the amount realized from the transfer of property. Similarly, Treasury Regulation, § 1.1275-1(b) is silent regarding the amount realized from the transfer of property. Thus, there is no requirement that the amount realized include the adjusted issue price of the debt, rather than the face amount of the debt. Consequently, the position of Defendant's Internal Revenue Service is erroneous, arbitrary, capricious and contrary

to the law. Further, the position of the Internal Revenue Service as stated in Exhibit B is unjustified and indefensible.

40. As a result, Taxpayer realized a loss in the amount claimed, upon disposition of the Taxpayer's interest in the subject United States Treasury Bonds and other related financial instruments because the amount realized was $142,002,000 less than Taxpayer's basis in the subject United States Treasury Bonds.

41. Taxpayer is entitled to the claimed loss of $142,002,000, in general, pursuant to the relevant Internal Revenue Code provisions, regulations, rulings and other authority; including the provisions of 26 U.S.C. § 165, and the provisions of 26 U.S.C. § 465.

## C.    THE SUBJECT TRANSACTIONS WERE TAXABLE EVENTS

42. The subject transactions relating to the transfer of taxpayer's interest in the United States Treasury Bonds and other related financial instruments are taxable transactions, pursuant to the relevant provisions of the Internal Revenue Code, regulations, rulings, case and other authority thereunder.

43. The Preferred Stock in Bayside Diversification Fund received by decedent taxpayer in exchange for the United States Treasury Bonds and accompanying note constituted Nonqualified Preferred Stock under 26 U.S.C. § 351. Therefore, the transfer of the Treasury Bonds to Bayside in exchange for the Preferred Stock constituted a taxable event.

## D.    THE SUBJECT TRANSACTIONS HAD ECONOMIC SUBSTANCE

44. The taxpayer entered into a for profit transaction wherein he acquired U.S. Treasury Bonds, which paid interest at an above-market rate. In exchange for the U.S. Treasury Bonds, the taxpayer issued a note whose face amount was essentially equal to the face amount of the Treasury Bonds, and which paid a nearly identical interest rate to the rate paid by the Bonds.

Accordingly, because the fair market value of the bonds was greater than the face amount of the bonds, the note was issued at a premium.

45.    Taxpayer entered into the subject transactions with a profit motive involving transactions having economic substance, which transactions were at risk to market conditions.

46.    The form of the subject transactions is consistent with their substance; and the subject transactions, in form and substance, were subject to economic risk of profit and loss, depending upon the market movement of interest rates, resulting in substantive economic consequences, as a matter of fact and law.

47.    Taxpayer, as a matter of fact and law, is entitled to the claimed losses for Xing mail, Swing Solutions, and Auto Parts, etc., all of which have or can be established in compliance with the relevant provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder.

48.    Taxpayer is entitled to the claimed 2001 carryover loss, from tax year 2000, in the amount of $11,070,513, or any other amount, as a matter of fact and law. The aforementioned $11,070,513 adjustment is arbitrary, capricious and erroneous as a matter of fact and law and should be reversed, and taxpayer should be allowed the $11,070,513 carryover loss claimed on the 2001 tax return.

49.    The adjustments made by the Internal Revenue Service with respect to taxpayer's itemized deductions for tax years 2000 and 2001, as described above, are arbitrary, capricious and erroneous, as taxpayer has or can substantiate all deductions as being in accordance with the relevant provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder. Further, regarding tax year 2001, taxpayer has or can substantiate the claimed $1,986,369 of miscellaneous expenses as being deductible in accordance with the relevant

provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder.

50.     Taxpayer acknowledges the three percent limitation provided by the Internal Revenue Code, 26 U.S.C. § 68, but states that the 2000 and 2001 thresholds have been satisfied, and are not operative if the adjustments proposed in Exhibit B are not valid.

51.     The deduction claimed for State Income Tax Refund on Taxpayer's 2001 tax return is applicable and allowable as claimed, since the proposed adjustments contained in Exhibit B are arbitrary, capricious, erroneous, null and void. Further, the reduction or exclusion of the $143,773 State Income Tax Refund is appropriate, as no tax benefit had been received from claiming state tax payments as a deduction at the time of payment. Consequently, the aforementioned refund is properly excluded from 2001 taxable income, as there had been no prior tax benefit during the tax year of payment and claimed deduction.

52.     Taxpayer states that the Form 1040 for tax year 2000 is correct as filed. The proposed adjustments contained in Exhibit B are arbitrary, capricious, erroneous, null and void. Consequently, the Alternative Minimum Tax of $78,993 as reported for 2000 is correct.

53.     Taxpayer entered into the subject United States Treasury Bond transactions in good faith, with a bona fide profit motive, pursuant to the advice and reliance upon qualified professional advisors and counselors. Taxpayer believed in good faith that the transactions complied with all laws, never intending in any manner to disregard the professional advice of his advisors and counselors, nor in any manner to disobey the law, or violate a known legal duty.

WHEREFORE, Plaintiff prays relief that this Court Order and Adjudge as follows:

1.     Defendant's Internal Revenue Service be ordered and adjudged to rescind the subject Notice of Deficiency (Exhibit B), pursuant to 26 U.S.C. § 6212(d).

2. The subject Notice of Deficiency (Exhibit B) be ordered and adjudged invalid, null and void.

3. Plaintiff be refunded $26,231,835.00, plus interest, or any other amount as allowed by law, for tax, assessed interest, and penalties, together with interest as allowed by law.

4. Defendant be Ordered, if not previously refunded, to refund the amount of $5,246,367.00, together with interest as allowed by law, representing the value of the accuracy-related penalty (26 U.S.C. § 6662) for the 2000 tax year conceded by Defendant's Internal Revenue Service in its Notice of Partial Disallowance dated June 11, 2008, represented by Exhibit 2.

5. Defendant's Internal Revenue Service be ordered, adjudged, enjoined, restrained and prohibited from taking any assessment, collection or other action directly or indirectly derived from, or based on the proposed adjustments contained in the subject Notice of Deficiency (Exhibit B).

6. Plaintiff is entitled to recover costs, attorneys' fees and such other and further relief as may be appropriate.

<div align="center">

IV.    DEMAND FOR TRIAL BY JURY

</div>

Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiff requests trial by jury.

Respectfully submitted,

Dated: 30 June 2008

MARTIN A. SCHAINBAUM
A Professional Law Corporation

By _____
MARTIN A. SCHAINBAUM

# Exhibit 1

**MARTIN A. SCHAINBAUM**

A PROFESSIONAL LAW CORPORATION

WWW.TAXWARRIOR.COM

351 CALIFORNIA STREET, SUITE 800
SAN FRANCISCO, CA 94104-2406
TELEPHONE (415) 777-1040

FACSIMILE (415) 981-1065

August 17, 2007

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**Certified Mail No. 7007 0220 0003 1855 4435**

Internal Revenue Service
Fresno Service Center
Fresno, CA 93888

Re:     Thomas J. Gonzales II (Deceased)
        Tom Gonzales, Executor/Trustee
        134 Lake Boulevard
        Dayton, NV 89403
        TIN:   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

**ENCLOSED REFUND CLAIMS:**

**I.      TAX YEAR 200012**
        Form 1040
        Refund Requested:  $31,478,202, or such other
        amount as may be appropriate, together with
        interest as allowed by law

**II.     TAX YEAR 200112**
        Form 1040
        Refund Requested Based on Net Operating Loss Carryback to
        199612 and Carryforward to 199712, 199812, 199912, and
        200012

To Whom It May Concern:

Enclosed please find refund claims on behalf of Taxpayer Thomas J. Gonzales, II (deceased) for the tax years 2000 and 2001.

**The 2000 Refund Claim**

The enclosed refund claim for the tax year 2000 consists of Form 1040X, an attached Refund Claim document, and Exhibits A-1 through D-2, inclusive. This refund claim requests a refund in the amount of $31,478,202.00, or such other amount as may be appropriate, together with interest as allowed by law, based upon the payment of this amount made to the Internal Revenue Service on or about April 13, 2007. Payment was acknowledged received by the Internal Revenue Service by the assignment of payment DLN: 89217-106-82-800-7.

Internal Revenue Service
Re: Thomas J. Gonzales, II (deceased)
    TIN: 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
August 17, 2007, Page 2 of 3

## The 2001 Net Operating Loss Carryback Refund Claim

The enclosed refund claim for tax year 2001 is based on a net operating loss arising in 200112, carried back to 199612, and carried forward to 199712, 199812, 199912, and 200012. The enclosed refund claim consists of the following:

  1.   Amended federal individual income tax return (Form 1040X) for 1998, reflecting the carryback and carryforward of the 2001 net operating loss. Refund requested is $13,624, or such other amount as may be appropriate, together with interest as allowed by law.

  2.   Amended federal individual income tax return (Form 1040X) for 1999, reflecting the carryback and carryforward of the 2001 net operating loss. Refund requested is $60,596, or such other amount as may be approximate, together with interest as allowed by law.

  3.   Amended federal individual income tax return (Form 1040X) for 2000, reflecting the carryback and carryforward of the 2001 net operating loss. In addition to the $31,478,202.00 refund request described above, Taxpayer requests an additional refund of $166,198, or such other amount as may be appropriate, together with interest as allowed by law, based on the 2001 net operating loss carryback and carryforward to 2000.

It is believed that the carryback of the 2001 net operating loss is to be carried back pursuant to a five-year carryback, i.e., first to 1996, then carried forward to each succeeding year until absorbed. At present, the Taxpayer is not in possession of the 1996 and 1997 individual tax returns, and no Forms 1040X are enclosed for these years. However, based on information provided by the Taxpayer's certified public accountant, it is believed that the net operating loss for 2001 is sufficient in amount to offset all taxable income reported during the entire period encompassing the 1996 through 2000 tax years. Thus, the carryback calculations and Forms 1040X for 1996 and 1997 will be determined and provided during the refund examination process.

Please acknowledge receipt of this letter and the enclosed items by affixing to the enclosed copy of this letter the Service's date received stamp, and returning the duly acknowledged copy of this letter in the enclosed postage paid envelope.

Internal Revenue Service
Re:  Thomas J. Gonzales, II (deceased)
      TIN: 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
August 17, 2007, Page 3 of 3


Thank you for your courtesy and cooperation in this matter.

                                        Sincerely,

                                        MARTIN A. SCHAINBAUM
                                        A Professional Law Corporation


                                   By  _Martin A. Schainbaum_
                                        MARTIN A. SCHAINBAUM

cc:    Tom Gonzales, c/o George Reinhardt
       Steve Smith, CPA

DECEASED (THOMAS J. GONZALES) 12/04/01

**1040X**

(Rev. November 2000)

Department of the Treasury - Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

This return is for calendar year ▶ **2000**, or fiscal year ended ▶

OMB No. 1545-0091

Your first name and initial **THOMAS J. GONZALES**    Last name    Your social security number **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**

If a joint return, spouse's first name and initial    Last name    Spouse's social security number

Home address (no. and street) or P.O. box if mail is not delivered to your home **134 LAKES BLVD**    Apt. no.    Phone number **925 941-6014**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. **DAYTON, NV 89403**

For Paperwork Reduction Act Notice, see page 6.

A  If the name or address shown above is different from that shown on the original return, check here ☐

B  Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C  Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the Back to Explain any Changes

| Income and Deductions (see pages 2–6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change— amount of increase or (decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | **1** | 131,550,410 | -130931487 | 618,923 |
| 2 | Itemized deductions or standard deduction (see page 3) | **2** | 9,097 | 452,182 | 461,279 |
| 3 | Subtract line 2 from line 1 | **3** | 131,541,313 | -131383669 | 157,644 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | **4** | | | |
| 5 | Taxable income. Subtract line 4 from line 3 | **5** | 131,541,313 | -131383669 | 157,644 |
| 6 | Tax (see page 4). Method used in col. C  TAX RATE SCH. | **6** | 26,406,046 | -26,231,835 | 174,211 |
| 7 | Credits (see page 4) | **7** | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | **8** | 26,406,046 | -26,231,835 | 174,211 |
| 9 | Other taxes (see page 4) | **9** | | | |
| 10 | Total tax. Add lines 8 and 9 | **10** | 26,406,046 | -26,231,835 | 174,211 |
| 11 | Federal income tax withheld and excess social security and RRTA | **11** | 57,307 | | 57,307 |
| 12 | Estimated tax payments, including amt applied from prior year's return | **12** | | | |
| 13 | Earned income credit (EIC) | **13** | | | |
| 14 | Additional child tax credit from Form 8812 | **14** | | | |
| 15 | Credits from Form 2439 or Form 4136 | **15** | | | |
| 16 | Amount paid with request for extension of time to file (see page 5) | | | **16** | 846,000 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | **17** | 31,478,202 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | **18** | 32,381,509 |

**Refund or Amount You Owe**

| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | **19** | 729,096 |
|---|---|---|---|
| 20 | Subtract line 19 from line 18 (see page 5) | **20** | 31,652,413 |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | **21** | |
| 22 | If line 10, column C, is less than line 20, enter the difference | **22** | 31,478,202 |
| 23 | Amount of line 22 you want refunded to you | **23** | 31,478,202 |
| 24 | Amount of line 22 you want applied to your **estimated tax** | **24** | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature _(signed)_    Date 5-10-07

Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer's Use Only**

Preparer's signature ▶ **STEVEN P. SMITH**    Date    Check if self-employed ☐    Preparer's SSN or PTIN **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**

Firm's name (or yours if self-employed), address, and ZIP code ▶ **COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA 94549**    EIN **68-0307221**    Phone no. **(925) 299-1040**

FA  NOTE: AS ADJUSTED TO REFLECT REFUND CLAIM DATED

Form **1040X** (Rev. 11-2000)

IF0US48  12/22/00

Form **1040X** (Rev. 11-2000)  THOMAS J. GONZALES

**Part I**   **Exemptions.**  See Form 1040 or 1040A instructions.

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 Page **2**

If you are **not changing** your exemptions, do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse ............................................. | 25 | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you | 26 | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | 27 | | |
| 28 | Other dependents | 28 | | |
| 29 | Total number of exemptions. Add lines 25 through 28 ........... | 29 | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2000 | $2,800 | |
| 1999 | 2,750 | $96,700 |
| 1998 | 2,700 | 94,975 |
| 1997 | 2,650 | 93,400 |
| | | 90,900 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 30 | |

31   Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First Name    Last Name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home | No. of your children on line 31 who: |
|---|---|---|---|---|---|
| | | | ☐ | | ● lived with you ........ ▶ ☐ |
| | | | ☐ | | |
| | | | ☐ | | ● did not live with you due to divorce or separation (see page 5) ........ ▶ ☐ |
| | | | ☐ | | |
| | | | ☐ | | |
| | | | ☐ | | Dependents on line 31 not entered above ........ ▶ ☐ |

**Part II**   **Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ........................................ ▶ ☐

SEE ATTACHED STATEMENT INCORPORATED BY THIS REFERENCE AS THOUGH FULLY SET
FORTH HEREIN.

**Part III**   **Presidential Election Campaign Fund.**  Checking below will not increase your tax or reduce your refund.

If ... not previously want $3 go to the fund but now want to, check here ............................................... ▶ ☐
If ... nt return and your spouse did not previously want $3 go to the fund but now wants to, check here ............... ▶ ☐

DECEASED: THOMAS J. GONZALES 12/04/01

FORM **1040**

Department of the Treasury - Internal Revenue Service

## U.S. Individual Income Tax Return   2000

For the year Jan. 1 - Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 | (99) | IRS Use Only - Do not write or staple in this space.

**Label**
(See instructions on page 19.)

Your first name and initial   Last name

THOMAS J. GONZALES

If a joint return, spouse's first name and initial   Last name

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 19.   Apt. no.

134 LAKES BLVD

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

DAYTON, NV 89403

Your social security number

**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**

Spouse's social security number

OMB No. 1545-0074

▲ **IMPORTANT!**
You **must** enter your SSN(s) above. ▲

**Presidential Election Campaign**
(See page 19.)

► Note. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund? .....................

| | You | Spouse |
| Yes ☒ No | ☐ Yes ☐ No |

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ►
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► ). (See page 19.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. ......................................

b ☐ Spouse .................................................................

c Dependents:

| (1) First Name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b ...... | **1**

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

d Total number of exemptions claimed ...........................................

Add numbers entered on lines above ► | **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................................ | 7 | 207,545
8a Taxable interest. Attach Schedule B if required ............................... | 8a | 720,233
b Tax-exempt interest. **Do not** include on line 8a. | 8b | |
9 Ordinary dividends. Attach Schedule B if required ............................ | 9 | 708,509
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 22) ....... | 10 | 3,931
11 Alimony received ..................................................... | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ ......................... | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | -3,000
14 Other gains or (losses). Attach Form 4797 ................................. | 14 |
15a Total IRA distributions .. | 15a | | b Taxable amount (see pg. 23) | 15b |
16a Total pensions and annuities | 16a | | b Taxable amount (see pg. 23) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -919,016
18 Farm income or (loss). Attach Schedule F .................................. | 18 |
19 Unemployment compensation .............................................. | 19 |
20a Social security benefits ... | 20a | | b Taxable amount (see pg. 25) | 20b |
21 Other income. SEE STATEMENT 2 ....................................... | 21 | -99,279
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 618,923

**Adjusted Gross Income**

23 IRA deduction (see page 27) .......................... | 23 |
24 Student loan interest deduction (see page 27) ............ | 24 |
25 Medical savings account deduction. Attach Form 8853 ...... | 25 |
26 Moving expenses. Attach Form 3903 .................... | 26 |
27 One-half of self-employment tax. Attach Schedule SE ...... | 27 |
28 Self-employed health insurance deduction (see page 29) ... | 28 |
29 Self-employed SEP, SIMPLE, and qualified plans .......... | 29 |
30 Penalty on early withdrawal of savings ................. | 30 |
31a Alimony paid. b Recipient's SSN ► | 31a |
32 Add lines 23 through 31a ................................................ | 32 | 0
33 Subtract line 32 from line 22. This is your **adjusted gross income** ................ ► | 33 | 618,923

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.**

IF0US1  11/07/00

Form **1040** (2000)

Form 1040 (2000) THOMAS J. GONZALES                                                          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  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | | 34 | 618,923 |
| | 35a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | | |
| | Add the number of boxes checked above and enter the total here ▶ 35a | | | |
| Standard Deduction for Most People | **b** If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | | |
| Single: $4,400 | 36 Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But see** page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 | 461,279 |
| Head of household: $6,450 | 37 Subtract line 36 from line 34 | | 37 | 157,644 |
| Married filing jointly or Qualifying widow(er): $7,350 | 38 If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | | 38 | 0 |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 157,644 |
| Married filing separately $3,675. | 40 Tax (see page 32). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | | 40 | 44,803 |
| | 41 Alternative minimum tax. Attach Form 6251 | | 41 | 129,408 |
| | 42 Add lines 40 and 41 ▶ | | 42 | 174,211 |
| | 43 Foreign tax credit. Attach Form 1116 if required | 43 | | |
| | 44 Credit for child and dependent care expenses. Att. Form 2441 | 44 | | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R | 45 | | |
| | 46 Education credits. Attach Form 8863 | 46 | | |
| | 47 Child tax credit (see page 36) | 47 | | |
| | 48 Adoption credit. Attach Form 8839 | 48 | | |
| | 49 Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) | 49 | | |
| | 50 Add lines 43 through 49. These are your **total credits** | | 50 | |
| | 51 Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | | 51 | 174,211 |
| **Other Taxes** | 52 Self-employment tax. Att. Sch. SE | | 52 | |
| | 53 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 53 | |
| | 54 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 54 | |
| | 55 Advance earned income credit payments from Form(s) W-2 | | 55 | |
| | 56 Household employment taxes. Attach Schedule H | | 56 | |
| | 57 Add lines 51 through 56. This is your **total tax** ▶ | | 57 | 174,211 |
| **Payments** If you have a qualifying child, attach Schedule EIC | 58 Federal income tax withheld from Forms W-2 and 1099 | 58 | 57,307 | |
| | 59 2000 estimated tax payments and amount applied from 1999 return | 59 | | |
| | 60a Earned income credit (EIC) | 60a | | |
| | **b** Nontaxable earned income: amt. ▶ and type▶ | | NO | |
| | 61 Excess social security and RRTA tax withheld (see page 50) | 61 | | |
| | 62 Additional child tax credit. Attach Form 8812 | 62 | | |
| | 63 Amount paid with request for extension to file (see page 50) | 63 | | |
| | 64 Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 64 | 846,000 | |
| | 65 Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | | 65 | 903,307 |
| **Refund** Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 66 If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | | 66 | 729,096 |
| | 67a Amount of line 66 you want **refunded** to you. ▶ | | 67a | 728,588 |
| | **b** Routing number | | | |
| | **d** Account number ▶ **c** Type: ☐ Checking ☐ Savings | | | |
| | 68 Amount of line 66 you want **applied to your 2001 estimated tax** ▶ 68 | | | |
| **Amount You Owe** | 69 If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** For details on how to pay, see page 51 ▶ | | 69 | 508 |
| | 70 Estimated tax penalty. Also include on line 69 70 | | | |

**Sign Here**
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CHIEF TECHNOLOGY O | 925 941-6014 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA 94549 | | EIN 68-0307221 | Phone no. (925) 299-1040 |

May the IRS discuss this return with the preparer shown below? (see page 52)? ☒ **Yes** ☐ No

IF0US1A  11/22/00                                                      Form **1040** (2000)

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Schedule A – Itemized Deductions

▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**2000**

Attachment
Sequence No.  **07**

Name(s) shown on Form 1040

THOMAS J. GONZALES

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-2) | **1** | | |
| | 2 | Enter amount from Form 1040, line 34 ... **2** | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | **3** | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | 0 |
| **Taxes You Paid** | 5 | State and local income taxes | **5** | 15,845 | |
| | 6 | Real estate taxes (see page A-2) | **6** | 15,000 | |
| (See page A-2.) | 7 | Personal property taxes | **7** | 3,500 | |
| | 8 | Other taxes. List type and amount ▶ | | | |
| | 9 | Add lines 5 through 8 | | **8** | |
| | | | | **9** | 34,345 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported on Form 1098 | **10** | | |
| (See page A-3.) | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See pg. A-3. ....STMT. 3 | **11** | | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-3.) | **12** | 141 | |
| | 14 | Add lines 10 through 13 | **13** | | |
| | | | | **14** | 141 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4 ...ST 4 | **15** | 11,000 | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | **16** | | |
| | 17 | Carryover from prior year | **17** | | |
| | 18 | Add lines 15 through 17 | | **18** | 11,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | **19** | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶  Frm 2106 (TAXPAYER) _ _ _ _ 442,870 | | | |
| | 21 | Tax preparation fees | **20** | 442,870 | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | **21** | | |
| (See page A-5 for expenses to deduct here.) | 23 | Add lines 20 through 22 | | | |
| | 24 | Enter amount from Form 1040, line 34 ... **24**   618,923 | **22** | | |
| | 25 | Multiply line 24 above by 2% (.02) | **23** | 442,870 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | **25** | 12,378 | |
| | | | | **26** | 430,492 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | | | |
| | | | | **27** | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? | REDUCTION -14,699 | | |
| | | ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. | } ▶ | | |
| | | ☒ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | | **28** | 461,279 |

KFA  **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

IF0US2  11/03/00

**Schedule A (Form 1040) 2000**

Schedule A&B (Form 1040) 2000

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

THOMAS J. GONZALES

OMB No. 1545-0074

Page **2**

Your social security number

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

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I Interest**

**Note.** If you had over $400 in taxable interest, you must also complete Part III.

(See page B-1 and the instructions for Form 1040, line 8a.)

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | Amount |
|---|---|
| MT DIABLO NAT'L BANK | |
| WELLS FARGO | |
| ML | 295 |
| ML | 12 |
| BLACKSTONE REALTY INVESTORS, LLC | 593,544 |
| SHAMWARI MOTOR YACHT LTD | 7,159 |
| NEW WORLD, LLC | 30 |
| THOMAS J. GONZALES INVESTMENT CORP | 3,571 |
| | 9,033 |
| | 106,589 |

2  Add the amounts on line 1.

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You must attach Form 8815.

4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a

| | | |
|---|---|---|
| | 2 | 720,233 |
| | 3 | |
| ▶ | 4 | 720,233 |

**Part II Ordinary Dividends**

**Note.** If you had over $400 in ordinary dividends, you must also complete Part III.

(See page B-1 and the instructions for Form 1040, line 9.)

5  List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | Amount |
|---|---|
| MERRILL LYNCH | |
| MERRILL LYNCH | |
| RE ESTATES | 698,607 |
| BLACKSTONE REALTY INVESTORS, LLC | 991 |
| SHAMWARI HELIO, LLC | 227 |
| MACH ONE AVIATION, LLC | 161 |
| CLIFFSIDE ENTERTAINMENT, INC. | 409 |
| | 2,002 |
| | 6,112 |

6  Add the amounts on line 5. Enter the total here and on Form 1040, line 9

| | |
|---|---|
| ▶ 6 | 708,509 |

**Part III Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a  At any time during 2000, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b  If "Yes," enter the name of the foreign country ▶ | | |
| 8  During 2000, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 2000

IF0US3  10/24/00

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)
Name(s) shown on Form 1040

# Capital Gains and Losses

▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**2000**

Attachment
Sequence No. **12**

THOMAS J. GONZALES

Your social security number: 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

## Part I — Short-Term Capital Gains and Losses – Assets Held One Year or Less

| 1 (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | |
|---|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 231,808,133 | 233,401,142 | -1,593,009 | |
| BLACKVEST | VARIOUS | VARIOUS | 230,798,000 | 372,800,000 | -142,002,000 | |

| | | |
|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . | 2 | |
| **3** Total short-term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . | 3 | 462,606,133 |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . | 4 | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1999 Capital Loss Carryover Worksheet . . . . . . | 6 | ( ) |
| **7** Net short-term capital gain or (loss). Combine column (f) of lines 1 through 6 . . . . . ▶ | 7 | -143595009 |

## Part II — Long-Term Capital Gains and Losses – Assets Held More Than One Year

| 8 (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 137,601,269 | 5,079,773 | 132,521,496 | |

| | | |
|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . | 9 | |
| **10** Total long-term sales price amounts. Add column (d) of lines 8 and 9 . . . . . . | 10 | 137,601,269 |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . | 11 | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| **13** Capital gain distributions. See page D-1 . . . . . . | 13 | |
| **14** Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1999 Capital Loss Carryover Worksheet . . . . . . | 14 | ( )( ) |
| **15** Combine column (g) of lines 8 through 14 . . . . . . | 15 | |
| **16** Net long-term capital gain or (loss). Combine column (f) of lines 8 through 14 . . . . . ▶ | 16 | 132,521,496 |

**Next:** Go to Part III on the back.

\* 28% rate gain or loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

IFOU55  12/07/00

Schedule D (Form 1040) 2000

Schedule D (Form 1040) 20___    THOMAS J. GONZALES                                        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  Page **2**

| **Part III** | Summary of Parts I and II |

**17** Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13

   **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains **and**
- Form 1040, line 39, is more than zero.

   Otherwise, stop here.

| **17** | -11,073,513 |

**18** If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17 or
- ($3,000) or, if married filing separately, ($1,500)

   **Next:**  Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the
      Capital Loss Carryover Worksheet on page D-6 if:
- The loss on line 17 exceeds the loss on line 18 or
- Form 1040, line 37, is a loss.

| **18** ( | 3,000 ) |

| **Part IV** | Tax Computation Using Maximum Capital Gains Rates |

**19** Enter your taxable income from Form 1040, line 39 ......................................... | | **19** |

**20** Enter the smaller of line 16 or line 17 of Schedule D | **20** | |

**21** If you are filing Form 4952, enter the amount from Form 4952, line 4e | **21** | |

**22** Subtract line 21 from line 20. If zero or less, enter -0- | **22** | |

**23** Combine lines 7 and 15. If zero or less, enter -0- | **23** | |

**24** Enter the smaller of line 15 or line 23, but not less than zero | **24** | |

**25** Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 | **25** | |

**26** Add lines 24 and 25 | **26** | |

**27** Subtract line 26 from line 22. If zero or less, enter -0- ....................................... | | **27** |

**28** Subtract line 27 from line 19. If zero or less, enter -0- ....................................... | | **28** |

**29** Enter the smaller of:
- The amount on line 19 **or**
- $26,250 if single; $43,850 if married filing jointly or qualifying widow(er);      }
- $21,925 if married filing separately; or $35,150 if head of household

| | **29** |

**30** Enter the smaller of line 28 or line 29 | **30** | |

**31** Subtract line 30 from line 19. If zero or less, enter -0- | **31** | |

**32** Enter the larger of line 30 or line 31 | **32** | |

**33** Figure the tax on the amount on line 32. Use the Tax Table or Tax Schedules, whichever applies ...... | | **33** |

   **Note:** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38.

**34** Enter the amount from line 29 | **34** | |

**35** Enter the amount from line 30 | **35** | |

**36** Subtract line 35 from line 34 | **36** | |

**37** Multiply line 36 by 10% (.10) ...................................... | | **37** |

   **Note:** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52.

**38** Enter the smaller of line 19 or line 27 | **38** | |

**39** Enter the amount from line 36 | **39** | |

**40** Subtract line 39 from line 38 | **40** | |

**41** Multiply line 40 by 20% (.20) ...................................... | | **41** |

   **Note:** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52.

**42** Enter the smaller of line 22 or line 25 | **42** | |

**43** Add lines 22 and 32 | **43** | |

**44** Enter the amount from line 19 | **44** | |

**45** Subtract line 44 from line 43. If zero or less, enter -0- | **45** | |

**46** Subtract line 45 from line 42. If zero or less, enter -0- ...................................... | | **46** |

**47** Multiply line 46 by 25% (.25) ...................................... | | **47** |

   **Note:** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52.

**48** Enter the amount from line 19 | **48** | |

**49** Add lines 32, 36, 40, and 46 | **49** | |

**50** Subtract line 49 from line 48 | **50** | |

**51** Multiply line 50 by 28% (.28) ...................................... | | **51** |

**52** Add lines 33, 37, 41, 47, and 51 ...................................... | | **52** |

**53** Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | **53** |

**54** Tax on all taxable income (including capital gains). Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ...... | | **54** |

IFOUS5A  10/24/00

Schedule D (Form 1040) 2000

Schedule E (Form 1040) 2000

Name(s) shown on return. Do not enter name and social security number if shown on other side.    Attachment Sequence No. **13**    Page **2**

THOMAS J. GONZALES

Your social security number

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

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

**Part II** — **Income or Loss From Partnerships and S Corporations** If you report a loss from an at-risk activity, you must check either column (e) or (f) on line 27 to describe your investment in the activity. See page E-5. If you check column (f), you must attach Form 6198.

27

| | (a) Name | | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |

| | Passive Income and Loss | | | Nonpassive Income and Loss | | | |
|---|---|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | | (k) Nonpassive income from Schedule K-1 |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| 28a Totals | | | | | | | |
| b Totals | | 9,036 | 9,036 | | | | |

| 29 | Add columns (h) and (k) of line 28a | | | 29 | 9,036 |
|---|---|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 919,016 | | 30 ( | 928,052 ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | | | 31 | -919,016 |

**Part III** — **Income or Loss From Estates and Trusts**

32

| | (a) Name | | (b) Employer ID number |
|---|---|---|---|
| A | | | |
| B | | | |

| | Passive Income and Loss | | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | | (f) Other income from Schedule K-1 |
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| 33a Totals | | | | | | |
| b Totals | | | | | | |

| 34 | Add columns (d) and (f) of line 33a | | 34 | |
|---|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | | 35 ( | ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | | 36 | |

**Part IV** — **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder**

37

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

**Part V** — **Summary**

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | **Total income or (loss).** Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 | ▶ 40 | -919,016 |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under passive activity loss rules. | 42 | |

IF0US7A  10/19/00

Schedule E (Form 1040) 2000

# Employee Business Expenses

▶ See separate Instructions.
▶ Attach to Form 1040.

Form **2106**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0139

**2000**

Attachment
Sequence No. **54**

Your name
THOMAS J. GONZALES

Occupation in which you incurred expenses
CHIEF TECHNOLOGY OF

Social security number
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

**Part I** Employee Business Expenses and Reimbursements

## Step 1 Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions) | 1 | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | 541,588 | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | |
| 6 | Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 541,588 | |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2 Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 13 of your Form W-2 (see instructions) | 7 | 98,718 | |

## Step 3 Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 | 8 | 442,870 | 0 |

**Note:** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return.

| | | | | |
|---|---|---|---|---|
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 60% (.60) instead of 50%. For details, see instructions.) | 9 | 442,870 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on Schedule A (Form 1040), line 20. (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) | ▶ 10 | | 442,870 |

For Paperwork Reduction Act Notice, see instructions.

Form **2106** (2000)



FA

IF0US13  10/20/00

Form **6198**

# At–Risk Limitations

▶ Attach to your tax return.
▶ See separate instructions.

OMB No. 1545-0712

**2000**

Attachment Sequence No. **31**

Department of the Treasury
Internal Revenue Service
Name(s) shown on return

THOMAS J. ONZALES

Description (as page 2 of the instructions)

THOMAS J. ONZALES INVESTMENT CORP

Identifying number
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

## Part I  Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts. (See instructions.) Enter losses in parentheses.

| | | |
|---|---|---:|
| 1 | Ordinary income (loss) from the activity. See page 2 of the instructions | 1 | 721 |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially report | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | |
| c | Other form or schedule | 2c | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 3 | 114,904 |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 3 | 4 | |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form | 5 | 115,625 |

## Part II  Simplified Computation of Amount At Risk (See page 3 of the instructions to find out if you may use this part.)

| | | |
|---|---|---:|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. See page 4 of the instructions | 6 | 0 |
| 7 | Increases for the tax year | 7 | |
| 8 | Add lines 6 and 7 | 8 | 0 |
| 9 | Decreases for the tax year. See page 4 of the instructions | 9 | |
| 10a | Subtract line 9 from line 8 | 10a | 0 |
| b | If line 10a is more than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 10b | 0 |

**Note:** *You may want to complete Part III to see if it gives you a larger amount at risk.*

## Part III  Detailed Computation of Amount At Risk (If you completed Part III of Form 6198 for 1999, see page 4 of the instructions.)

| | | |
|---|---|---:|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | 15 | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | | |
| b | ☐ From your 1999 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1999 form.) | | |
| 16 | Increases since (check box that applies): | 16 | |
| a | ☐ Effective date    b ☐ The end of your 1999 tax year | | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | Decreases since (check box that applies): | 18 | |
| a | ☐ Effective date    b ☐ The end of your 1999 tax year | | |
| 19a | Subtract line 18 from line 17 | 19a | |
| b | If line 19a is more than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 19b | |

## Part IV  Deductible Loss

| | | |
|---|---|---:|
| 20 | Amount at risk. Enter the **larger** of line 10b or line 19b | 20 | 0 |
| 21 | Deductible loss. Enter the **smaller** of the line 5 loss (treated as a positive number) and any carryover | 21 | 0 |

If line 20 is zero, enter -0-; you do not have a deductible loss this year.
See page 8 of the instructions to find out how to report any deductible loss and any carryover.

**Note:** *If the loss is from a passive activity, see Form 8582, Passive Activity Loss Limitations, or Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity rules, report that part on Form 8582 or Form 8810, whichever applies.*

KFA  For Paperwork Reduction Act Notice, see page 8 of the instructions.

Form **6198** (2000)

IF0US32  11/27/00

Form **6251**

**Alternative Minimum Tax – Individuals**

OMB No. 1545-0227

**2000**

► See separate Instructions.
► Attach to Form 1040 or Form 1040NR.

Attachment
Sequence No. **32**

Department of the Treasury
Internal Revenue Service

Name(s) shown on return

THOMAS ... NZALES

Your social security number

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

**Part I**  Ad...ents and Preferences

| | | |
|---|---|---:|
| 1 | If you itemized ...tions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 104...36, here and go to line 6 | 1 |
| 2 | Medical a... de ...Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 34 | 2 |
| 3 | Taxes. Enter th...ount from Schedule A (Form 1040), line 9 | 3 34,345 |
| 4 | Certain i...erest...home mortgage **not** used to buy, build, or improve your home | 4 |
| 5 | Miscellan...ous d...ed deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 430,492 |
| 6 | Refund of ...axe...er any tax refund from Form 1040, line 10 or line 21 | 6 ( 3,931 ) |
| 7 | Investment int...t. Enter difference between regular tax and AMT deduction | 7 |
| 8 | Post-198...pr...ion. Enter difference between regular tax and AMT depreciation | 8 30,831 |
| 9 | Adjusted g...n c...Enter difference between AMT and regular tax gain or loss | 9 |
| 10 | Incentive stock ...ns. Enter excess of AMT income over regular tax income | 10 |
| 11 | Passive ac...i...ter difference between AMT and regular tax income or loss | 11 |
| 12 | Beneficiari...o...es and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 |
| 13 | Tax-exempt i...rom private activity bonds issued after 8/7/86 | 13 |
| 14 | Other. Enter the ...unt, if any, for each item below and enter the total on line 14. | |

| | | | |
|---|---|---|---|
| a | Circulation e...itures | h | Loss limitations |
| b | Depletion | i | Mining costs |
| c | Depreciation ...1987) | j | Patron's adjustment |
| d | Installment s... | k | Pollution control facilities |
| e | Intangible d... ...osts | l | Research & experimental |
| f | Large partne...ts | m | Section 1202 exclusion |
| g | Long-term c... ...ts | n | Tax shelter farm activities |
| | | o | Related adjustments |

| | | |
|---|---|---:|
| | Total Adjust...ts and Preferences. Combine lines 1 through 14 ► | 14 |

**Part II**  ...ive Minimum Taxable Income

| | | |
|---|---|---:|
| 15 | Enter the amo...n Form 1040, line 37. If less than zero, enter as a (loss) ► | 15 491,737 |
| 16 | Net op...duction, if any, from Form 1040, line 21. Enter as a positive amount ► | 16 157,644 |
| 17 | If Form 1...is over $128,950 (over $64,475 if married filing separately), and you itemized deductions, enter the amo...ny, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 17 |
| 18 | Combine l...ugh 18 | 18 ( 14,699 ) |
| 19 | Alternativ...erating loss deduction. See page 6 of the instructions ► | 19 634,682 |
| 20 | Alternative...00, see page 7 of the instructions.) Subtract line 20 from line 19. (If married filing separately and line 21 | 20 |
| 21 | Alternative Mi...is more ...$1... ► | 21 634,682 |

**Part III**  ...ex...ion Amount and Alternative Minimum Tax

| | | |
|---|---|---:|
| 22 | Exemption Am...(If this form is for a child under age 14, see page 7 of the instructions.) ► | 22 634,682 |

| **IF** your filing ...is: | **AND line 21 is not over . . .** | **THEN enter on line 22 . . .** | |
|---|---|---|---|
| Single or ...ad ... ...sehold | $112,500 | $33,750 | |
| Married ...g j...r qualifying widow(er) | 150,000 | 45,000 | 22 |
| Married ...ng s...ely | 75,000 | 22,500 | |

| | | |
|---|---|---:|
| 23 | Subtract ...e line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here ► | 23 634,682 |
| 24 | If you re...ed ...gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and hav...n...on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV (as refig...ed ...AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ...50... ss if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by ...and subtract $3,500 ($1,750 if married filing separately) from the result ► | 24 174,211 |
| 25 | Alternativ...ur ...tax foreign tax credit. See page 7 of the instructions | 25 |
| 26 | Tentative ...al ...ax. Subtract line 25 from line 24 ► | 26 174,211 |
| 27 | Enter your ta...om Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit ...43) | 27 44,803 |
| 28 | ...Alternative ...i...m Tax. Subtract line 27 from line 26. If zero or less, enter -0-. ...nter he...t ...rm 1040, line 41 ► | 28 129,408 |

For Paperwork Re...n Act Notice, see page 8 of the instructions.

Form **6251** (2000)

KFA

IF0US33  10/23/00

Form **8582**

# Passive Activity Loss Limitations

Department of the Treasury
Internal Revenue Service
Name(s) shown on

► See separate Instructions.
► Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2000**

Attachment Sequence No. **88**

Identifying number

THOMAS J. GONZALES

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

**Part I**  2000 Passive Activity Loss

Caution: See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | | |
|---|---|---|---|---|
| **1a** | Activities with net income (enter the amount from Worksheet 1, column (a)) ....... | 1a | | |
| **b** | Activities with net loss (enter the amount from Worksheet 1, column (b)) ......... | 1b | ( ) | |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) ... | 1c | ( ) | |
| **d** | Combine lines 1a, 1b, and 1c ................................................................ | | | 1d |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| **2a** | Activities with net income (enter the amount from Worksheet 2, column (a)) ...... | 2a | 9,036 | |
| **b** | Activities with net loss (enter the amount from Worksheet 2, column (b)) ......... | 2b | ( 1,433,348 ) | |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) ..... | 2c | ( ) | |
| **d** | Combine lines 2a, 2b, and 2c .............................................................. | | | 2d | -1,424,312 |

**3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Do not complete Form 8582. Report the losses on the forms and schedules normally used. If line 3 is a loss and: line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10. | **3** | -1,424,312

**Part II**  Special Allowance for Rental Real Estate With Active Participation

Note: Enter all numbers in Part II as positive amounts. See page 8 for examples.

| | | | |
|---|---|---|---|
| **4** | Enter the smaller of the loss on line 1d or the loss on line 3 .................... | 4 | |
| **5** | Enter $150,000. If married filing separately, see page 8 ...................... | 5 | |
| **6** | Enter modified adjusted gross income, but not less than zero ................. | 6 | |

Note: If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9. Otherwise, go to line 7.

| | | | |
|---|---|---|---|
| **7** | Subtract line 6 from line 5 ....................................................... | 7 | |
| **8** | Multiply line 7 by 50% (.5). Do not enter more than $25,000. If married filing separately, see page 9 ...... | 8 | |
| **9** | Enter the smaller of line 4 or line 8 .......................................... | 9 | |

**Part III**  Total Losses Allowed

| | | | |
|---|---|---|---|
| **10** | Add the amounts, if any, on lines 1a and 2a and enter the total .................... | 10 | 9,036 |
| **11** | Total losses allowed from all passive activities for 2000. Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return ... | 11 | 9,036 |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2000)

If your filing status is married filing separately and you lived with your spouse at any time during the year, do not complete Part II. Instead, enter -0- on line 9 and go to line 10.

KFA

IF0US37  10/23/00

Form **8582**

OMB No. 1545-1008

ALTERNATIVE MINIMUM TAX
# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

**2000**

Attachment
Sequence No. **88**

Department of the
Internal Revenue
Name(s) sh...

THOMA... ...NZALES

Identifying number

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

**Part** ...      ... Passive Activity Loss

...: See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

Rental ...          ... Activities With Active Participation (For the definition of active participation see **Active**
Participation ...   ...ental Real Estate Activity on page 4 of the instructions.)

| | | | |
|---|---|---|---|
| 1a  A... ...t income (enter the amount from Worksheet 1, column (a)) | 1a | | |
| b  A... ...t loss (enter the amount from Worksheet 1, column (b)) | 1b | ( | ) |
| c  P... ...ved losses (enter the amount from Worksheet 1, column (c)) | 1c | ( | ) |
| d  C... ...s, 1b, and 1c | | | 1d |

**All Oth... ...ivities**

| | | | |
|---|---|---|---|
| 2a  A... ...t income (enter the amount from Worksheet 2, column (a)) | 2a | 9,186 | |
| b  A... ...t loss (enter the amount from Worksheet 2, column (b)) | 2b | ( 1,417,961 ) | |
| c  P... ...ved losses (enter the amount from Worksheet 2, column (c)) | 2c | ( | ) |
| d  C... ...s, 2b, and 2c | | | 2d | -1,408,775 |

| 3 | C... ... and 2d. If the result is net income or zero, all losses are allowed, including any prior year ...entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and ...lly used. ...e 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 | 3 | -1,408,775 |

**Part** ...      ...al Allowance for Rental Real Estate With Active Participation

...nter all numbers in Part II as positive amounts. See page 8 for examples.

...f your filing status is married filing separately and you lived with your spouse at any time
...he year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.

| 4 | E... ...r of the loss on line 1d or the loss on line 3 | | 4 | |
| 5 | E... ...f married filing separately, see page 8 | 5 | | |
| 6 | E... ...djusted gross income, but not less than zero | 6 | | |

N... ... greater than or equal to line 5, skip lines 7 and 8, enter -0- on
... ...ne 10. Otherwise, go to line 7.

| 7 | S... ...om line 5 | 7 | | |
| 8 | M... ...50% (.5). Do not enter more than $25,000. If married filing separately, see page 9 | | 8 | |
| 9 | E... ...r of line 4 or line 8 | | 9 | |

**Part** ...      ...Losses Allowed

| 10 | A... ...f any, on lines 1a and 2a and enter the total | 10 | 9,186 |
| 11 | T... ...owed from all passive activities for 2000. Add lines 9 and 10. See page 11 to ...port the losses on your tax return | 11 | 9,186 |

For Pape... ...ion Act Notice, see page 12 of the Instructions.

Form **8582** (2000)



KFA

IF0US37  10/23/00

**2000**

# FEDERAL STATEMENTS

### THOMAS J. GONZALES

**PAGE 1**

545–13–6755

STATE...
FOR...
WAGE SC... ULE

| TA... - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMM... INC | | | | | | |
| GRAND TOTAL | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |
| | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |

STA... ...NE 21
FOR... ...
OTH... ...E

| | | |
|---|---|---|
| GR... ME ADJ - TGIC .......................................... $ | -100,000 |
| SCH... ............................................................ | 721 |
| TOTAL $ | -99,279 |

STAT... ...LINE 12
SCH... ...
DED... POINTS

| | | |
|---|---|---|
| AM... ...ON ....................................................... $ | 141 |
| TOTAL $ | 141 |

STA... ...LINE 15
SCH... ...
CO... ...NS BY CASH OR CHECK

| | | |
|---|---|---|
| VA... ... | | |
| CHA... CONTRIBUTIONS FROM K-1 ............................ $ | 1,000 |
| ....................................................... | 10,000 |
| TOTAL $ | 11,000 |

FEDERAL STATEMENTS

2006

PAGE 2

PART II – INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ALL INVEST. AT RISK | SOME INVEST. AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BIRCH VENTURES LLC | P | | 94-3357929 | | | | | | | | |
| BLACKSTONE REALTY INVESTORS, LLC | P | | 88-0436102 | | | | | | | | |
| SIERRA STAR LEASING, LLC | P | | 68-0408214 | X | | | $ 708 | | | | |
| BLACKSTONE TECHNOLOGY PARTNERS LLC | P | | 88-0427704 | | | | | | | | |
| MILLENNIUM 12, LLC | P | | 88-0486354 | | | | | | | | |
| MILLENNIUM 7, LLC | P | | 88-0486351 | | | | | | | | |
| SHAMMARI HELIO, LLC | P | | 88-0486356 | | | | | | | | |
| SHAMMARI MOTOR YACHT LTD | P | | 98-0340046 | | | | | | | | |
| NEW WORLD, LLC | P | | 88-0469787 | X | | | 811 | | | | |
| MACH ONE AVIATION, LLC | P | | 91-2079523 | X | | | | | | | |
| THOMAS J. GONZALES INVESTMENT CORP | S | | 22-3771171 | X | | | | $ 721 | 919,016 | | |
| SEC 988 GAINS | S | | 22-3771171 | | | | | 8,315 | | | |
| CLIFFSIDE ENTERTAINMENT, INC. | S | | 94-3371704 | X | | | | | | | |
| | | | | | | TOTAL | $ 7,517 $ 9,036 | $ 9,036 | $ 919,016 | $ 0 | $ 0 |

# 2000 FEDERAL DEPRECIATION SCHEDULE

12/5

SCHEDULE A (POINTS)

AMORTIZATION

1 POINTS

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL AMORTIZATION | 11/16/98 | 4,220 | | | 0 | 0 | 0 | 0 | 4,220 | 153 | S/L | 30 | | 141 |
| TOTAL DEPRECIATION | | 4,220 | | | 0 | 0 | 0 | 0 | 4,220 | 153 | | | | 141 |
| | | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| GRAND TOTAL AMORTIZATION | | 4,220 | | | 0 | 0 | 0 | 0 | 4,220 | 153 | | | | 141 |
| GRAND TOTAL DEPRECIATION | | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |



12/5.

# 2000 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

PAGE 1

THOMAS L GONZALES





TOTAL

TOTAL DEPRECIATION

GRAND TOTAL DEPRECIATION

12/3/1

# 2000 BOOK DEPRECIATION SCHEDULE

THOMAS J GONZALES

PAGE 1

SCHEDULE A (POINTS)

AMORTIZATION

1 POINTS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/98 | | | | | | | | | 30 | | |
| TOTAL AMORTIZATION | 4,220 | | 0 | 0 | 0 | 0 | 4,220 | 153 | S/L | 141 |
| TOTAL DEPRECIATION | 4,220 | | 0 | 0 | 0 | 0 | 4,220 | 153 | | 147 |
| | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| GRAND TOTAL AMORTIZATION | 4,220 | | 0 | 0 | 0 | 0 | 4,220 | 153 | | 141 |
| GRAND TOTAL DEPRECIATION | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |

# THOMAS J. GONZALES, II (Deceased)
## TIN: 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
## REFUND CLAIM (FORM 1040X, TAX YEAR 200012)
## Incorporated As Though Fully Set Forth At Page 2, Part II,
## Explanation of Changes to Income, Deductions and Credits

Taxpayer Thomas J. Gonzales, II (deceased) hereby requests a refund of $31,478,202.00, together with interest as allowed by law. This amount was paid to the United States Treasury on or about 13 April, 2007, by Merrill Lynch Official Check numbered 266963628, dated 4/11/2007, in the amount of $31,478,002.00, and Personal Money Order drawn on Wells Fargo Bank, numbered 0000111014, and dated 4/13/07, in the amount of $200.00, both checks totaling $31,478,202.00. Payment was acknowledged received by the Internal Revenue Service by the assignment of payment DLN: 89217-106-82800-7. Copies of the respective checks are attached hereto as Exhibits A-1 and A-2. Further, Taxpayer requests a refund of such other amount as may be appropriate, together with interest as allowed by law, on the following bases and for the following reasons:

1.    THE STATUTORY NOTICE OF DEFICIENCY

The Internal Revenue Service issued a statutory notice of deficiency (a copy of which is attached hereto as Exhibit B, and incorporated by this reference as though fully set forth herein,) on December 06, 2006, to: Thomas J. Gonzales (Deceased), [sic] Thomas J. Gonzales, II, Executor, [sic][1] 110 Mason Circle, Suite B, Concord, CA 94520-1328[2], for the aforementioned deceased Taxpayer's 1040 tax years ended December 31, 2000 and December 31, 2001, as follows:

---

[1] The decedent is Thomas J. Gonzales II, and the executor is Tom Gonzales.
[2] Executor Tom Gonzales' current correct address is 134 Lakes Blvd., Dayton, NV 89403.

1

A.    TAX YEAR ENDED DECEMBER 31, 2000

For the tax year ended December 31, 2000, the Internal Revenue Service assessed a deficiency-increase in tax, in the amount of $26,231,835.00 (exclusive of statutory interest), and a penalty assessment pursuant to 26 U.S.C. § 6662(a) in the amount of $5,246,367.00.

B.    TAX YEAR ENDED DECEMBER 31, 2001

For the tax year ended December 31, 2001, the Internal Revenue Service erroneously disallowed Itemized Deductions in the amount of $1,986,369.00, and erroneously included in taxable income a "State Tax Refund" in the amount of $143,773.00, both adjustments totaling $2,130,142.00, thereby erroneously reducing Taxpayer's claimed loss of $8,757,573.00, to $6,627,431.00.

2.    CHALLENGE TO ALL PROPOSED ASSESSMENTS ASSERTED IN EXHIBIT B

Taxpayer asserts that each and every adjustment contained in Exhibit B is erroneous, arbitrary, capricious, and contrary to law.  Taxpayer demands that each and every adjustment be reversed and eliminated, including the asserted 26 U.S.C. § 6662(a) penalty of $5,246,367.00, resulting in a refund of $31,478,202.00, or such other amount as may be appropriate, together with interest as allowed by law.

A.    EXHIBIT B: LINE ITEM 1.a ON FORM 4549A-DENIAL OF TAX YEAR 2000 CAPITAL LOSS

The Internal Revenue Service, as provided by Exhibit B, line item 1.a. on Form 4549A-Capital Gain or Loss, disallowed Taxpayer's claimed capital loss in the amount of $142,002,000.  This disallowance resulted in an alleged net capital gain in the amount of

$130,928,478, rather than the net capital loss of ($3,000) claimed on the taxpayer's form 1040 for the 2000 tax year. As basis for the assertion that $31,478,202.00, or such other amount as may be appropriate, together with interest as allowed by law, should be refunded, the aforementioned Taxpayer states that he is entitled to the claimed loss of $142,002,000, resulting from the acquisition and disposition of U.S. Treasury Bonds and other related financial instruments. The bases for Taxpayer's entitlement are as follows:

i.      The facts, circumstances and law support the claimed loss, since the amount realized pursuant to 26 U.S.C. § 1001, Treasury Regulation § 1.1001-2(a), and relevant case law, was less than the Taxpayer's actual basis, including the relief of liabilities, as recognized in fact, at law, and in equity, all in accordance with existing law, regulation, rulings, judicial and other authority.

The taxpayer entered into a for profit transaction wherein he acquired U.S. Treasury Bonds, which paid interest at an above-market rate. In exchange for the U.S. Treasury Bonds, the taxpayer issued a note whose face amount was essentially equal to the face amount of the Treasury Bonds, and which paid a nearly identical interest rate to the rate paid by the Bonds. Accordingly, because the fair market value of the bonds was greater than the face amount of the bond, the note was issued at a premium.

Pursuant to 26 U.S.C. § 1273(b)(3) and the relevant Treasury Regulations, the issue price of debt issued for property that trades on a market, like Treasury Bonds, is the fair market value of the property (Treasury Bonds in this case). Under Treasury Regulation § 1.1012-1(g)(1), the basis of the Treasury Bonds acquired was equal to the issue price of the debt issued by the taxpayer – in other

3

words, the Treasury Bonds had a basis to the Taxpayer equal to the fair market value of the Treasury Bonds at the time acquired. The Internal Revenue Service did not challenge this fact in its Notice of Deficiency (Exhibit B).

When the Taxpayer transferred the Treasury Bonds, the debt owed by the Taxpayer was assumed by the buyer of the Treasury Bonds. In accordance with applicable case law, regulations and rulings, the Taxpayer included in his amount realized from the sale of the Treasury Bonds, the face of amount of the Note. The Internal Revenue Service asserted in the Notice of Deficiency that 26 U.S.C. § 1273(b)(3) and Treasury Regulation § 1.1275-1(b) required that the amount realized include the adjusted issue price of the debt in question, not the face amount of the debt. In fact, however, 26 U.S.C. § 1273(b)(3) is silent regarding the amount realized from the transfer of property. Similarly, Treasury Regulation § 1.1275-1(b) is silent regarding the amount realized from the transfer of property. Thus, there is no requirement that the amount realized include the adjusted issue price of the debt, rather than the face amount of the debt. Consequently, the position of the Internal Revenue Service is erroneous, arbitrary, capricious and contrary to the law. Further, the position of the Internal Revenue Service as stated in Exhibit B is unjustified and indefensible.

As a result, Taxpayer realized a loss in the amount claimed, upon disposition of the Taxpayer's interest in the subject United States Treasury Bonds and other related financial instruments because the amount realized was $142,002,000 less than Taxpayer's basis in the subject United States Treasury Bonds.

4

ii.      Taxpayer is entitled to the claimed loss of $142,002,000, in general, pursuant to the relevant Internal Revenue Code provisions, regulations, rulings and other authority; including the provisions of 26 U.S.C. § 165, and the provisions of 26 U.S.C. § 465.

iii.      The subject transactions relating to the transfer of Taxpayer's interest in the United States Treasury Bonds and other related financial instruments are taxable transactions, pursuant to the relevant provisions of the Internal Revenue Code, regulations, rulings, case and other authority thereunder.

iv.      Taxpayer entered into the subject transactions with a profit motive involving transactions having economic substance, which transactions were at risk to market conditions.

v.      The form of the subject transactions is consistent with their substance; and the subject transactions, in form and substance, were subject to economic risk of profit and loss resulting in a substantive economic consequence, as a matter of fact and law.

vi.      Taxpayer, as a matter of fact and law, is entitled to the claimed losses for Xing mail, Swing Solutions, and Auto Parts, etc., all of which have or can be established in compliance with the relevant provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder.

B.    **EXHIBIT B: LINE ITEM 17. A. ON FORM 4549A-ACCURACY RELATED PENALTY PURSUANT TO 26 U.S.C. § 6662(A)**

The 26 U.S.C. § 6662(a) penalty in the amount of $5,246,367.00, asserted in Exhibit B, is not a valid penalty as a matter of law, is not applicable nor

operative, as it is null and void, and is in violation of the representations contained in Internal Revenue Service Announcement 2002-2, upon which the aforementioned Taxpayer reasonably relied. A copy of the aforementioned Announcement 2002-2 is attached hereto as Exhibit C, and incorporated by this reference as though fully set forth herein. Exhibit C provides that adequate disclosure of the transaction(s) giving rise to the tax benefit claimed on the tax return would result in no penalty being asserted by the Internal Revenue Service. In compliance with Exhibit C, Taxpayer timely, fully, and adequately disclosed to the Internal Revenue Service the information required by Exhibit C. Taxpayer's Disclosure Statement is attached hereto as Exhibit D-1, and incorporated by this reference as though fully set forth herein. The Internal Revenue Service determined that the Taxpayer's disclosure was adequate, pursuant to Announcement 2002-2, and that no penalty should be assessed pursuant to 26 U.S.C. § 6662. The Internal Revenue Service's determination, dated August 14, 2002, that imposition of the 26 U.S.C. § 6662 accuracy related penalty is waived because of Taxpayer's disclosure (Exhibit D-1,) is attached hereto as Exhibit D-2, and incorporated by this reference as though fully set forth herein.

Consequently, imposition of the 26 U.S.C. § 6662(a) penalty in any amount against this Taxpayer, given the particular facts and circumstances, is not appropriate, nor justified. It is believed the accuracy-related penalty was asserted in error and is subject to reversal, abatement or otherwise to be eliminated without dispute by unilateral Internal Revenue Service action in compliance with its representations contained in IRS Announcement 2002-2(Exhibit C).

Accordingly, based on Exhibits C, D-1 and D-2, Taxpayer hereby demands that the asserted 26 U.S.C. § 6662(a) penalty in the amount of $5,246,367.00, or any other amount, together with interest as may be allowed by law, be abated, reversed and eliminated as a matter of law, rendering such penalty null and void *ab initio*, as applied to this Taxpayer, pursuant to Due Process, Taxpayer's rights and privileges under the United States Constitution, and the relevant laws of the United States of America, regulations and rulings of the United States Treasury and its agency, the Internal Revenue Service, upon which the aforementioned Taxpayer reasonably relied.

C.    **TAX YEAR 2000 SHORT-TERM CAPITAL LOSS CARRYOVER AVAILABLE FOR SUBSEQUENT YEARS**

Carryover per 2001 tax return:                $11,070,513

As corrected, carryover amount                _____-0-____

Adjustment                                     $11,070,513

Taxpayer is entitled to the claimed 2001 carryover loss, from tax year 2000, in the amount of $11,070,513, or any other amount, as a matter of fact and law. The aforementioned $11,070,513 adjustment is arbitrary, capricious and erroneous as a matter of fact and law and should be reversed, and Taxpayer should be allowed the $11,070,513 carryover loss claimed on the 2001 tax return.[3]

---

[3] Taxpayer by separate refund claims on Form 1040X is filing for refunds based on the net operating loss arising from 2001 as adjusted. See attached schedule (Exhibit E) reflecting application of the 2001 net operating loss, incorporated by this reference as fully set forth herein.

7

D.    **EXHIBIT B: LINE ITEM 1.b ON FORM 4549A-ITEMIZED DEDUCTIONS**

| Year | Per Return | Per Examination | Adjustment |
|------|-----------|-----------------|------------|
| 2000 | $   461,279 | $    9,097 | $   452,182 |
| 2001 | $2,196,483 | $210,114 | $1,986,369 |

The adjustments made by the Internal Revenue Service with respect to Taxpayer's itemized deductions for tax years 2000 and 2001, as described above, are arbitrary, capricious and erroneous, as Taxpayer has or can substantiate all deductions as being in accordance with the relevant provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder. Further, regarding tax year 2001, Taxpayer has or can substantiate the claimed $1,986,369 of miscellaneous expenses as being deductible in accordance with the relevant provisions of the Internal Revenue Code, regulations, rulings, cases and other authority thereunder.

Taxpayer acknowledges the three percent limitation provided by the Internal Revenue Code, 26 U.S.C. § 68, but states that the 2000 and 2001 thresholds have been satisfied, and are not operative if the adjustments proposed in Exhibit B are not valid.

Taxpayer further states as follows, with respect to Exhibit B:

E.    **EXHIBIT B: LINE ITEM 1.C ON FORM 4549A-STATE TAX REFUND**

| Year | Per Return | Per Examination | Adjustment |
|------|-----------|-----------------|------------|
| 2001 | ($143,773) | 0 | $143,773 |

The deduction claimed for State Tax Refund on Taxpayer's 2001 tax return is applicable and allowable as claimed, since the proposed adjustments contained in Exhibit B are arbitrary, capricious, erroneous, null and void. Further, the reduction or exclusion of the $143,773 State Tax Refund is appropriate, as no tax benefit had been received

8

from claiming state tax payments as a deduction, prior to receiving the aforementioned refund, properly excluded from 2001 taxable income.

F.    **EXHIBIT B:  LINE ITEM 6 ON FORM 4549A-ALTERNATIVE MINIMUM TAX**

| Year | Per Return | Per Examination | Adjustment |
|------|-----------|-----------------|------------|
| 2000 | $ 78,993 | 0 | ($78,993) |

Taxpayer states that the Form 1040 for tax year 2000 is correct as filed.  The proposed adjustments contained in Exhibit B are arbitrary, capricious, erroneous, null and void.  Consequently, the Alternative Minimum Tax of $78,993 as reported for 2000 is correct.

3.    **TAXPAYER'S GOOD FAITH AND RELIANCE UPON PROFESSIONAL ADVICE**

Taxpayer entered into the subject United States Treasury Bond transactions in good faith, upon the advice and reliance of professional advisors and counselors, with a bona fide profit motive.  Taxpayer believed the transactions complied with all laws, never intending in any manner to disregard the professional advice of his advisors and counselors, nor in any manner to disobey the law, or violate a known legal duty.

4.    **THE STATUTE OF LIMITATIONS BARS ASSESSMENT OF ADDITIONAL TAX, PENALTY, AND INTEREST; THE SUBJECT TRANSACTIONS ARE NOT "LISTED TRANSACTIONS"**

Additionally, assessments of additional tax, penalty, or interest, or adjustment of any claimed tax benefit on Taxpayer's tax returns for his tax years ended December 31, 2000 and December 31, 2001 are barred as a matter of law, as the statute of limitations for additional assessment had expired as of the date Exhibit B was issued on December 6, 2006.  Further, the subject transactions are not "listed transactions" within the contemplation of IRS Notice 2000-

44. Therefore, any tax or interest paid pursuant to Exhibit B is paid under protest as being paid based on an illegal assessment. Any such payment should be refunded with interest as allowed by law.

## REQUEST FOR REFUND AS CLAIMED; NO REDUCTION OF TAX BENEFITS

Taxpayer, for the reasons and bases stated above, respectfully requests and demands for taxable year ended December 31, 2000, a refund of $31,478,202.00, or such other amount as may be appropriate, together with interest as allowed by law. In addition, for the taxable year ended December 31, 2001, Taxpayer respectfully demands and requests the claimed loss of $8,757,573, as stated in Exhibit B to be allowed as claimed, without adjustment in any manner.

Respectfully submitted,

THOMAS J. GONZALES II, (DECEASED)

Dated: _8-10-07_

By: _____ TTEE
        TOM GONZALES
        Executor/Trustee

10

# EXHIBIT A-1



EXHIBIT

A-1

Thomas J. Gonzales, II
by: Tom Gonzales, Executor
TIN: 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
Tax (1040): $26,231,835

# EXHIBIT A-2



Received 4-13-07

PERSONAL MONEY ORDER

SERIAL #: 0000111014
ACCOUNT#: 4961-505300

Office AU #    11-24
121(0)8)

Purchaser:
Purchaser Account:   MARTIN A SCHANBAUM
Operator I.D.:        6623273439
                     cod10000

PAY TO THE ORDER OF   ***UNITED STATES TREASURY ***
***THOMAS J. GONZALES II, TIN  545-13-67552000***

April 13, 2007

***Two hundred dollars and no cents***

***$200.00**

VOID IF OVER US $   200.00

WELLS FARGO BANK, N.A.
SAN FRANCISCO MAIN
464 CALIFORNIA ST
SAN FRANCISCO, CA 94104
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

PERSONAL MONEY ORDER

0000111014

00061    Office AU #    11-24
121(0)8)

Operator I.D.:   cod10000

PAY TO THE ORDER OF   ***UNITED STATES TREASURY ***
***THOMAS J. GONZALES II, TIN  545-13-67552000***

April 13, 2007

***Two hundred dollars and no cents***

***$200.00**

WELLS FARGO BANK, N.A.
SAN FRANCISCO MAIN
464 CALIFORNIA ST
SAN FRANCISCO, CA 94104
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   200.00

Purchaser's Signature

EXHIBIT

A-2

# __EXHIBIT B__

**Department of the Treasury**

**Internal Revenue Service**
1301 Clay Street Stop# 895S 90 Day
Oakland, CA 94612



Date: DEC 0 6 2006

Thomas J. Gonzales (Deceased)
Thomas J. Gonzales II, Executor
134 Lakes Boulevard
Dayton, NV 89403

Letter Number: 531 (DO)

Form Number: 1040

Taxpayer Identification Number:
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

Person to Contact:
Leonard Antonio
Contact Telephone Number:
(510) 637-2590 (Not Toll Free)
Employee Identification Number:
ID # 94-09515
Refer Reply To:
SE:S:E:TS:CAA:14
Last Day to File a Petition With the
United States Tax Court:

MAR 0 6 2007

| *Tax Year Ended | Deficiency: Increase in tax | Penalty Section(s) |
|---|---|---|
| | | 6662(a) |
| December 31, 2000 | $26,231,835.00 | $5,246,367.00 |

Dear Taxpayers:

### NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.



Sender: GLP



EXHIBIT

B

Letter 531(DO) (Rev.6-2003)
Catalog Number 40222A

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, Section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the Enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency", for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely yours,
MARK W. EVERSON
Commissioner by

Leo Alvarado
Technical Services Territory Manager

Enclosures:

Explanation of tax changes
Waiver
Notice 1214

Sender: GLP

Letter 531(DO) (Rev.6-2003)
Catalog Number 40222A

Form **5564-A**
(October 1999)

Department of the Treasury - Internal Revenue Service
**Notice of Deficiency - Waiver**

Symbols
SE:S:E:TS:CAA:14

Name and Address of Taxpayer(s)

Thomas J. Gonzales (Deceased)
Thomas J. Gonzales II, Executor
134 Lakes Boulevard
Dayton, NV  89403

Social Security or Employer Identification Number

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

Kind of Tax

INCOME

[x] Copy to Authorized Representative

Martin A. Schainbaum, Esq.
351 California Street, suite 800
San Francisco, CA  94104

**DEFICIENCY**

| Tax Year Ended | Tax Increase | | Penalties |
|---|---|---|---|
| December 31, 2000 | $26,231,835.00 | 6662(a) $5,246,367.00 | |
| Total(s) | $26,231,835.00 | $5,246,367.00 | |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

Your Signature

⟶

(Signature)

Spouse's Signature
(If A Joint Return
Was Filed)

⟶

(Signature)                                                                                    (Date signed)

Taxpayer's
Representative
Sign Here

⟶

(Signature)                                                                                    (Date signed)

(Title)                                (Date signed)

(For instructions, see next page)

If you agree, please sign one copy of this form and return it; keep the other copy for your records.

Sender    GLP

www.irs.gov

Form 5564-A  (Rev 10-199

## Instructions for Form 5564-A

 **Note:**

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

### Who Must Sign:

If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

### Optional Paragraphs

 A check in the block to the left of a paragraph below indicates that the paragraph applies to your situation.

The amount shown as the deficiency may not be billed, since all or part of the refund due has been held to offset all or a portion of the amount of the deficiency. The amount that will be billed, if any, is shown on the attached examination report.

The amount shown as a deficiency may not be billed, since the refund due will be reduced by the amount of the deficiency. The net refund due is shown on the attached examination report.

 Sender: GLP

www.irs.gov

Form 5564-A  (Rev 10-199

| Form **4549-A** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page \_\_1\_\_ of \_\_2\_\_ |
|---|---|---|---|
| Name and Address of Taxpayer | | Taxpayer Identification Number 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 | Return Form No.: 1040 |
| Thomas J. Gonzales 134 Lakes Blvd. Dayton NV 89403 | | Person with whom examination changes were discussed. | Name and Title: Thomas J. Gonzales |

| 1. Adjustments to Income | Period End 12/31/2000 | Period End 12/31/2001 | Period End |
|---|---|---|---|
| a. Capital Gain or Loss | | | |
| b. Itemized Deductions | 130,931,487.00 | | |
| c. State Tax Refund | 452,182.00 | 1,986,369.00 | |
| d. | | 143,773.00 | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 131,383,669.00 | 2,130,142.00 | |
| 4. Corrected Taxable Income | 157,644.00 | (8,757,573.00) | |
| Tax Method | 131,541,313.00 | (6,627,431.00) | |
| Filing Status | SCHEDULE D | TAX TABLE | |
| 5. Tax | Single | Single | |
| 6. Additional Taxes / Alternative Minimum | 26,406,046.00 | 0.00 | |
| 7. Corrected Tax Liability | 0.00 | | |
| 8. Less    a. | 26,406,046.00 | 0.00 | |
| Credits   b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 26,406,046.00 | 0.00 | |
| 10. Plus    a. | | | |
| Other    b. | | | |
| Taxes    c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 26,406,046.00 | 0.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 174,211.00 | 0.00 | |
| 13. Adjustments to:    a. | | 0.00 | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a thru 13d) | 26,231,835.00 | 0.00 | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 26,231,835.00 | 0.00 | |

Catalog Number 23110T

www.irs.gov

Form **4549-A** (Rev. 3-2005)



Form **4549-A**
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

Page __2__ of __2__

| Name of Taxpayer<br>Thomas J. Gonzales | | Taxpayer Identification Number<br>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 | | Return Form No.:<br>1040 |
|---|---|---|---|---|
| **17. Penalties/ Code Sections** | | **Period End**<br>12/31/2000 | **Period End**<br>12/31/2001 | **Period End** |
| a. Accuracy - IRC 6662 | | | | |
| b. | | 5,246,367.00 | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| **18. Total Penalties** | | 5,246,367.00 | | |
| Underreporter attributable to negligence: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | | |
| Underreporter attributable to fraud: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | | |
| Underreporter attributable to Tax Motivated Transactions (TMT).<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | | 0.00 | 0.00 | |
| **19. Summary of Taxes, Penalties and Interest:** | | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | | | | |
| b. Penalties (Line 18) - computed to 11/20/2006 | | 26,231,835.00 | 0.00 | |
| c. Interest (IRC § 6601) - computed to 12/20/2006 | | 5,246,367.00 | | |
| d. TMT Interest - computed to   12/20/2006   (on TMT underpayment) | | 0.00 | 0.00 | |
| e. Amount due or refund - (sum of Lines a, b, c and d) | | 0.00 | 0.00 | |
| | | 31,478,202.00 | 0.00 | |
| Other Information: | | | | |

| Examiner's Signature:<br>Name<br>Paul Doerr | Employee ID:<br>68-11438 | Office:<br>Sacramento | Date:<br>11/20/2006 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T

www.irs.gov

Form **4549-A** (Rev. 3-2005)



Name of Taxpayer:    Thomas J. Gonzales                                 11/20/2006
Identification Number: 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        Total                          7.20.00

### 2000   - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---:|
| 1. Total Adjustments and Preferences | 61,245.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 131,541,313.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($36,389.00) |
| 5. Combine lines 1 through 4 | 131,566,169.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 131,566,169.00 |
| 8. Exemption Amount | 0.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 131,566,169.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 26,360,748.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 26,360,748.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 26,406,046.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |



### EXEMPTION WORKSHEET (Line 8)

| | |
|---|---:|
| A. Exemption amount based on filing status | 33,750.00 |
| B. Alternative Minimum Taxable Income (line 7) | 131,566,169.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 112,500.00 |
| D. Subtract line C from line B | 131,453,669.00 |
| E. Multiply line D by 25% | 32,863,417.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 0.00 |






Name of Taxpayer: Thomas J. Gonzales
Identification Number: 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          Total                    11/20/2006
                                                                      7.20.00

2000   - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES
       COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

1. Amount from Form 6251 Report, line 9

                                                                 131,566,169.00

2. Amount from Schedule D Report, line 22 (refigured for AMT)
3. Amount from Schedule D Report, line 20 (refigured for AMT)      130,928,487.00
4. Add line 2 and 3                                                          0.00
5. Amount from Schedule D Report, line 17 (refigured for AMT)      130,928,487.00
                                                                  130,928,487.00

6. Smaller of line 4 or line 1
7. Subtract line 6 from line 1                                     130,928,487.00
8. If line 7 is $175,000 or less ($87,500 if MFS) multiply           637,682.00
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from result
9. Amount from Schedule D Report, line 31                            175,051.00
10. Smallest of line 1, 2, or line 9                                       0.00
                                                                          0.00

11. Multiply line 10 by 10%
12. Smaller of line 1 or line 2                                            0.00
13. Amount from line 10                                            130,928,487.00
14. Subtract line 13 from line 12 (not less than 0)                       0.00
                                                                  130,928,487.00

15. Multiply line 14 by 20%
16. Amount from line 1                                              26,185,697.00
17. Add lines 7, 10, and 14                                       131,566,169.00
18. Subtract line 17 from line 16                                 131,566,169.00
                                                                          0.00

19. Multiply line 18 by 25%
20. Add lines 8, 11, 15, and 19                                           0.00
21. If line 1 is $175,000 or less ($87,500 if MFS) multiply       26,360,748.00
    line 1 by 26%. Otherwise, multiply line 1 by 28% and
    subtract $3,500 ($1,750 if MFS) from result

                                                                   36,835,027.00

22. Smaller of line 20 or 21, enter here and on
    line 10 of Form 6251 Report

                                                                   26,360,748.00







Name Of Taxpayer:     Thomas J. Gonzales
Identification Number:     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

Total

11/20/2006
7.20.00

## 2000 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 46,419.00 | 9,866,281.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 34,345.00 | 34,345.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 141.00 | 141.00 | 0.00 |
| 8. Total Interest Expense | 141.00 | 141.00 | 0.00 |
| 9. Contributions | 11,000.00 | 11,000.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 442,870.00 | 442,870.00 | |
| 12. 2.00% of Adjusted Gross Income | 12,378.00 | 2,631,008.00 | 0.00 |
| 13. Excess Miscellaneous deductions | 430,492.00 | 0.00 | 430,492.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 461,279.00 | 9,097.00 | 452,182.00 |



## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

A. Total of lines 3, 4, 8, 9, 10, 13, and 14
B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14)     45,486.00
C. Line A less Line B     0.00
D. Multiply the amount on line C by 80%     45,486.00
E. Adjusted Gross Income from Form 1040     36,389.00
F. Itemized Deduction Limitation     131,550,410.00
G. Line E less Line F     128,950.00
H. Multiply the amount on Line G by 3%     131,421,460.00
I. Enter the smaller of Line D or Line H     3,942,644.00
J. Total Itemized Deductions (entered on line 15 above)     36,389.00
9,097.00




Name Of Taxpayer:    Thomas J. Gonzales
Identification Number:    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                    Total                    11/20/2006
                                                                              7.20.00

## 2001 - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 0.00 | 0.00 |  |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 |  |
| 4. Taxes | 203.555.00 | 203.555.00 | 0.00 |
| 5. Home Interest Expense | 6.418.00 | 6.418.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 141.00 | 141.00 | 0.00 |
| 8. Total Interest Expense | 6.559.00 | 6.559.00 | 0.00 |
| 9. Contributions | 0.00 | 0.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 1.986.369.00 | 0.00 | 1.986.369.00 |
| 12.   2.00% of Adjusted Gross Income | 0.00 | 0.00 |  |
| 13. Excess Miscellaneous deductions | 1.986.369.00 | 0.00 | 1.986.369.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total Itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 2.196.483.00 | 210.114.00 | 1.986.369.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.  Total of lines 3, 4, 8, 9, 10, 13, and 14 |  |
| B.  Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 210.114.00 |
| C.  Line A less Line B | 0.00 |
| D.  Multiply the amount on line C by 80% | 210.114.00 |
| E.  Adjusted Gross Income from Form 1040 | 168.091.00 |
| F.  Itemized Deduction Limitation | (6.414.417.00) |
| G.  Line E less Line F | 132.950.00 |
| H.  Multiply the amount on Line G by 3% | 0.00 |
| I.   Enter the smaller of Line D or Line H | 0.00 |
| J.  Total Itemized Deductions (entered on line 15 above) | 0.00 |
| | 210.114.00 |






| Name of Taxpayer: | Thomas J. Gonzales | | 11/20/2006 |
|---|---|---|---|
| Identification Number: | 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 | Total | 7.20.00 |

## 2000 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | (1,593,009.00) |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | (1,593,009.00) |
| 4. Long-term capital gain or loss | 132,521,496.00 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 132,521,496.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 130,928,487.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 130,928,487.00 |
| 10. Capital Gain or Loss - Per Return | (3,000.00) |
| 11. Line 9 less line 10 - Adjustment to Income | 130,931,487.00 |

### CORRECTED CARRYOVER

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

### COMPUTATION OF ALTERNATE TAX



| | |
|---|---:|
| 14. Taxable Income | 131,541,313.00 |
| 15. Smaller of line 6 or line 7 | 130,928,487.00 |
| 16. Form 4952, line 4e | 0.00 |
| 17. Subtract line 16 from line 15 | 130,928,487.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 0.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 130,928,487.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 612,826.00 |
| 24. Smaller of line 14 or 26,250.00 | 26,250.00 |
| 25. Smaller of line 23 or line 24 | 26,250.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 612,826.00 |
| 27. Larger of line 25 or line 26 | 612,826.00 |
| 28. Tax on amount on line 27 | 220,349.00 |
| 29. Amount from line 24 | 26,250.00 |
| 30. Amount from line 23 | 612,826.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 130,928,487.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 130,928,487.00 |
| 36. Multiply line 35 by 20% | 26,185,697.00 |
| 37. Smaller of line 17 or line 20 | 0.00 |
| 38. Add lines 17 and 27 | 131,541,313.00 |
| 39. Amount from line 14 | 131,541,313.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 131,541,313.00 |
| 44. Add lines 27, 31, 35, and 41 | 131,541,313.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 26,406,046.00 |






| Name of Taxpayer: | Thomas J. Gonzales | | 11/20/2006 |
| Identification Number: | 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 | Total | 7.20.00 |

## 2001 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---|
| 1. Short-term capital gain or loss | (174,559.00) |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | (174,559.00) |
| | |
| 4. Long-term capital gain or loss | |
| 5. Long-term capital gain or loss carryover | 5,682.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 0.00 |
| | 5,682.00 |
| | |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | (168,877.00) |
| 8. Capital loss limitation | (3,000.00) |
| 9. Capital Gain or Loss - As Corrected | (3,000.00) |
| 10. Capital Gain or Loss - Per Return | (3,000.00) |
| 11. Line 9 less line 10 - Adjustment to Income | 0.00 |

### CORRECTED CARRYOVER
| | |
|---|---|
| 12. Short-term Carryover to Subsequent Year | (168,877.00) |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

### COMPUTATION OF ALTERNATIVE TAX

| | | |
|---|---|---|
| 14. Unrecaptured 1250 gain | | |
| 15. Taxable Income | | 0.00 |
| 16. Smaller of line 6 or line 7 | | (6,627,431.00) |
| 17. Form 4952, line 4e | | (168,877.00) |
| 18. Subtract line 17 from line 16 (not less than 0) | | 2,499,876.00 |
| 19. Subtract line 18 from line 15 (not less than 0) | | 0.00 |
| 20. Tax on the amount on line 19 | | 0.00 |
| 21. Smaller of line 15 or | 27,050.00 | 0.00 |
| 22. Amount from line 19 | | 0.00 |
| 23. Subtract line 22 from line 21 (not less than 0) | | 0.00 |
| 24. Qualified 5-year gain | | 0.00 |
| 25. Smaller of line 23 or line 24 | | 0.00 |
| 26. Multiply line 25 by 8% | | 0.00 |
| 27. Subtract line 25 from line 23 | | 0.00 |
| 28. Multiply line 27 by 10% | | 0.00 |
| 29. Smaller of line 15 or line 18 | | 0.00 |
| 30. Amount from line 23 | | 0.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | | 0.00 |
| 32. Multiply line 31 by 20% | | 0.00 |
| 33. Alternative Tax, sum of lines 20, 26, 28, and 32 | | 0.00 |
| | | 0.00 |





| | Total | |
|---|---|---|

| Taxpayer: | Thomas J. Gonzales | |
|---|---|---|
| TIN: | 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 | |



Page     of
Tax Period(s):     200012

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty – Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 7 below is attributable to one or more of the following:

   (1) Negligence or disregard of rules or regulations;
   (2) Substantial understatement of income tax;
   (3) Substantial valuation misstatement (overstatement).

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total Underpayment | |
| 2. Less: Underpayment attributable to non-penalty issues | 26,231,835.00 |
| 3. Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. Less: Underpayment attributable to Section 6662(h) penalty issues | 0.00 |
| 5. Less: Underpayment attributable to civil fraud penalty issues | 0.00 |
| 6. Less: Allocable prepayment credits | 0.00 |
| 7. Underpayment to which Section 6662(a) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 0.00 |
| 8. Applicable penalty rate | 26,231,835.00 |
| 9. Section 6662(a) accuracy-related penalty (Line 7 times line 8) | 20.00% |
| 10. Less: Previously assessed/previously agreed Section 6662(a) accuracy-related penalty | 5,246,367.00 |
| 11. Total section 6662(a) accuracy-related penalty (Line 9 less line 10) | 0.00 |
| | 5,246,367.00 |

**40 Percent Penalty – Internal Revenue Code Section 6662(h)**

It has been determined that the underpayment of tax shown on line 7 below is attributable to a gross valuation misstatement (overstatement). Therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---:|
| 1. Total Underpayment | |
| 2. Less: Underpayment attributable to non-penalty issues | 26,231,835.00 |
| 3. Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. Less: Underpayment attributable to Section 6662(a) penalty issues | 0.00 |
| 5. Less: Underpayment attributable to civil fraud penalty issues | 26,231,835.00 |
| 6. Less: Allocable prepayment credits | 0.00 |
| 7. Underpayment to which Section 6662(h) applies (Line 1 less the sum of lines 2, 3, 4, 5, and 6) | 0.00 |
| 8. Applicable penalty rate | 0.00 |
| 9. Section 6662(h) accuracy-related penalty (Line 7 times line 8) | 40.00% |
| 10. Less: Previously assessed/previously agreed Section 6662(h) accuracy-related penalty | 0.00 |
| 11. Total section 6662(h) accuracy-related penalty (Line 9 less line 10) | 0.00 |
| | 0.00 |



RGS Version 7.20.00          Date Tax Computation Last Generated   11/20/2006



| Form **886A** | Department of the Treasury - Internal Revenue Service<br>**Explanation of Items** | Schedule No. or<br>Exhibit |
|---|---|---|
| Name of Taxpayer<br><br>Thomas J Gonzales, Decd | | Year/Period Ended<br><br>2000-12 & 2001-12 |

Line Item 1.a. on Form 4549A - Capital Gain or Loss

| Year<br>2000 | Per Return<br>($3,000) | Per Exam<br>$130,928,487 | Adjustment<br>$130,931,487 |
|---|---|---|---|

A. It has been determined that the capital loss for taxable year 2000 from the acquisition and disposition of U.S. Treasury Bonds is disallowed because the amount realized on the disposition of the U.S. Treasury Bonds is equal to the basis in the U.S. Treasury bonds. See Exhibit A. (Sch. D worksheet)

The bases for our determination reflected in 1.a.A. are as follows:

1. It is determined that you are not entitled to the loss claimed because the amount you realized from the disposition of your purported interest in the U.S. Treasury bonds was not less than your basis in that interest. Under § 1.1001-2(a) of the Income Tax Regulations, the amount realized from the disposition of your purported interest in the U.S. Treasury bonds includes the amount of the purported liabilities from which you were relieved as a result of the disposition. The amount of the purported liabilities from which you were relieved is not limited to the face amount (or stated principal amount) of the Note. Rather, the amount of the purported liabilities from which you were relieved, which is included in your amount realized, is generally equal to the issue price (or adjusted issue price) of the Note. (See § 1273(b)3 and § 1.1275-1(b) to determine the issue price and adjusted issue price of the Note.) As a result, you did not realize a loss in the amount claimed on the disposition of your purported interest in the U.S. Treasury bonds because your amount realized was approximately equal to your basis in that interest.

2. It is determined that you have not established that you are entitled to the loss claimed under the Internal Revenue Code and regulations thereunder, including but not limited to § 165 and § 465.



Form **886-A** (Rev.4-68)                    Department of the Treasury - Internal Revenue Service

Page:





| Form **886A** | Department of the Treasury - Internal Revenue Service | Schedule No. or |
| | **Explanation of Items** | Exhibit |
| Name of Taxpayer | | Year/Period Ended |
| Thomas J Gonzales, Decd | | 2000-12 & 2001-12 |

3. It is determined that you have not established that the transfer of your purported interest in the U.S. Treasury bonds was a taxable transaction.

4. It is determined that the transactions giving rise to the claimed loss are not respected for federal income tax purposes because they lack economic substance.

5. It is determined that the substance of the underlying transactions, as opposed to the form, does not entitle you to the claimed loss.

B. In additional you have failed to establish the claimed losses for the following items: Xingmail, Swing solutions and Auto Parts, etc.

We have also adjusted the amount of your capital loss carryover to the 2001 tax year as shown in the following computation: See attached Exhibit B. (Sch D. Worksheet).

Short-term Capital Loss Carryover Available for subsequent years:

| | |
|---|---|
| Carryover per 2001 tax return | $11,070,513 |
| As corrected, carryover amount | -0- |
| Adjustment | $11,070,513 |

Line Item 1.b. on Form 4549A - Itemized Deductions

| Year | Per Return | Per Exam | Adjustment |
|------|-----------|----------|-----------|
| 2000 | $461,279 | $9,097 | $452,182 |
| 2001 | $2,196,483 | $210,114 | $1,986,369 |

We have adjusted your itemized deductions as shown in the accompanying computations. Exhibits C and D. (Sch. A worksheets)

In 2001 you have failed to substantiate the claimed $1,986,369 of miscellaneous expenses.

Overall Limitation: An individual whose adjusted gross income exceeds a threshold amount must reduce the amount of allowable



Form **886-A** (Rev.4-68)                    Department of the Treasury - Internal Revenue Service

Page:

| Form **886A** | Department of the Treasury - Internal Revenue Service **Explanation of Items** | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer | | Year/Period Ended |
| Thomas J Gonzales, Decd | | 2000-12 & 2001-12 |

itemized deductions by three percent of the excess over the threshold amount. The 2000 threshold is $128,950 for filing status single. The 2001 threshold is $132,950 for filing status single.

Line Item 1.c. on Form 4549A – State Tax Refund

| Year | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2001 | ($143,773) | $0 | $143,773 |

The deduction claimed for State Tax Refund is not applicable due to the adjustments in this report.

Line Item 6. on Form 4549A – Alternative Minimum Tax

| Year | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2000 | $78,993 | $0 | ($78,993) |

Due to the adjustments in this report AMT is not applicable in 2000. See Exhibit E. (AMT Computation Worksheet)

Line Item 17.a on Form 4549A Accuracy-related Penalty

| Year | Penalty |
|---|---|
| 2000 | $5,246,367 |

Since the underpayment of tax required to be showed on the returns for the taxable year 2000 is attributable to negligence or disregard of rules and regulations and is a substantial understatement of tax, an accuracy-related penalty is charged for the taxable year 2000, as provided by section 6662(a) of the Internal Revenue Code. See Exhibits F. (Accuracy Related Worksheet)

It should not be inferred by the determination of the Accuracy-Related Penalty in this notice that fraud penalties will not be sought on any portion an underpayment subsequently determined to be attributable to fraud or that prosecution for criminal offenses will not be sought under Internal Revenue Code Section 7201, 7206 or other provisions of federal law if determined to be appropriate.

Form **886-A** (Rev. 4-68)

Department of the Treasury - Internal Revenue Service

Page:



# IRS

Department of the Treasury
Internal Revenue Service

Notice 1214 (Rev. 4-2
Catalog Number 26

# Helpful Contacts for Your
## "Notice of Deficiency"

Do you have questions/concerns about this "Notice of Deficiency?" First contact the person whose name and telephone number appear at the top of your letter. This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? This assistance is not a substitute for established IRS procedures, formal Appeals processes, etc. The Taxpayer Advocate cannot reverse legal or technically correct tax determinations, nor extend the time allowed by law to file a petition in the U.S. Tax Court. However, the Taxpayer Advocate can give your tax matter proper and prompt handling when unresolved through normal channels. You can call toll-free 1-877-777-4778 and ask for Taxpayer Advocate assistance, or call the telephone number of the Taxpayer Advocate for the IRS office listed below that issued this "Notice of Deficiency."

**ALABAMA**
Birmingham Office
Taxpayer Advocate
801 Tom Martin Dr.
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
Anchorage Office
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
Phoenix Office
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012
(602) 207-8240

**ARKANSAS**
Little Rock Office
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
501) 324-6269

**CALIFORNIA**
Laguna Niguel Office
Taxpayer Advocate
4300 Avila Road-Room 3362
Laguna Niguel, CA 92677
9) 389-4804

Los Angeles Office
Taxpayer Advocate
401 Los Angeles St.,
9710 Room 5109
Angeles, CA 90012
576-3140

Oakland Office
Taxpayer Advocate
1301 Clay St. #1540S
Oakland, CA 94612
(510) 637-2703

Sacramento Office
Taxpayer Advocate
4330 Watt Ave.
N. Highlands, CA 95660
(916) 974-5007

San Jose Office
Taxpayer Advocate
55 S. Market St., Stop HQ000.4
San Jose, CA 95113
(408) 817-6850

**COLORADO**
Denver Office
Taxpayer Advocate
600 17th St., Stop 1005-DEN
Denver, CO 80202-2490
(303) 446-1012

**CONNECTICUT**
Hartford Office
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Wilmington Office
Taxpayer Advocate
409 Silverside Rd.
Wilmington, DE 19809
(302) 791-4502

**DISTRICT OF COLUMBIA**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**FLORIDA**
Ft. Lauderdale Office
Taxpayer Advocate
7850 SW 6th Court
Plantation, FL 33324
(954) 423-7677

Jacksonville Office
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA.SE/INT.JAX
Jacksonville, FL 32207
(904) 665-1000

**GEORGIA**
Atlanta Office
Taxpayer Advocate
401 W. Peachtree St., NW,
Summit Building
Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
Honolulu Office
Taxpayer Advocate
Stop H-405
300 Ala Moana Blvd., #50089
Honolulu, HI 96850
(808) 539-2870

**IDAHO**
Boise Office
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 334-1324

**ILLINOIS**
Chicago Office
Taxpayer Advocate
230 S. Dearborn St.
Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

Springfield Office
Taxpayer Advocate
320 W. Washington St.
Stop 1005-SPD
Springfield, IL 62701
(217) 527-6382

**INDIANA**
Indianapolis Office
Taxpayer Advocate
575 N. Pennsylvania St., Stop TA770
Indianapolis, IN 46204
(317) 226-6332

**IOWA**
Des Moines Office
Taxpayer Advocate
210 Walnut St., Stop 1005-DSM
Des Moines, IA 50309
(515) 284-4780

**KANSAS**
Wichita Office
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
Louisville Office
Taxpayer Advocate
600 Dr. MLK Jr. Place
Federal Building-Room 622
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
New Orleans Office
Taxpayer Advocate
600 South Maestri Pl., Stop 2
New Orleans, LA 70130
(504) 558-3001

**MAINE**
Augusta Office
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
Boston Office
Taxpayer Advocate
25 New Sudbury St.
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
Detroit Office
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave. - Room 1745
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
St. Paul Office
Taxpayer Advocate
Stop 1005-STP
316 North Robert St.
St. Paul, MN 55101
(651) 312-7999

 **IRS**

Department of the Treasury
Internal Revenue Service

Notice 1214 (Rev. 4-2003)
Catalog Number 26162Z

**MISSISSIPPI**
Jackson Office
Taxpayer Advocate
100 W. Capitol St., Stop JK31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
St. Louis Office
Taxpayer Advocate
Robert A. Young Building
1222 Spruce Street, Stop 1005-STL
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
Helena Office
Taxpayer Advocate
10 West 15th St., Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
Omaha Office
Taxpayer Advocate
1313 Farnam St., Stop 1005-OMA
Omaha, NE 68102
(402) 221-4181

**NEVADA**
Las Vegas Office
Taxpayer Advocate
4750 West Oakey Blvd.
Stop 1005-LVG
Las Vegas, NV 89102
(702) 455-1241

**NEW HAMPSHIRE**
Portsmouth Office
Taxpayer Advocate
Federal Office Building
80 Daniel St.
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
Springfield Office
Taxpayer Advocate
955 S. Springfield Ave.
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
Albuquerque Office
Taxpayer Advocate
5338 Montgomery Blvd. N.E.
Stop 1005-ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
Albany Office
Taxpayer Advocate
Leo O'Brien Federal Building
1 Clinton Square
Albany, NY 12207
(518) 427-5413

Brooklyn Office
Taxpayer Advocate
10 Metro Tech Center
625 Fulton St.
Brooklyn, NY 11201
(718) 488-2080

Buffalo Office
Taxpayer Advocate
Como Park Blvd.
Buffalo, NY 14227
(716) 686-4850

**Manhattan Office**
Taxpayer Advocate
290 Broadway - 7th Floor
New York, NY 10007
(212) 436-1011

**NORTH CAROLINA**
Greensboro Office
Taxpayer Advocate
320 Federal Place, Room 125
Greensboro, NC 27401
(336) 378-2180

**NORTH DAKOTA**
Fargo Office
Taxpayer Advocate
657 2nd Ave, N, Stop 1005-FAR
Fargo, ND 58102
(701) 239-5141

**OHIO**
Cincinnati Office
Taxpayer Advocate
550 Main St., Room 3530
Cincinnati, OH 45202
(513) 263-3260

Cleveland Office
Taxpayer Advocate
1240 E. Ninth St., Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
Oklahoma City Office
Taxpayer Advocate
55 N. Robinson, Stop 1005-OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
Portland Office
Taxpayer Advocate
1220 S.W. 3rd Ave., Stop O-405
Portland, OR 97204
(503) 326-2333

**PENNSYLVANIA**
Philadelphia Office
Taxpayer Advocate
600 Arch St., Room 7426
Philadelphia, PA 19106
(215) 861-1304

Pittsburgh Office
Taxpayer Advocate
1000 Liberty Ave., Room 1602
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
Providence Office
Taxpayer Advocate
380 Westminster St.
Providence, RI 02903
(401) 525-4200

**SOUTH CAROLINA**
Columbia Office
Taxpayer Advocate
1835 Assembly St.
466
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
Aberdeen Office
Taxpayer Advocate
115 4th Ave. Southeast
Stop 1005-ABE
Aberdeen, SD 57401
(605) 226-7248

**TENNESSEE**
Nashville Office
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
Austin Office
Taxpayer Advocate
300 E. 8th St., Stop 1005-AUS
Austin, TX 78701
(512) 499-5875

Dallas Office
Taxpayer Advocate
1114 Commerce St.
10th Floor MC1005
Dallas, TX 75242
(214) 413-6500

Houston Office
Taxpayer Advocate
1919 Smith St., Stop 1005-HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
Salt Lake City Office
Taxpayer Advocate
50 South 200 East, Stop 1005-SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
Burlington Office
Taxpayer Advocate
Courthouse Plaza
199 Main St.
Burlington, VT 05401
(802) 860-2089

**VIRGINIA**
Richmond Office
Taxpayer Advocate
400 North 8th St., Room 916
Richmond, VA 23240
(804) 916-3501

**WASHINGTON**
Seattle Office
Taxpayer Advocate
915 2nd Ave., Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
Parkersburg Office
Taxpayer Advocate
425 Juliana St.
Parkersburg, WV 26101
(304) 420-6616

**WISCONSIN**
Milwaukee Office
Taxpayer Advocate
310 West Wisconsin Ave.
Stop 1005-MIL
Milwaukee, WI 53203
(414) 297-3046

**WYOMING**
Cheyenne Office
Taxpayer Advocate
5353 Yellowstone Rd.
Stop 1005-CHE
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING
ABROAD OR IN U.S.
TERRITORIES**
A/C International
Taxpayer Advocate
7 Tabonuco Street
San Patricio Office Building
Room 200
Guaynabo, Puerto Rico 00966
or
P.O. Box 193479
San Juan, Puerto Rico 00919-3479
(787) 622-8930  English
(787) 622-8940  Spanish

**CENTERS**
Andover Center
Taxpayer Advocate
P.O. Box 9055, Stop 121
Andover, MA 01810-9055
(978) 474-5549

Atlanta Center
Taxpayer Advocate
P.O. Box 48-549, Stop 29A
Doraville, GA 30362
(770) 936-4500

Austin Center
Taxpayer Advocate
P.O. Box 934, Stop 1005-AUSC
Austin, TX 78767
(512) 460-8300

Brookhaven Center
Taxpayer Advocate
P.O. Box 934, Stop 1005, Stop 102
Holtsville, NY 11742
(631) 654-6686

Cincinnati Center
Taxpayer Advocate
P.O. Box 1235, Stop 11-G
Cincinnati, OH 45201-1235
(859) 669-5316

Fresno Center
Taxpayer Advocate
P.O. Box 12161, Stop 1394
Fresno, CA 93776
(559) 442-6400

Kansas City Center
Taxpayer Advocate
P.O. Box 24551
Stop 1005 - ROE
Kansas City, MO 64131
(816) 926-2493

Memphis Center
Taxpayer Advocate
P.O. Box 30309AMF, Stop 13M
Memphis, TN 38130
(901) 395-1900

Ogden Center
Taxpayer Advocate
P.O. Box 1640
Stop 1005
Ogden, UT 84402
(801) 620-7168

Philadelphia Center
Taxpayer Advocate
P.O. Box 16053, DP #1300
Philadelphia, PA 19114
(215) 516-2499

# EXHIBIT C

## Disclosure Initiative for Certain Transactions Resulting in Waiver of Certain Penalties Under § 6662 of the Internal Revenue Code

### Announcement 2002–2

The Internal Revenue Service (IRS) announces a disclosure initiative to encourage taxpayers to disclose their tax treatment of tax shelters and other items for which the imposition of the accuracy-related penalty may be appropriate if there is an underpayment of tax. If a taxpayer discloses any item in accordance with the provisions of this announcement before April 23, 2002, the IRS will waive the accuracy-related penalty under § 6662(b)(1), (2), (3), and (4) for any underpayment of tax attributable to that item.

This disclosure initiative covers all items except items resulting from a transaction that (1) did not in fact occur, in whole or in part, but for which the taxpayer claimed a tax benefit on its return; (2) involved the taxpayer's fraudulent concealment of the amount or source of any item of gross income; (3) involved the taxpayer's concealment of its interest in, or signature or other authority over a financial account in a foreign country; (4) involved the taxpayer's concealment of a distribution from, a transfer of assets to, or that the taxpayer was a grantor of a foreign trust; or (5) involved the treatment of personal, household, or living expenses as deductible trade or business expenses.

### SCOPE OF THE WAIVER

Under this disclosure initiative, the IRS will waive the accuracy-related penalty under § 6662(b) for that portion of an underpayment attributable to the disclosed item and due to one or more of the following: (1) negligence or disregard of rules or regulations; (2) any substantial understatement of income tax; (3) any substantial or gross valuation misstatement under chapter 1 of the Code, except for any portion of an underpayment attributable to a net § 482 transfer price adjustment, unless the standards of § 6662(e)(3)(B) regarding documentation are met; and (4) any substantial overstatement of pension liabilities.

Disclosure under this initiative does not affect whether the IRS will impose, as appropriate, any other civil penalty that may be applicable under the Code or will investigate any associated criminal conduct or recommend prosecution for violation of any criminal statute.

### PERIOD OF DISCLOSURE

The IRS will waive the accuracy-related penalty if the taxpayer discloses the item before the earlier of (1) the date the item or another item arising from the same transaction is an issue raised during an examination, or (2) April 23, 2002. For purposes of this disclosure initiative, an item is an issue raised during an examination if the person examining the return (the examiner) communicates to the taxpayer knowledge about the specific item or on or before December 21, 2001, the examiner has made a request to the taxpayer for information, and the taxpayer could not make a complete response to that request without giving the examiner knowledge of the specific item.

### INFORMATION REQUIRED TO MAKE A DISCLOSURE

To disclose an item under this initiative, a taxpayer must provide the following:

(1) A statement describing the material facts of the item;

(2) A statement describing the taxpayer's tax treatment of the item;

(3) The taxable years affected by the item;

(4) If the taxpayer is a Coordinated Industry Case (CIC) taxpayer, a statement that the taxpayer will agree to address the disclosed item under the Accelerated Issue Resolution process described in Rev. Proc. 94–67 (1994–2 C.B. 800) if requested to do so by the IRS;

(5) The names and addresses of (a) any parties who promoted, solicited, or recommended the taxpayer's participation in the transaction underlying the item and who had a financial interest, including the receipt of fees, in the taxpayer's decision to participate, and (b) if known to the taxpayer, any parties who advised the promoter, solicitor or recommender with respect to that transaction;

(6) A statement agreeing to provide, if requested, copies of all of the following:

(a) All transactional documents, including agreements, contracts, instruments, schedules, and, if the taxpayer's participation in the transaction was promoted, solicited or recommended by any other party, all material received from that other party or that party's advisor(s);



EXHIBIT

C

(b) All internal documents or memoranda used by the taxpayer in its decision-making process, including, if applicable, information presented to the taxpayer's board of directors; and

(c) All opinions and memoranda that provide a legal analysis of the item, whether prepared by the taxpayer or a tax professional on behalf of the taxpayer; and

(7) A penalty of perjury statement that the person signing the disclosure has examined the disclosure and that to the best of that person's knowledge and belief, the information provided as part of the disclosure contains all relevant facts and is true, correct, and complete. In the case of an individual taxpayer, the declaration must be signed and dated by the taxpayer, and not the taxpayer's representative. In the case of a corporate taxpayer, the declaration must be signed and dated by an officer of the corporate taxpayer who has personal knowledge of the facts. If the corporate taxpayer is a member of an affiliated group filing consolidated returns, a penalties of perjury statement also must be signed, dated, and submitted by an officer of the common parent of the group. The person signing for a trust, a state law partnership, or a limited liability company must be, respectively, a trustee, general partner, or member-manager who has personal knowledge of the facts. A stamped signature is not permitted.

## PROCEDURE FOR MAKING THE DISCLOSURE



A CIC taxpayer must submit the disclosure information to the assigned team manager and send a copy of the information to the Office of Tax Shelter Analysis.

A non-CIC taxpayer not under examination as of December 21, 2001, must send the disclosure information to the Office of Tax Shelter Analysis.

A non-CIC taxpayer under examination as of December 21, 2001, must submit the disclosure information to the examiner and send a copy of the information to the Office of Tax Shelter Analysis.

The address for the Office of Tax Shelter Analysis is LM:PFTG:OTSA, 1111 Constitution Ave, NW, Washington, DC 20224.

## MISCELLANEOUS

The IRS is committed to considering and resolving disclosed items promptly. A taxpayer's disclosure of an item creates no inference that the taxpayer's tax treatment of the item was improper or that the accuracy-related penalty would apply if there is an underpayment of tax. Furthermore, taxpayers that do not disclose under this initiative are not prevented from demonstrating that they satisfy the reasonable cause exception under § 6664(c) and the regulations thereunder with respect to any portion of an underpayment of tax.

## PAPERWORK REDUCTION ACT

The collection of information contained in this announcement has been reviewed and approved by the Office of Management and Budget in accordance with the Paperwork Reduction Act (44 U.S.C. § 3507) under control number 1545–1764. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number.

The collection of information in this announcement is in the section titled INFORMATION REQUIRED TO MAKE A DISCLOSURE. This information is required to assess the item the taxpayer is disclosing under the initiative. This information will be used to determine whether the taxpayer has reported the disclosed item properly for income tax purposes. The collection of information is required to obtain the benefit described in this announcement. The likely respondents are businesses or other for-profit institutions, small businesses or organizations, and individuals.

The estimated total annual reporting burden is 450 hours.

The estimated annual burden per respondent varies from 2 hours to 4 hours, depending on individual circumstances, with an estimated average of 3 hours. The estimated number of respondents is 150.

The estimated frequency of responses is one time per respondent.

Books or records relating to a collection of information must be retained as long as their contents may become material in the administration of any internal revenue law. Generally tax returns and tax return information are confidential, as required by 26 U.S.C. § 6103.

## CONTACT INFORMATION

For further information regarding this announcement, contact Jozef Chilinski of the Office of Tax Shelter Analysis at (202) 283–8425 (not a toll-free call).

# EXHIBIT D-1

April 22, 2002

*Via Certified Mail*
*Return Receipt Requested*

Internal Revenue Service
Office of Tax Shelter Analysis
LM:PFTG:OTSA
1111 Constitution Avenue N.W.
Washington, D.C. 20224

Re:   **Announcement 2002-2 Disclosure Initiative**
      ~~Tom Gonzales (as~~ **Personal Representative**
      **for ~~Thomas J. Gonzales, II~~)**
      **Post Office Box 8486**
      **Incline Village, NV 89452**
      **SSN:  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**

Dear Sir or Madam:

    This letter constitutes disclosure with respect to Thomas J. Gonzales, II ("Taxpayer"), now deceased, pursuant to Announcement 2002-2 (the "Announcement").

    The Taxpayer's personal representative and trustee of the Taxpayer's Administrative Trust desire to participate in the disclosure initiative offered in Announcement 2002, 2002-2 Internal Revenue Bulletin. The following information is provided solely in exchange for a waiver of all (2), (3) and (4), or otherwise, for any underpayment of tax attributable to the item which is the subject of this disclosure. The Taxpayer's personal representative and trustee of the Taxpayer's Administrative Trust believes that the item disclosed herein was properly reported for income tax purposes and does not waive any rights with respect to the item. In any event, the undersigned has advised and does not believe that an accuracy-related penalty would apply to this transaction. The Taxpayer filed all required returns through calendar year 2000.

    Pursuant to the Announcement, the Taxpayer's personal representative and trustee of the Taxpayer's Administrative Trust hereby provides the following information:

1.   **Material Facts**.

    The Taxpayer participated in an investment transaction pursuant to which he acquired certain U.S. Treasury bonds for which a public market exists using a premium loan financing arrangement. The Taxpayer later sold the U.S. Treasury bonds in a taxable transaction, subject to the premium loan indebtedness, to a third party, reporting



EXHIBIT

D-1



Internal Revenue Service
April 22, 2002
Page 2

as the amount realized the face amount of the premium loan indebtedness and other consideration received.

The purchase of the U.S. Treasury Bonds involved full economic risk and interest rate risk to the Taxpayer in accordance with market price movements (up or down) and the fluctuation in market interest rates. The Taxpayer would realize either profits or losses based upon the price movements of the Treasury bonds and the movement in the relevant interest rates. The Taxpayer at all times was subject to market risks for both reward and loss.

**2.    Taxpayer's Treatment of the Foregoing Item.**

Taxpayer claimed a capital loss of approximately $135 million on his tax return ended December 31, 2000 in connection with the above-described transactions.

**3.    The Taxable Years Affected by the Item.**

The tax year affected by the above-referenced transaction is the Taxpayer's tax year ended December 31, 2000.

**4.    Coordinated Industry Case.**

Taxpayer was not a coordinated industry case taxpayer.

**5.    The Names and Addresses of Any Parties who Promoted, Solicited or Recommended the Taxpayer's Participation in the Transaction.**

The following firm provided investment advice and introduced Thomas J. Gonzales, II to the transaction:

Presidio Advisory Services
333 Hayes Street, Suite 200
San Francisco, CA 94102

The following law firm provided a detailed tax opinion letter supporting the tax treatment of the investment:

Olson Lemons LLC
2825 East Cottonwood Parkway
Suite 500
Salt Lake City, Utah 84121

**6.    The Undersigned Shall Provide, if Requested, Copies of All of the Following:**







Internal Revenue Service
April 22, 2002
Page 3

    A.    All transactional documents, including agreements, contracts, instruments, schedules, and, if the Taxpayer's participation in the transaction was promoted, solicited or recommended by any other party, all material received from that other party or that party's advisor(s);

    B.    All internal documents or memoranda used by the Taxpayer in its decision-making process, including, if applicable, information presented to the Taxpayer's board of directors; and

    C.    All opinions and memoranda that provide a legal analysis of the item, whether prepared by the Taxpayer or a tax professional on behalf of the Taxpayer.

**7.**    **Statement.**

The undersigned is the personal representative of the estate of the Taxpayer and the trustee of the Taxpayer's Administrative Trust. Under penalties of perjury, the undersigned has examined the foregoing disclosure and to the best of the undersigned's knowledge and belief, the information provided as part of the disclosure contains all relevant facts and is true, correct and complete.

Sincerely,

Tom J. Gonzales, as
personal representative of
the estate of Thomas Gonzales, II,
and as trustee of the Administrative
Trust of Thomas Gonsales, II

Enclosure
2931810_1.DOC





CERTIFIED MAIL

7000 1670 0010 0115 6351

Internal Revenue Service
Office of Tax Shelter Analysis
LM:PFTG:OTSA
1111 Constitution Avenue N.W.
Washington, D.C. 20224

P.O. Box 8486
Incline Village, NV
89452

# EXHIBIT D-2




. DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224          *1891*

August 14, 2002

Large and Mid-Size Business Division

MEMORANDUM FOR: **Joseph R Brimacombe, Deputy Director Compliance Policy**
S:C:SP

FROM:          *David H Harris*
               *for* **Frank Y. Ng, Director, Pre-Filing and Technical Guidance LM: PFT**

SUBJECT:          **Disclosure under Announcement 2002-2**

I am forwarding for your attention the attached Disclosure Statement of a potentially abusive Tax Shelter for taxpayer in your industry.

The disclosure indicates a transaction similar to a **100 - Unknown, ,** that has some of the characteristics of an abusive Tax Shelter. **Debbie Patel -Program Analyst,** has the coordination and assistance responsibility for this type of transaction. Please have your Team Manager responsible for this taxpayer, contact the **Debbie Patel -Program Analyst at 202-283-8431.**

Upon the assignment of these disclosures/cases, please provide the following information to the Office of Tax Shelter Analyst: Group Code and Manager, the Territory Code and Manager, and the Area Number and Director to which the case is assigned.

The UIL code for CEMIS, RGS or BNA reporting is **9300.99-00,** the AIMS source code is **17,** the AIMS project code is **270** (Disclosure initiative) and the ERCS/SETTS tracking code is **9685**.

The attached Disclosure Statement meets the requirements of the Announcement 2002-2. If complied with the remaining conditions of the Announcement 2002-2, the taxpayer qualifies for the waiver of the accuracy related penalties under § 6662.

If you have any questions concerning this matter, please contact Dave Harris, Manager, Office of Tax Shelter Analysis, at (202) 283-8386.

Attachments:
AD02-1291

cc:    **Jonathan Zelnik**
       **Jo Ann Prager**
       **Debbie Patel -Program Analyst**
       **Manager (Sally Mann-Wolfe)**





EXHIBIT

D-2

DECEASED (THOMAS J. GONZALES) 12/04/01

**FORM 1040X** (Rev. November 1998)

Department of the Treasury - Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19 98 , OR fiscal year ended ▶ _____ , 19 ____

| | |
|---|---|
| Your first name and initial / Last name | Your social security number |
| THOMAS J. GONZALES | 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 |
| If a joint return, spouse's first name and initial / Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home / Apt. no. | Telephone number (optional) |
| 134 LAKES BLVD | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | For Paperwork Reduction Act Notice, see page 6. |
| DAYTON, NV 89403 | |

**A** If the name or address shown above is different from that shown on the original return, check here ........................... ▶ ☒

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ..................... ☐ Yes ☒ No

**C** Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change— amount of increase or (decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| **1** Adjusted gross income (see page 3) ......................... | 1 | 117,138 | -8,732,673 | -8,615,535 |
| **2** Itemized deductions or standard deduction (see page 3) ...... | 2 | 54,027 | -3,000 | 51,027 |
| **3** Subtract line 2 from line 1 ................................. | 3 | 63,111 | -8,729,673 | -8,666,562 |
| **4** Exemptions. If changing, fill in Parts I and II on back ..... | 4 | 2,700 | | 2,700 |
| **5** Taxable income. Subtract line 4 from line 3 ............... | 5 | 60,411 | -8,729,673 | -8,669,262 |
| **6** Tax (see page 4). Method used in col. C TAX TABLE _ _ _ _ _ | 6 | 13,624 | -13,624 | |
| **7** Credits (see page 4) ...................................... | 7 | | | |
| **8** Subtract line 7 from line 6. Enter the result but not less than zero ...... | 8 | 13,624 | -13,624 | |
| **9** Other taxes (see page 4) ................................. | 9 | 74 | | 74 |
| **10** Total tax. Add lines 8 and 9 ............................. | 10 | 13,698 | -13,624 | 74 |
| **Payments** | | | | |
| **11** Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 ...................... | 11 | 28,807 | | 28,807 |
| **12** Estimated tax payments, including amt applied from prior year's return .. | 12 | | | |
| **13** Earned income credit ..................................... | 13 | | | |
| **14** Additional child tax credit from Form 8812 ................ | 14 | | | |
| **15** Credits from Form 4136 or Form 2439 ..................... | 15 | | | |
| **16** Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) ..................... | 16 | | | |
| **17** Amount of tax paid with original return plus additional tax paid after it was filed ..................... | 17 | | | |
| **18** Total payments. Add lines 11 through 17 in column C ..................... | 18 | | | 28,807 |
| **Refund or Amount You Owe** | | | | |
| **19** Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 15,109 |
| **20** Subtract line 19 from line 18 (see page 4) ..................... | 20 | | | 13,698 |
| **21** **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 ............ | 21 | | | |
| **22** If line 10, column C, is less than line 20, enter the difference ..................... | 22 | | | 13,624 |
| **23** Amount of line 22 you want **REFUNDED TO YOU** ..................... | 23 | | | 13,624 |
| **24** Amount of line 22 you want **APPLIED TO YOUR 19** ____ **ESTIMATED TAX** | 24 | | | |

**Sign Here**
Joint return?
See page 2.
Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature / Date | Spouse's signature. If a joint return, BOTH must sign. / Date |
|---|---|
| _[signature]_ 8-10-07 | |

**Paid Preparer's Use Only**

| Preparer's signature | STEVEN P. SMITH _[signature]_ | Date 7/24/07 | Check if self-employed ☐ | Preparer's social security no. 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | COMYNS, SMITH, MCCLEARY & DEAV | EIN 68-0307221 | | |
| | 3470 MT. DIABLO BLVD. #A110 | | | |
| | LAFAYETTE, CA | | ZIP code 94549 | |

Form **1040X** (Rev. 11-98)

KFA

Form 1040X (Rev. 11-98) THOMAS J. GONZALES                                    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 Page **2**

| **Part I** | **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instr. | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| | If you are **not changing** your exemptions, do not complete this part. | | | | |
| | If claiming **more exemptions**, complete lines 25-31 and, if applicable, line 32. | | | | |
| | If claiming **fewer exemptions**, complete lines 25-30. | | | | |
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | **Caution:** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | | |

| Tax year | Exemption amount | But see the instructions if the amount on line 1 is over: | | |
|---|---|---|---|---|
| 1998 | $2,700 | $93,400 | | |
| 1997 | 2,650 | 90,900 | | |
| 1996 | 2,550 | 88,475 | | |
| 1995 | 2,500 | 86,025 | 30 | |

31  Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax year 1998, do not complete col. (e) below. For tax years before 1998, do not complete col. (d) below.

No. of your children on line 31 who:

| (a) First Name    Last Name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5 | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

● lived with you . . . . . . . ▶ ☐

● **did not** live with you due to divorce or separation (see page 5) . . . . . . . ▶ ☐

Dependents on line 31 not entered above . . . . ▶ ☐

32  For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| **Part II** | **Explanation of Changes to Income, Deductions, and Credits** |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . ▶ ☒

TAXPAYER IS CARRYING BACK NET OPERATING LOSS FROM 2001 AS ADJUSTED PURSUANT TO
REFUND CLAIM SUBMITTED.  TAXPAYER UNDERSTANDS THAT THE CARRYBACK OF A 2001 NET
OPERATING LOSS IS TO BE CARRIED BACK PURSUANT TO A FIVE YEAR CARRYBACK, IE, TO
1996, THEN 1997 AND SO ON.   SINCE TAXPAYER IS NOT IN POSSESSION OF HIS 1996
AND 1997 RETURNS, YET CONFIDENT THAT THE LOSS IN 2001 IS SUFFICIENT IN AMOUNT
TO OFFSET ALL TAXABLE INCOME REPORTED IN THE ENTIRE FIVE YEAR CARRYBACK
PERIOD, HE IS TEMPORARILY SKIPPING THE 1996 AND 1997 AND LEAVING IT TO BE
DETERMINED LATER.   SEE ATTACHED SCHEDULE REFLECTING USAGE OF THE 2001 NET
OPERATING LOSS.

| **Part III** | **Presidential Election Campaign Fund.**  Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here . . . . . . . . . . . ▶ ☐

**2001**                    **NOL WORKSHEETS**                    **PAGE 1**

THOMAS J. GONZALES                                    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

**COMPUTATION OF 2001 NET OPERATING LOSS**

| | | | |
|---|---|---|---|
| 1. | ADJUSTED GROSS INCOME | | -6,558,190. |
| 2A. | ITEMIZED OR STANDARD DEDUCTION | 2,196,483. | |
| 2B. | EXEMPTION DEDUCTION | 2,900. | |
| 2C. | ADD LINES 2A AND 2B | | 2,199,383. |
| 3. | SUBTRACT LINE 2C FROM LINE 1 | | -8,757,573. |
| 4. | EXEMPTION DEDUCTION FROM LINE 2B | | 2,900. |
| 5. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 6. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 7. | EXCESS OF LINE 5 OVER LINE 6 | 13,758,266. | |
| 8. | EXCESS OF LINE 6 OVER LINE 5 | 0. | |
| 9. | NONBUSINESS DEDUCTIONS | 210,114. | |
| 10. | NONBUSINESS INCOME | 966,343. | |
| 11. | ADD LINES 8 AND 10 | 966,343. | |
| 12. | EXCESS OF LINE 9 OVER LINE 11 | | 0. |
| 13. | EXCESS OF LINE 11 OVER LINE 9 | 0. | |
| 14. | BUSINESS CAPITAL LOSSES | 0. | |
| 15. | BUSINESS CAPITAL GAINS | 19,000. | |
| 16. | ADD LINES 13 AND 15 | 19,000. | |
| 17. | EXCESS OF LINE 14 OVER LINE 16 | 0. | |
| 18. | ADD LINES 7 AND 17 | 13,758,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 20. | SECTION 1202 EXCLUSION | | 0. |
| 21. | SUBTRACT LINE 20 FROM LINE 19 | 13,739,266. | |
| 22. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 23. | SUBTRACT LINE 22 FROM LINE 21 | 13,736,266. | |
| 24. | SUBTRACT LINE 21 FROM LINE 22 | | 0. |
| 25. | SUBTRACT LINE 23 FROM LINE 18 | | 22,000. |
| 26. | PRIOR YEARS' NET OPERATING LOSSES | | 0. |
| 27. | 2001 NET OPERATING GAIN (LOSS) | | -8,732,673. |
| | (COMBINE LINES 3, 4, 12, 20, 24, 25, AND 26) | | |

| 2001 | NOL WORKSHEETS | PAGE 2 |
|---|---|---|
| | THOMAS J. GONZALES | 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 |

## COMPUTATION OF 2001 AMT NET OPERATING LOSS

| | | | |
|---|---|---|---|
| 1. | FORM 6251, LINE 21 | | -6,370,217. |
| 2. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 3. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 4. | EXCESS OF LINE 2 OVER LINE 3 | 13,758,266. | |
| 5. | EXCESS OF LINE 3 OVER LINE 2 | 0. | |
| 6. | NONBUSINESS DEDUCTIONS | 6,559. | |
| 7. | NONBUSINESS INCOME | 822,570. | |
| 8. | ADD LINES 5 AND 7 | 822,570. | |
| 9. | EXCESS OF LINE 6 OVER LINE 8 | | 0. |
| 10. | EXCESS OF LINE 8 OVER LINE 6 | 0. | |
| 11. | BUSINESS CAPITAL LOSSES | 0. | |
| 12. | BUSINESS CAPITAL GAINS | 19,000. | |
| 13. | ADD LINES 10 AND 12 | 19,000. | |
| 14. | EXCESS OF LINE 11 OVER LINE 13 | 0. | |
| 15. | ADD LINES 4 AND 14 | 13,758,266. | |
| 16. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 17. | SECTION 1202 EXCLUSION | | 0. |
| 18. | SUBTRACT LINE 17 FROM LINE 16 | 13,739,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 20. | SUBTRACT LINE 19 FROM LINE 18 | 13,736,266. | |
| 21. | SUBTRACT LINE 18 FROM LINE 19 | | 0. |
| 22. | SUBTRACT LINE 20 FROM LINE 15 | | 22,000. |
| 23. | 2001 AMT NET OPERATING GAIN (LOSS) | | |
| | (COMBINE LINES 1, 9, 17, 21, AND 22) | | -6,348,217. |

Thomas J. Gonzales

| | Regular | AMT |
|---|---|---|
| 2001 Per NOL Worksheets | (8,732,673) | (6,348,217) |
| 1996 | TBD | TBD |
| To 1997 | (8,732,673) | (6,348,217) |
| 1997 | TBD | TBD |
| To 1998 | (8,732,673) | (6,348,217) |
| 1998 Per NOL Worksheets | 63,111 | 72,012 |
| To 1999 | (8,669,562) | (6,276,205) |
| 1999 Per NOL Worksheets | 200,914 | 209,309 |
| To 2000 | (8,468,648) | (6,066,896) |
| 2000 Per NOL Worksheets | 160,794 | 581,114 |
| Unused NOL | (8,307,854) | (5,485,782) |

DECEASED THOMAS J. GONZALES 12/04/01

FORM **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1998**

(99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 1998, or other tax year beginning _____ , 1998, ending _____ , 19 ____   OMB No. 1545-0074

| LABEL | | |
|---|---|---|
| **L A B E L** | Your first name and initial: THOMAS J. GONZALES   Last name | Your social security number: 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 |
| **H E R E** | If a joint return, spouse's first name and initial   Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see page 18.   Apt. no. | |
| | 134 LAKES BLVD | |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. | ▲ **IMPORTANT!** ▲ |
| | DAYTON, NV 89403 | You must enter your SSN(s) above. |

**Label**
Instructions on page 18.
Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign** (See page 18.)

| | Yes | No | Note: Checking "Yes" |
|---|---|---|---|
| Do you want $3 to go to this fund? . . . . . . . . . . . . . . . . . . . . . . . . | | X | will not change your tax or reduce your refund. |
| If a joint return, does your spouse want $3 to go to this fund? . . . . . . . . . . . . | | | |

**Filing Status**

Check only one box.

1  [X] Single
2  [ ] Married filing joint return (even if only one had income)
3  [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4  [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5  [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 18.)

**Exemptions**

6a  [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
b  [ ] **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

} No. of boxes checked on 6a and 6b   **1**

c  Dependents:

| (1) First Name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

Add numbers entered on lines above ▶   **1**

d  Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . | 7 | 113,750 |
| 8a | **Taxable interest.** Attach Schedule B if required . . . . . . . . . . . . . | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a . . . . . . . | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) . . . . . . . . . . | 10 | 680 |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D . . . . . . . . . . . . . . | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 14 | |
| 15a | Total IRA distributions  15a | b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities  16a | b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see pg. 24) | 20b | |
| 21 | Other income. SEE STATEMENT 2 . . . . . . . . . . . . . . . . . . | 21 | -8,729,928 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | -8,615,498 |

*As Amended* (handwritten overlay)

**Adjusted Gross Income**

* 33 is under 395 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 25) . . . . . . . . . . . . . | 23 | |
| 24 | Student loan interest deduction (see page 27) . . . . . . . . . | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 . . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | 37 |
| 28 | Self-employed health insurance deduction (see page 28) . . . . . | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . | 30 | |
| 31a | Alimony paid. b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . . . . . . . . . | 32 | 37 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . ▶ | 33 | -8,615,535 |

KFA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.**   Form **1040** (1998)

Form 1040 (1998)  THOMAS J. GONZALES  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                                                                    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | -8,615,535 |

**Standard Deduction for Most People**
Single: $4,250
Head of household: $6,250
Married filing jointly or Qualifying widow(er): $7,100
Married filing separately $3,550

| | |
|---|---|
| 35 a | Check if: ☐ You were 65 or older,  ☐ Blind;  ☐ **Spouse** was 65 or older,  ☐ Blind. Add the number of boxes checked above and enter the total here .............. ▶ 35a |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ................. ▶ 35b ☐ |

| | | | |
|---|---|---|---|
| 36 | Enter the **larger** of your **itemized** deductions from Schedule A, line 28, OR **standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 51,027 |
| 37 | Subtract line 36 from line 34 | 37 | -8,666,562 |
| 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | 38 | 2,700 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0 |
| 40 | **Tax.** See page 30. Check if any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 ...... ▶ | 40 | 0 |
| 41 | Credit for child and dependent care expenses. Att. Form 2441 ......  41 | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R .........  42 | | |
| 43 | Child tax credit (see page 31) ...........................  43 | | |
| 44 | Education credits. Attach Form 8863 ......................  44 | | |
| 45 | Adoption credit. Attach Form 8839 ........................  45 | | |
| 46 | Foreign tax credit. Attach Form 1116 if required ...............  46 | | |
| 47 | Other. Check if from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify)  47 | | |
| 48 | Add lines 41 through 47. These are your **total credits**.................. | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ...... ▶ | 49 | 0 |

| | | | |
|---|---|---|---|
| **Other Taxes** | 50 | Self-employment tax. Att. Sch. SE ......................... | 50 | 74 |
| | 51 | Alternative minimum tax. Attach Form 6251 ................... | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ... | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 ............ | 54 | |
| | 55 | Household employment taxes. Attach Schedule H ................ | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ............... ▶ | 56 | 74 |

**Payments**
Attach Forms W-2, and W-2G on the front. Also attach Form 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 28,807 |
| 58 | 1998 estimated tax payments and amount applied from 1997 return | 58 | |
| 59 a | Earned income credit. Att. Sch. EIC if you have a qualifying child. | | |
| b | Nontaxable earned income: amt. ▶  and type ▶  NO | 59a | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| 61 | Amount paid with Form 4868 (request for extension) | 61 | |
| 62 | Excess social security and RRTA tax withheld (see page 43) | 62 | |
| 63 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | 63 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ........ ▶ | 64 | 28,807 |

| | | | |
|---|---|---|---|
| **Refund** Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** ........ | 65 | 28,733 |
| | 66a | Amount of line 65 you want **REFUNDED TO YOU** ............ ▶ | 66a | 28,733 |
| | b | Routing number ..... ▶  c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number | | |
| | 67 | Amount of line 65 you want **APPLIED TO 1999 ESTIMATED TAX** ▶  67 | | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE. For details on how to pay, see page 44 ...... | 68 | As Amended |
| | 69 | Estimated tax penalty. Also include on line 68 ..........  69 | | |

**Sign Here**
Joint return? See page 18. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  CHIEF TECHNOLOGY O | Daytime telephone number (optional) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature  STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's social security no.  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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | COMYNS, SMITH, MCCLEARY & DEAV  3470 MT. DIABLO BLVD. #A110  LAFAYETTE, CA | EIN  68-0307221  ZIP code  94549 | |

# Schedule A – Itemized Deductions

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1998**

Attachment
Sequence No.   **07**

Name(s) shown on Form 1040

THOMAS J. GONZALES

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | |
| | 2 | Enter amount from Form 1040, line 34 .... | 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You Paid**<br><br>(See page A-1.) | 5 | State and local income taxes | 5 | 8,818 | |
| | 6 | Real estate taxes (see page A-2) | 6 | 3,424 | |
| | 7 | Personal property taxes | 7 | 2,340 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 14,582 |
| **Interest You Paid**<br><br>(See page A-3.)<br><br>Note:<br>Personal interest is not deductible. | 10 | Home mortgage interest and points reported on Form 1098 .STM..3 | 10 | 36,433 | |
| | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | 11 | | |
| | 12 | Points not reported on Form 1098. See page A-3 .SEE.STMT.4 | 12 | 12 | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-3) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 36,445 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4. ST..5 | 15 | 500 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | 2,500 | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 CARRYOVER TO NEXT YEAR -3,000 | 18 | | 0 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br><br><br><br>(See page A-6 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 34 .... | 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)?<br>**NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the **larger** of this amount or your standard deduction. }············ ▶<br>**YES.** Your deduction may be limited. See page A-6 for the amount to enter. | 28 | | 51,027 |

As Amended

KFA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Schedule A (Form 1040) 1998

Schedule SE (Form 1040) 1998      Attachment Sequence No. **17**      Page **2**

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| THOMAS J. GONZALES | 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 |

## Section B – Long Schedule SE

### Part I   Self–Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and you** filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............................................ ▶ ☐

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note:** Skip this line if you use the farm optional method. See page SE-3 ............ | **1** | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note:** Skip this line if you use the nonfarm optional method. See page SE-4 ............ | **2** | 2,745 |
| 3 | Combine lines 1 and 2 ............ | **3** | 2,745 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 ............ | **4a** | 2,535 |
| b | If you elected one or both of the optional methods, enter the total of lines 15 and 17 here ............ | **4b** | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax.<br>**Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ............ ▶ | **4c** | 2,535 |
| 5a | Enter your **church employee income** from Form W-2.<br>**Caution:** See page SE-1 for definition of church employee income ............ **5a** | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- ............ | **5b** | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b ............ | **6** | 2,535 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1998 ............ | **7** | 68,400 00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation ............ **8a** 68,400 | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) ............ **8b** | | |
| c | Add lines 8a and 8b ............ | **8c** | 68,400 |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ............ ▶ | **9** | 0 |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) ............ | **10** | 0 |
| 11 | Multiply line 6 by 2.9% (.029) ............ | **11** | 74 |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on Form 1040, line 50 ............ | **12** | 74 |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5).<br>Enter the result here and on Form 1040, line 27 ............ **13** 37 | | |

### Part II   Optional Methods To Figure Net Earnings   (See page SE-3.)

**Farm Optional Method.** You may use this method **only** if:
- Your gross farm income [1] was not more than $2,400 **or**
- Your gross farm income [1] was more than $2,400 and your net farm profits [2] were less than $1,733.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods ............ | **14** | 1,600 00 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income (not less than zero) or $1,600.<br>Also, include this amount on line 4b above ............ | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if:
- Your net nonfarm profits [3] were less than $1,733 and also less than 72.189% of your gross nonfarm income, **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution:** You may use this method no more than five times.

As Amended

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 ............ | **16** | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income (not less than zero) **or** the amount on line 16.<br>Also, include this amount on line 4b above ............ | **17** | |

**1** From Schedule F, line 11, and Schedule K-1 (Form 1065), line 15b.<br>**2** From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.

**3** From Sch. C, line 31; Sch. C-EZ, line 3; and Sch. K-1 (Form 1065), line 15a; Sch. K-1 (Form 1065-B), box 9.<br>**4** From Sch. C, line 7; Sch. C-EZ, line 1; and Sch. K-1 (Form 1065), and line 15c; Sch. K-1 (Form 1065-B), box 9.

| Form **8283**<br>(Rev. October 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Noncash Charitable Contributions**<br>▶ Attach to your tax return if you claimed a total deduction<br>of over $500 for all contributed property.<br>▶ See separate instructions. | OMB No. 1545-0908<br><br>Attachment<br>Sequence No. **55** |

Name(s) shown on your income tax return

THOMAS  J.  GONZALES

Identifying number

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

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A —** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less.
Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

| **Part I** | **Information on Donated Property —** If you need more space, attach a statement. |

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | SALVATION ARMY<br><br>CONCORD, CA | VARIOUS |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | VARIOUS | VARIOUS | PURCHASE | 7,500 | 2,500 | THRIFT  SHOP  VALUE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| **Part II** | **Other Information —** Complete line 2 if you gave less than an entire interest in property listed in Part I.<br>Complete line 3 if restrictions were attached to a contribution listed in Part I. |

2   If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a   Enter the letter from Part I that identifies the property  ▶ _____ . If Part II applies to more than one property, attach a separate statement.

b   Total amount claimed as a deduction for the property listed in Part I:   (1) For this tax year   ▶ _____ .

(2) For any prior tax years   ▶ _____ .

c   Name and address of each organization to which any such contribution was made in a prior year
(complete only if different than the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

**As Amended**

City or town, state, and ZIP code

d   For tangible property, enter the place where the property is located or kept   ▶

e   Name of any person, other than the donee organization, having actual possession of the property   ▶

| | | Yes | No |
|---|---|---|---|
| 3 | If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions). | | |
| a | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property?   . . . . . . . . . . . . . | | |
| b | Did you give  to anyone (other than the donee organization or another organization participating with the donee  organization in coopera-tive fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property  by  purchase  or  otherwise, or to  designate  the  person  having such  income, possession, or  right to acquire? | | |
| c | Is there a restriction limiting the donated property for a particular use?   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

KFA   **For Paperwork Reduction Act Notice, see page 4 of separate instructions.**   Form  **8283**  (Rev. 10-98)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** ▶ See separate instructions.   ▶ Attach this form to your return. | **1998** Attachment Sequence No. **67** |

Name(s) shown on return
THOMAS J. GONZALES

Identifying number
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

Business or activity to which this form relates
SCHEDULE A (POINTS)

**Part I    Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $18,500 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 ............ | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1997. See page 3 of the instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. | 12 | |
| 13 | Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12  ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II    MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year** (Do Not Include Listed Property.)

**Section A – General Asset Account Election**

If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ............ ▶ ☐

**Section B – General Depreciation System (GDS)** (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **15a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS):** (See page 5 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **16a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

*As Amended*

**Part III    Other Depreciation** (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV    Summary** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships & S corporations - see instructions | 21 | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KFA    **For Paperwork Reduction Act Notice, see the separate instructions.**    Form **4562** (1998)

Form 4562 (1998)   THOMAS J. GONZALES  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                                              Page **2**

## Part V — Listed Property – Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See page 8 of the instructions for limits for passenger automobiles.)

23a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   23b  If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 25 Property used 50% or less in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| 26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | |
| 27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 27 |

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year . . . . . . . . . . | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven . . . . . . | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 to 30 . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Is the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Is the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? . . . . . . . . . . | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . . . . . . . . | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions . . . . . . . . . . . . . . . . . . | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1998 tax year: | | | | | |
| POINTS | 11/16/98 | 4,220 | | 30 | 12 |
| | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 41 | | |
| 42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . . . . . . . | | | 42 | | 12 |

As Amended

| 1998 | FEDERAL STATEMENTS | PAGE 1 |
|------|-------------------|--------|

**THOMAS J. GONZALES**                           545–13–6755

07                                                              05:38 PM

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| WAGES TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 113750 | 28807 | 4241 | 1794 | 8659 | 159 |
| TOTALS | 113750 | 28807 | 4241 | 1794 | 8659 | 159 |

**STATEMENT 2**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---|
| LESCURE ............................................... | $ | 2,745 |
| NET OPERATING LOSS CARRY BACK ............................... | | -8,732,673 |
| | TOTAL $ | -8,729,928 |

**STATEMENT 3**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| | | |
|---|---|---|
| BANC ONE ............................................... | $ | 6,385 |
| OPTION ONE .............................................. | | 29,077 |
| NATIONAL CITY .......................................... | | 971 |
| | TOTAL $ | 36,433 |

**STATEMENT 4**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

| | | |
|---|---|---|
| AMORTIZATION ........................................... | $ | 12 |
| | TOTAL $ | 12 |

**STATEMENT 5**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

As Amended

| | | |
|---|---|---|
| VARIOUS ................................................ | $ | 500 |
| | TOTAL $ | 500 |

**1998**        **NOL WORKSHEETS**        **PAGE 1**

**THOMAS J. GONZALES**        545–13–6755

05:38 PM

NET OPERATING LOSS CARRYOVERS USED IN 1998

```
    A. CARRYBACK YEAR                                    1998
    B. NOL YEAR                                          2001
    C. INITIAL LOSS                                  8,732,673
    D. NOL CARRYOVER                                 8,732,673

COMPUTATION OF MODIFIED TAXABLE INCOME
    1. 1998 TAXABLE INCOME                          -8,669,262
    2. NOL CARRYOVERS FROM YEAR B AND LATER YEARS    8,732,673
    3. NET CAPITAL LOSS DEDUCTION (FORM 1040, LINE 13)       0
    4. ADJUSTMENTS TO AGI                                    0
    5. ADJUSTMENTS TO ITEMIZED DEDUCTIONS              -3,000
    6. PERSONAL EXEMPTIONS (FORM 1040, LINE 37)         2,700
    7. MODIFIED TAXABLE INCOME
       (ADD LINES 1,2,3,4,5 AND 6)                      63,111

       NOL ON LINE C ABSORBED THIS YEAR                 63,111
       NOL ON LINE C NOT ABSORBED THIS YEAR          8,669,562

ADJUSTMENTS TO ITEMIZED DEDUCTIONS

    8. 1998 ADJUSTED GROSS INCOME                   -8,615,535
    9. CARRYOVERS FROM YEAR B AND LATER YEARS        8,732,673
   10. ADD LINES 3 AND 4 FROM ABOVE                        0
   11. MODIFIED AGI (ADD LINES 8, 9 & 10)            117,138

ADJUSTMENT TO CHARITABLE CONTRIBUTIONS

   17. CHARITABLE CONTRIBUTIONS(FORM 1040,SCH A,LN 18)      0
   18. CHARITABLE CONTRIBUTIONS REFIGURED USING LN 11   3,000
   19. SUBTRACT LINE 18 FROM LINE 17                  -3,000

       TOTAL ITEMIZED DEDUCTIONS ADJUSTMENT
       (ADD LINES 16, 19, 24 AND 29)                   -3,000
```



| 1998 | NOL WORKSHEETS | PAGE 2 |
|---|---|---|

THOMAS J. GONZALES                                      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

05:38 PM

AMT NET OPERATING LOSS CARRYOVERS USED IN 1998

```
    A.  CARRYBACK YEAR                                          1998
    B.  NOL YEAR                                                2001
    C.  INITIAL LOSS                                        6,348,217
    D.  NOL CARRYOVER                                       6,348,217

COMPUTATION OF MODIFIED AMTI
    1.  AMTI BEFORE ATNOLD (FORM 6251, LINE 19)               80,013
    2.  ATNOLD LIMITATION PERCENTAGE                           0.900
    3.  MULTIPLY LINE 1 BY 2                                   72,012
    4.  PRIOR YEAR AMT CARRYOVERS ABSORBED IN CURRENT YEAR          0
    5.  MODIFIED AMTI (LINE 3 LESS LINE 4)                     72,012

    AMT NOL ABSORBED THIS YEAR                                72,012
    AMT NOL NOT ABSORBED THIS YEAR                         6,276,205
```



As Amended

| 12/31/96 | | | | | | | | | | | | | | | GE 1 |

1998 FEDERAL DEPRECIATION SCHEDULE

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

07/24/07                                                                                          05:38 PM

THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|-----|-------------|---------------|-----------|-------------|-----------|---------------|-----------------|-----------------------|---------------|---------------|-------------|-------------|--------|------|------|---------------|
| **SCHEDULE A (POINTS)** | | | | | | | | | | | | | | | | |
| | **AMORTIZATION** | | | | | | | | | | | | | | | |
| 1 | POINTS | 11/16/98 | | 4,220 | | | | | | | 4,220 | | S/L | 30 | | 12 |
| | TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 0 | | | | 12 |
| | TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | GRAND TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 0 | | | | 12 |
| | GRAND TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

1998 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

PAGE 1

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

12/31/98.

07/24/07                                                                    05:38 PM

THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PERS PROP PREF |
|-----|-------------|---------------|-----------|-----------|-----------------|------------|----------|----------|-----------|------------|------------|-------------------|-----------------|---------------------|
| TOTAL | | | | 0 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DEPRECIATION | | | | 0 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| GRAND TOTAL DEPRECIATION | | | | 0 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 |

As Amended

FORM **1040**   Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return   **1998**   (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 1998, or other tax year beginning , 1998, ending , 19 | OMB No. 1545-0074

**Label** (Instructions on page 18.)
Use the IRS label. Otherwise, please print or type.

| L A B E L  H E R E | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| THOMAS J. GONZALES | | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 18. | Apt. no. | |
| 10 MERCURY COURT | | ▲ **IMPORTANT!** ▲ |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. | | You **must** enter your SSN(s) above. |
| PLEASANT HILL, CA 94523 | | |

**Presidential Election Campaign** (See page 18.)
| | Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund. |
|---|---|---|---|
| Do you want $3 to go to this fund? ................................ | | X | |
| If a joint return, does your spouse want $3 to go to this fund? ......................... | | | |

**Filing Status**
Check only one box.
1. X Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do **not** check box 6a. ...........................................................

b ☐ **Spouse** ...........................................................

c Dependents:

| (1) First Name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of boxes checked on 6a and 6b: 1
No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed ...........................

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... | 7 | 113,750 |
| 8a | **Taxable interest.** Attach Schedule B if required ...................... | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a ..... | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required ...................... | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) ......... | 10 | 680 |
| 11 | Alimony received ................................................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D ............................ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ........................... | 14 | |
| 15a | Total IRA distributions ..... 15a | b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ........................... | 18 | |
| 19 | Unemployment compensation ......................................... | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see pg. 24) | 20b | |
| 21 | Other income. LESCURE ............................................ | 21 | 2,745 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ...... ▶ | 22 | 117,175 |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| | | |
|---|---|---|
| 23 | IRA deduction (see page 25) ........................... | 23 | |
| 24 | Student loan interest deduction (see page 27) .............. | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 ....... | 25 | |
| 26 | Moving expenses. Attach Form 3903 .................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | 37 |
| 28 | Self-employed health insurance deduction (see page 28) ..... | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans .......... | 29 | |
| 30 | Penalty on early withdrawal of savings ................. | 30 | |
| 31a | Alimony paid. b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a ........................... | 32 | 37 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income**. .............. ▶ | 33 | 117,138 |

KFA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.**   Form **1040** (1998)

Form 1040 (1998) THOMAS J. GONZALES 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          Page **2**

| Tax and Credits | | | |
|---|---|---|---|
| | 34 Amount from line 33 (adjusted gross income) | 34 | 117,138 |
| | 35 a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| Standard Deduction for Most People | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| Single: $4,250 | 36 Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 54,027 |
| Head of household: $6,250 | 37 Subtract line 36 from line 34 | 37 | 63,111 |
| Married filing jointly or Qualifying widow(er): $7,100 | 38 If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | 38 | 2,700 |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 60,411 |
| Married filing separately $3,550. | 40 **Tax.** See page 30. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 13,624 |
| | 41 Credit for child and dependent care expenses. Att. Form 2441   41 | | |
| | 42 Credit for the elderly or the disabled. Attach Schedule R   42 | | |
| | 43 Child tax credit (see page 31)   43 | | |
| | 44 Education credits. Attach Form 8863   44 | | |
| | 45 Adoption credit. Attach Form 8839   45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required   46 | | |
| | 47 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify)   47 | | |
| | 48 Add lines 41 through 47. These are your **total credits.** | 48 | |
| | 49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 13,624 |
| Other Taxes | 50 Self-employment tax. Att. Sch. SE | 50 | 74 |
| | 51 Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 Household employment taxes. Attach Schedule H | 55 | |
| | 56 Add lines 49 through 55. This is your **total tax** ▶ | 56 | 13,698 |
| Payments | 57 Federal income tax withheld from Forms W-2 and 1099   57   28,807 | | |
| Attach Forms W-2, and W-2G on the front. Also attach Form 1099-R if tax was withheld. | 58 1998 estimated tax payments and amount applied from 1997 return   58 | | |
| | 59 a **Earned income credit.** Att. Sch. EIC if you have a qualifying child. b Nontaxable earned income: amt. ▶ and type ▶ NO   59a | | |
| | 60 Additional child tax credit. Attach Form 8812   60 | | |
| | 61 Amount paid with Form 4868 (request for extension)   61 | | |
| | 62 Excess social security and RRTA tax withheld (see page 43)   62 | | |
| | 63 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136   63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 28,807 |
| Refund | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | 15,109 |
| Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 66a Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | 15,109 |
| | b Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number | | |
| | 67 Amount of line 65 you want **APPLIED TO 1999 ESTIMATED TAX** ▶ 67 | | |
| Amount You Owe | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 44 ▶ | 68 | |
| | 69 Estimated tax penalty. Also include on line 68   69 | | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| Joint return? See page 18. Keep a copy for your records. | Your signature | Date | Your occupation CHIEF TECHNOLOGY O |
| | Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

| Paid Preparer's Use Only | Preparer's signature STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's social security no. 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA | EIN 68-0307221 | |
| | | | ZIP code 94549 | |

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Schedule A – Itemized Deductions

▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1998**

Attachment
Sequence No.    **07**

Name shown on Form 1040

THOMAS J. GONZALES

Your social security number

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

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) . . . . . . . . . . . . . . . . | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 . . . . | 2 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . . . . . . . . | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . . | | 4 | 0 |
| **Taxes You Paid**<br><br>(See page A-1.) | 5 | State and local income taxes . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 8,818 | | |
| | 6 | Real estate taxes (see page A-2) . . . . . . . . . . . . . . . . . . . . . | 6 | 3,424 | | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 2,340 | | |
| | 8 | Other taxes. List type and amount<br>▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 14,582 |
| **Interest You Paid**<br><br>(See page A-3.)<br><br>Note:<br>Personal interest is not deductible. | 10 | Home mortgage interest and points reported on Form 1098 . . STM..2 | 10 | 36,433 | | |
| | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address<br>▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | | |
| | 12 | Points not reported on Form 1098. See page A-3 . . SEE..STMT...3 | 12 | 12 | | |
| | 13 | Investment interest. Attach Form 4952, if required.<br>(See page A-3) | 13 | | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | 36,445 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4. . ST...4 | 15 | 500 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 . . . . . . . . . . . . . . . . | 16 | 2,500 | | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | 3,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684.<br>(See page A-5.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br><br><br><br><br><br>(See page A-6 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.)<br>▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | | | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount<br>▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | | | |
| | 24 | Enter amount from Form 1040, line 34 . . . | 24 | | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . . . | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount    ▶ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)?<br>**NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the **larger** of this amount or your standard deduction.<br>**YES.** Your deduction may be limited. See page A-6 for the amount to enter. }  . . . . . . . . . . ▶ | | 28 | 54,027 |

KFA    **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule A (Form 1040) 1998**

Schedule SE (Form 1040) 1998      Attachment Sequence No. **17**     Page **2**

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| THOMAS J. GONZALES | 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 |

## Section B – Long Schedule SE

| **Part I** | **Self–Employment Tax** |

**Note:** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is **not** church employee income. See page SE-1.

**A**    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I .................................................. ▶ ☐

| | | | | |
|---|---|---|---|---|
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note:** Skip this line if you use the farm optional method. | **1** | | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note:** Skip this line if you use the nonfarm optional method. See page SE-4 . | **2** | 2,745 | |
| **3** | Combine lines 1 and 2 ................................................................. | **3** | 2,745 | |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 ..... | **4a** | 2,535 | |
| **b** | If you elected one or both of the optional methods, enter the total of lines 15 and 17 here ......... | **4b** | | |
| **c** | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ............ ▶ | **4c** | 2,535 | |
| **5a** | Enter your **church employee income** from Form W-2. **Caution:** See page SE-1 for definition of church employee income ............ | **5a** | | |
| **b** | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- ..................... | **5b** | | |
| **6** | **Net earnings from self–employment.** Add lines 4c and 5b ............................ | **6** | 2,535 | |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1998 ................................ | **7** | 68,400 | 00 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation ............ | **8a** | 68,400 | |
| **b** | Unreported tips subject to social security tax (from Form 4137, line 9) ............ | **8b** | | |
| **c** | Add lines 8a and 8b ................................................................... | **8c** | 68,400 | |
| **9** | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ...... ▶ | **9** | 0 | |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) ............................ | **10** | 0 | |
| **11** | Multiply line 6 by 2.9% (.029) ........................................................ | **11** | 74 | |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 50** ........... | **12** | 74 | |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** ............ **13** | 37 | | |

| **Part II** | **Optional Methods To Figure Net Earnings**   (See page SE-3.) |

**Farm Optional Method.** You may use this method **only** if:
- Your gross farm income [1] was not more than $2,400 **or**
- Your gross farm income [1] was more than $2,400 and your net farm profits [2] were less than $1,733.

| | | | | |
|---|---|---|---|---|
| **14** | Maximum income for optional methods ................................................ | **14** | 1,600 | 00 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income [1] (not less than zero) **or** $1,600. Also, include this amount on line 4b above ........................................... | **15** | | |

**Nonfarm Optional Method.** You may use this method **only** if:
- Your net nonfarm profits [3] were less than $1,733 and also less than 72.189% of your gross nonfarm income, **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution:** You may use this method no more than five times.

| | | | | |
|---|---|---|---|---|
| **16** | Subtract line 15 from line 14 ......................................................... | **16** | | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | **17** | | |

[1] From Schedule F, line 11, and K-1 (Form 1065), line 15b.    [3] From Sch. C, line 31; Sch. C-EZ, line 3; and Sch. K-1 (Form 1065) and line 15a; Sch. K-1 (Form 1065-B), box 9.
[2] From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.    [4] From Sch. C, line 7; Sch. C-EZ, line 1; and Sch. K-1 (Form 1065) and line 15c; Sch. K-1 (Form 1065-B), box 9.

| Form **8283**<br>(Rev. October 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Noncash Charitable Contributions**<br>▶ Attach to your tax return if you claimed a total deduction<br>of over $500 for all contributed property.<br>▶ See separate instructions. | OMB No. 1545-0908<br><br>Attachment<br>Sequence No. **55** |

Name(s) shown on your income tax return

THOMAS J. GONZALES

Identifying number

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

Note: Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A** — List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less.
Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I**  Information on Donated Property — If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | SALVATION ARMY<br>CONCORD, CA | VARIOUS |
| B | | |
| C | | |
| D | | |
| E | | |

Note: If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | VARIOUS | VARIOUS | PURCHASE | 7,500 | 2,500 | THRIFT SHOP VALUE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II**  Other Information — Complete line 2 if you gave less than an entire interest in property listed in Part I.
Complete line 3 if restrictions were attached to a contribution listed in Part I.

2  If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a  Enter the letter from Part I that identifies the property  ▶ _____ . If Part II applies to more than one property, attach a separate statement.

b  Total amount claimed as a deduction for the property listed in Part I:  (1) For this tax year  ▶ _____
(2) For any prior tax years  ▶ _____

c  Name and address of each organization to which any such contribution was made in a prior year
(complete only if different than the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d  For tangible property, enter the place where the property is located or kept  ▶ _____

e  Name of any person, other than the donee organization, having actual possession of the property  ▶ _____

3  If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions).

| | | Yes | No |
|---|---|---|---|
| a | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . . . . . . . . . . . | | |
| b | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . . . . . . . . . . . . . . . | | |
| c | Is there a restriction limiting the donated property for a particular use? . . . . . . . . . . . . . . . . | | |

KFA  **For Paperwork Reduction Act Notice, see page 4 of separate instructions.**

Form **8283** (Rev. 10-98)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions.    ▶ Attach this form to your return. | | **1998** Attachment Sequence No. **67** |

Name(s) shown on return
THOMAS J. GONZALES

Identifying number
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

Business or activity to which this form relates
SCHEDULE A (POINTS)

**Part I**   **Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $18,500 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1997. See page 3 of the instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. | 12 | |
| 13 | Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12   ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II**   **MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year** (Do Not Include Listed Property.)

**Section A – General Asset Account Election**

14   If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions   ▶ ☐

**Section B – General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs | | S/L | |
| h   Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS) (See page 5 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs | | S/L | |
| c   40-year | | | 40 yrs | MM | S/L | |

**Part III**   **Other Depreciation** (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV**   **Summary** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships & S corporations - see instructions | 21 | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KFA   **For Paperwork Reduction Act Notice, see the separate instructions.**     Form **4562** (1998)

Form 4562 (1998)     THOMAS J. GONZALES   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                                          Page **2**

## Part V — Listed Property – Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See page 8 of the instructions for limits for passenger automobiles.)

23a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No  23b  If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24  Property used more than 50% in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 25  Property used 50% or less in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26  Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . . . . . . **26** | |
27  Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . **27** | |

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28  Total business/investment miles driven during the year (DO NOT include commuting miles) . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 29  Total commuting miles driven during the year . . . . . . . . . . | | | | | | | | | | | | |
| 30  Total other personal (noncommuting) miles driven . . . . . . . | | | | | | | | | | | | |
| 31  Total miles driven during the year. Add lines 28 to 30 . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32  Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33  Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 34  Is another vehicle available for personal use? . . . . . . . . . | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . | | |
| 36  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . . . . . . . . . | | |
| 37  Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 39  Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions . . . . . . . . . . . . . . . | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40  Amortization of costs that begins during your 1998 tax year: | | | | | |
| POINTS | 11/16/98 | 4,220 | | -30- | 12 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

41  Amortization of costs that began before 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **41** | |
42  Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . . . . . . . **42** | 12 |

| 1998 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|

**THOMAS J. GONZALES**    545–13–6755

707    05:27 PM

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| WAGES TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 113,750 | 28,807 | 4,241 | 1,794 | 8,659 | 159 |
| TOTALS | 113,750 | 28,807 | 4,241 | 1,794 | 8,659 | 159 |

**STATEMENT 2**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| | |
|---|---|
| BANC ONE .............................................. $ | 6,385 |
| OPTION ONE .............................................. | 29,077 |
| NATIONAL CITY .......................................... | 971 |
| TOTAL $ | 36,433 |

**STATEMENT 3**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

| | |
|---|---|
| AMORTIZATION ......................................... $ | 12 |
| TOTAL $ | 12 |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| | |
|---|---|
| VARIOUS ............................................... $ | 500 |
| TOTAL $ | 500 |

12/31/98

# 1998 FEDERAL DEPRECIATION SCHEDULE

PAGE 1

THOMAS J. GONZALES

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

07/24/07

05:27 PM

| NO. DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHEDULE A (POINTS) | | | | | | | | | | | | | | | |
| AMORTIZATION | | | | | | | | | | | | | | | |
| 1 POINTS | 11/16/98 | | 4,220 | | | | | | | 4,220 | | S/L | 30 | | 12 |
| TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 0 | | | | 12 |
| TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| GRAND TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 0 | | | | 12 |
| GRAND TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

**12/31/96**    **1998 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE**    **PAGE 1**

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

07/24/07    05:27 PM

THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | PROP PREF | LEAS PERS PROP PREF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| TOTAL DEPRECIATION | | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| GRAND TOTAL DEPRECIATION | | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |

DECEASED (THOMAS J. GONZALES) 12/04/01

FORM **1040X**
(November 1999)

Department of the Treasury - Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1999 , OR fiscal year ended ▶ _____ , _____

| | |
|---|---|
| Your first name and initial   Last name | Your social security number |
| THOMAS J. GONZALES | 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 |
| If a joint return, spouse's first name and initial   Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home   Apt. no. | Telephone number (optional) |
| 134 LAKES BLVD | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | For Paperwork Reduction Act Notice, see page 6. |
| DAYTON, NV 89403 | |

**A** If the name or address shown above is different from that shown on the original return, check here ........................... ▶ ☒

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ................... ☐ Yes ☒ No

**C** Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)

On this return ▶ ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household *  ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| | **USE PART II ON BACK TO EXPLAIN ANY CHANGES** | A. Original amount or as previously adjusted (see page 2) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|
| | **Income and Deductions (pages 2–5)** | | | |
| 1 | Adjusted gross income (see page 3) ............................ **1** | 268,346 | -8,669,562 | -8,401,216 |
| 2 | Itemized deductions or standard deduction (see page 3) ...... **2** | 67,432 | -5,748 | 61,684 |
| 3 | Subtract line 2 from line 1 ................................... **3** | 200,914 | -8,663,814 | -8,462,900 |
| 4 | Exemptions. If changing, fill in Parts I and II on back ...... **4** | | 2,750 | 2,750 |
| 5 | Taxable income. Subtract line 4 from line 3 ................. **5** | 200,914 | -8,666,564 | -8,465,650 |
| 6 | Tax (see page 4). Method used in col. C TAX TABLE _____ **6** | 60,596 | -60,596 | |
| 7 | Credits (see page 4) ......................................... **7** | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero .... **8** | 60,596 | -60,596 | |
| 9 | Other taxes (see page 4) ..................................... **9** | | | |
| 10 | Total tax. Add lines 8 and 9 ................................. **10** | 60,596 | -60,596 | |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 ........................ **11** | 38,873 | | 38,873 |
| 12 | Estimated tax payments, including amt applied from prior year's return **12** | | | |
| 13 | Earned income credit .......................................... **13** | | | |
| 14 | Additional child tax credit from Form 8812 ................... **14** | | | |
| 15 | Credits from Form 4136 or Form 2439 ......................... **15** | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | | **16** | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed ...................... **17** | | | 21,723 |
| 18 | Total payments. Add lines 11 through 17 in column C ........................ **18** | | | 60,596 |
| | **Refund or Amount You Owe** | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS ................... **19** | | | |
| 20 | Subtract line 19 from line 18 (see page 5) ................................................... **20** | | | 60,596 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 5 ....... **21** | | | |
| 22 | If line 10, column C, is less than line 20, enter the difference ................................... **22** | | | 60,596 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** ................................................ **23** | | | 60,596 |
| 24 | Amount of line 22 you want **APPLIED TO YOUR   ESTIMATED TAX** **24** | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature   _[signature]_   Date 8-10-07 | Spouse's signature. If a joint return, BOTH must sign.   Date |
|---|---|

**Paid Preparer's Only**

| Preparer's signature ▶ STEVEN P. SMITH   _[signature]_   Date 7/26/07 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA | EIN 68-0307221 | ZIP code 94549 |

Form **1040X** (Rev. 11-99)

KFA

Form 1040X (Rev. 11-99)   THOMAS J. GONZALES                           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  Page **2**

## Part I  Exemptions.  See Form 1040 or 1040A instructions.

If you are **not changing your exemptions**, do not complete this part.
If claiming **more exemptions**, complete lines 25-31.
If claiming **fewer exemptions**, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse | 1 | | 1 |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | | | |
| 28 | Other dependents | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 1 | | 1 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | 2,750 | 2,750 |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

**31** Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax years after 1997, do not complete column (e). For tax years before 1998, do not complete column (d) below.

| (a) First Name   Last Name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
● lived with you  . . . . . . . ▶ ☐
● did not live with you due to divorce or separation (see page 5)  . . . . . . . . ▶ ☐
Dependents on line 31 not entered above  . . . . ▶ ☐

## Part II  Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here  . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

TAXPAYER IS CARRYING BACK NET OPERATING LOSS FROM 2001 AS ADJUSTED PURSUANT TO REFUND CLAIM SUBMITTED.  TAXPAYER UNDERSTANDS THAT THE CARRYBACK OF A 2001 NET OPERATING LOSS IS TO BE CARRIED BACK PURSUANT TO A FIVE YEAR CARRYBACK, IE, TO 1996, THEN 1997 AND SO ON.  SINCE TAXPAYER IS NOT IN POSSESSION OF HIS 1996 AND 1997 RETURNS, YET CONFIDENT THAT THE LOSS IN 2001 IS SUFFICIENT IN AMOUNT TO OFFSET ALL TAXABLE INCOME REPORTED IN THE ENTIRE FIVE YEAR CARRYBACK PERIOD, HE IS TEMPORARILY SKIPPING THE 1996 AND 1997 AND LEAVING IT TO BE DETERMINED LATER.  SEE ATTACHED SCHEDULE REFLECTING USAGE OF THE 2001 NET OPERATING LOSS.

## Part III  Presidential Election Campaign Fund.  Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 go to the fund but now want to, check here  . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here  . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Form **1040X** (Rev. 11-99)

| 2001 | NOL WORKSHEETS | PAGE 1 |

**THOMAS J. GONZALES**

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

## COMPUTATION OF 2001 NET OPERATING LOSS

| | | | |
|---|---|---|---|
| 1. | ADJUSTED GROSS INCOME | | -6,558,190. |
| 2A. | ITEMIZED OR STANDARD DEDUCTION | 2,196,483. | |
| 2B. | EXEMPTION DEDUCTION | 2,900. | |
| 2C. | ADD LINES 2A AND 2B | | 2,199,383. |
| 3. | SUBTRACT LINE 2C FROM LINE 1 | | -8,757,573. |
| 4. | EXEMPTION DEDUCTION FROM LINE 2B | | 2,900. |
| 5. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 6. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 7. | EXCESS OF LINE 5 OVER LINE 6 | 13,758,266. | |
| 8. | EXCESS OF LINE 6 OVER LINE 5 | 0. | |
| 9. | NONBUSINESS DEDUCTIONS | 210,114. | |
| 10. | NONBUSINESS INCOME | 966,343. | |
| 11. | ADD LINES 8 AND 10 | 966,343. | |
| 12. | EXCESS OF LINE 9 OVER LINE 11 | | 0. |
| 13. | EXCESS OF LINE 11 OVER LINE 9 | 0. | |
| 14. | BUSINESS CAPITAL LOSSES | 0. | |
| 15. | BUSINESS CAPITAL GAINS | 19,000. | |
| 16. | ADD LINES 13 AND 15 | 19,000. | |
| 17. | EXCESS OF LINE 14 OVER LINE 16 | 0. | |
| 18. | ADD LINES 7 AND 17 | 13,758,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 20. | SECTION 1202 EXCLUSION | | 0. |
| 21. | SUBTRACT LINE 20 FROM LINE 19 | 13,739,266. | |
| 22. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 23. | SUBTRACT LINE 22 FROM LINE 21 | 13,736,266. | |
| 24. | SUBTRACT LINE 21 FROM LINE 22 | | 0. |
| 25. | SUBTRACT LINE 23 FROM LINE 18 | | 22,000. |
| 26. | PRIOR YEARS' NET OPERATING LOSSES | | 0. |
| 27. | 2001 NET OPERATING GAIN (LOSS) | | |
| | (COMBINE LINES 3, 4, 12, 20, 24, 25, AND 26) | | -8,732,673. |

| 2001 | NOL WORKSHEETS | PAGE 2 |
|---|---|---|
| | THOMAS J. GONZALES | 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 |

## COMPUTATION OF 2001 AMT NET OPERATING LOSS

| | | | |
|---|---|---|---|
| 1. | FORM 6251, LINE 21 | | -6,370,217. |
| 2. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 3. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 4. | EXCESS OF LINE 2 OVER LINE 3 | 13,758,266. | |
| 5. | EXCESS OF LINE 3 OVER LINE 2 | 0. | |
| 6. | NONBUSINESS DEDUCTIONS | 6,559. | |
| 7. | NONBUSINESS INCOME | 822,570. | |
| 8. | ADD LINES 5 AND 7 | 822,570. | |
| 9. | EXCESS OF LINE 6 OVER LINE 8 | | 0. |
| 10. | EXCESS OF LINE 8 OVER LINE 6 | 0. | |
| 11. | BUSINESS CAPITAL LOSSES | 0. | |
| 12. | BUSINESS CAPITAL GAINS | 19,000. | |
| 13. | ADD LINES 10 AND 12 | 19,000. | |
| 14. | EXCESS OF LINE 11 OVER LINE 13 | 0. | |
| 15. | ADD LINES 4 AND 14 | 13,758,266. | |
| 16. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 17. | SECTION 1202 EXCLUSION | | 0. |
| 18. | SUBTRACT LINE 17 FROM LINE 16 | 13,739,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 20. | SUBTRACT LINE 19 FROM LINE 18 | 13,736,266. | |
| 21. | SUBTRACT LINE 18 FROM LINE 19 | | 0. |
| 22. | SUBTRACT LINE 20 FROM LINE 15 | | 22,000. |
| 23. | 2001 AMT NET OPERATING GAIN (LOSS) | | |
| | (COMBINE LINES 1, 9, 17, 21, AND 22) | | -6,348,217. |

Thomas J. Gonzales

| | Regular | AMT |
|---|---|---|
| 2001 Per NOL Worksheets | (8,732,673) | (6,348,217) |
| 1996 | TBD | TBD |
| To 1997 | (8,732,673) | (6,348,217) |
| 1997 | TBD | TBD |
| To 1998 | (8,732,673) | (6,348,217) |
| 1998 Per NOL Worksheets | 63,111 | 72,012 |
| To 1999 | (8,669,562) | (6,276,205) |
| 1999 Per NOL Worksheets | 200,914 | 209,309 |
| To 2000 | (8,468,648) | (6,066,896) |
| 2000 Per NOL Worksheets | 160,794 | 581,114 |
| Unused NOL | (8,307,854) | (5,485,782) |

DECEASED: THOMAS J. GONZALES 12/04/01

**Form 1040**   Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return**   **1999**

For the year Jan. 1 - Dec. 31, 1999, or other tax year beginning , 1999, ending .

(99)   IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label**

Instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: **THOMAS J. GONZALES**   Last name

Your social security number: **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**

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 18.   **134 LAKES BLVD**   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.   **DAYTON, NV 89403**

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

Do you want $3 to go to this fund? ....... Yes / No [X]

If a joint return, does your spouse want $3 to go to this fund? ....... Yes / No

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4. [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do **not** check box 6a.

b [ ] Spouse

c Dependents:

| (1) First Name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of boxes checked on 6a and 6b: **1**

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 143,963 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 4,338 |
| b | Tax-exempt interest. DO NOT include on line 8a ... | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 697 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | 3,903 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | 115,445 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions ...... 15a   b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities 16a   b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ... 20a   b Taxable amount (see page 24) | 20b | |
| 21 | Other income. NET OPERATING LOSS CARRY BACK | 21 | -8,669,562 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -8,401,216 |

**Adjusted Gross Income**

If you did not get a W-2, see page 20.

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | |
| 24 | Student loan interest deduction (see page 26) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid. b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | -8,401,216 |

*As Amended*

Form 1040 (1999) THOMAS J. GONZALES                                    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 Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | **34** Amount from line 33 (adjusted gross income) .................................................. | **34** | -8,401,216 |
| | **35 a** Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | |
| Standard Deduction for Most People: | Add the number of boxes checked above and enter the total here ............ ▶ **35a** | | |
| Single: $4,300 | **b** If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ...................... ▶ **35b** ☐ | | |
| Head of household: $6,350 | **36** Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent ............ | **36** | 61,684 |
| Married filing jointly or Qualifying widow(er): $7,200 | **37** Subtract line 36 from line 34 .................................................................. | **37** | -8,462,900 |
| | **38** If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter ...... | **38** | 2,750 |
| Married filing separately: $3,600. | **39** **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- ..... | **39** | 0 |
| | **40** **Tax** (see page 31). Check if any tax is from  **a** ☐ Form(s) 8814  **b** ☐ Form 4972 ............ ▶ | **40** | 0 |

| | | | |
|---|---|---|---|
| | **41** Credit for child and dependent care expenses. Att. Form 2441 | **41** | |
| | **42** Credit for the elderly or the disabled. Attach Schedule R ....... | **42** | |
| | **43** Child tax credit (see page 33) ............................ | **43** | |
| | **44** Education credits. Attach Form 8863 ..................... | **44** | |
| | **45** Adoption credit. Attach Form 8839 ...................... | **45** | |
| | **46** Foreign tax credit. Attach Form 1116 if required .......... | **46** | |
| | **47** Other. Check if from  **a** ☐ Form 3800   **b** ☐ Form 8396 | **47** | |
| | **c** ☐ Form 8801  **d** ☐ Form (specify) | | |
| | **48** Add lines 41 through 47. These are your **total credits** ........................................ | **48** | |
| | **49** Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ............... ▶ | **49** | 0 |

| | | | |
|---|---|---|---|
| **Other Taxes** | **50** Self-employment tax. Att. Sch. SE ........................................................... | **50** | |
| | **51** Alternative minimum tax. Attach Form 6251 .................................................. | **51** | |
| | **52** Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ..... | **52** | |
| | **53** Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ............. | **53** | |
| | **54** Advance earned income credit payments from Form(s) W-2 .................................. | **54** | |
| | **55** Household employment taxes. Attach Schedule H ............................................ | **55** | |
| | **56** Add lines 49 through 55. This is your **total tax** ......................................... ▶ | **56** | 0 |

| | | | |
|---|---|---|---|
| **Payments** | **57** Federal income tax withheld from Forms W-2 and 1099 ......... | **57** | 38,873 |
| | **58** 1999 estimated tax payments and amount applied from 1998 return | **58** | |
| | **59 a** **Earned income credit.** Att. Sch. EIC if you have a qualifying child. | | |
| | **b** Nontaxable earned income: amt. ▶ | | |
| | and type ▶ NO | **59a** | |
| | **60** Additional child tax credit. Attach Form 8812 .......... | **60** | |
| | **61** Amount paid with request for extension to file (see page 48) | **61** | |
| | **62** Excess social security and RRTA tax withheld (see page 48) ....... | **62** | |
| | **63** Other payments. Check if from  **a** ☐ Form 2439  **b** ☐ Form 4136 | **63** | |
| | **64** Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ............. ▶ | **64** | 38,873 |

| | | | |
|---|---|---|---|
| **Refund** | **65** If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** ...... | **65** | 38,873 |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | **66a** Amount of line 65 you want **REFUNDED TO YOU** .................................... ▶ | **66a** | 38,873 |
| | **b** Routing number | | |
| | ▶ **c** Type: ☐ Checking  ☐ Savings | | |
| | **d** Account number | | |
| | **67** Amount of line 65 you want **APPLIED TO 2000 ESTIMATED TAX** ▶ | **67** | |
| **Amount You Owe** | **68** If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49 .......................... | **68** | |
| | **69** Estimated tax penalty. Also include on line 68 ................. | **69** | |

**As Amended**

| | |
|---|---|
| **Sign Here** Joint return? See page 18. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | CHIEF TECHNOLOGY O | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature | STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| | Firm's name (or yours if self-employed) and address | COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA | | EIN 68-0307221 ZIP code 94549 | |

Form **1040** (1999)

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

Name shown on Form 1040

# Schedule A – Itemized Deductions

▶ **Attach to Form 1040.**    ▶ **See Instructions for Schedules A and B (Form 1040).**

OMB No. 1545-0074

**1999**

Attachment
Sequence No.  **07**

Your social security number

THOMAS J. GONZALES                                                    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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) . . . . . . . . . . . | 1 | | |
| | 2 | Enter amount from Form 1040, line 34 . . . . | 2 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . . | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . | | 4 | 0 |
| **Taxes You Paid** | 5 | State and local income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 23,323 | |
| | 6 | Real estate taxes (see page A-2) . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 3,634 | |
| (See page A-2.) | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 2,850 | |
| | 8 | Other taxes. List type and amount | | | |
| | | ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 29,807 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported on Form 1098 . **STM . .2** | 10 | 31,736 | |
| (See page A-3.) | 11 | Home mortgage interest not reported on Form 1098.  If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address | | | |
| | | ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **Note:** Personal interest is not deductible. | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | |
| | 12 | Points not reported on Form 1098. See page A-3 . . **SEE STMT . .3** | 12 | 141 | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-4) . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | 31,877 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4. **ST . .4** | 15 | 10,000 | |
| If you made a gift and got a benefit for it, see page A-5. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 . . . . . . . . . | 16 | | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | |
| | 18 | Add lines 15 through 17 . . . **DISALLOWED CONTRIBUTIONS** . . . . . -10,000 | 18 | | 0 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) | | | |
| | | ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . | 21 | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount | | | |
| | | ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| (See page A-5 for expenses to deduct here.) | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . | 23 | | |
| | 24 | Enter amount from Form 1040, line 34 . . . . | 24 | | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount    ▶ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? | | | |
| | | ☒ **No.**   Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. } . . . . . . . . . . ▶ | | 28 | 61,684 |
| | | ☐ **Yes.**  Your deduction may be limited. See page A-6 for the amount to enter. | | | |

As Amended

KFA    **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**                    Schedule A (Form 1040) 1999

Schedules A&B (Form 1040) 1999

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

OMB No. 1545-0074   Page **2**

THOMAS J. GONZALES

Your social security number
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

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Note:** If you had over $400 in taxable interest, you must also complete Part III.

**Part I**
**Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | Amount |
|---|---|
| 1   List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| FRANCHISE TAX BOARD | 10 |
| MT DIABLO NAT'L BANK | 4,303 |
| WELLS FARGO | 25 |

| | | Amount |
|---|---|---|
| 2   Add the amounts on line 1. | 2 | 4,338 |
| 3   Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815 | 3 | |
| 4   Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 4,338 |

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

**Part II**
**Ordinary Dividends**

(See page B-1 and the instructions for Form 1040, line 9.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | Amount |
|---|---|
| 5   List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | |
| MERRILL LYNCH | 608 |
| DLJ INVESTMENT | 89 |

As Amended

| | | Amount |
|---|---|---|
| 6   Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 697 |

**Part III**
**Foreign Accounts and Trusts**

(See page)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a   At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b   If "Yes," enter the name of foreign country ▶ | | |
| 8   During 1999, did you receive a distribution from, or were the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule B (Form 1040) 1999

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)
Name shown on Form 1040

# Capital Gains and Losses

▶ Attach to Form 1040.     ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No.1545-0074

**1999**

Attachment
Sequence No.   **12**

THOMAS J. GONZALES

Your social security number

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

## Part I   Short–Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | |
|---|---|---|---|---|---|---|
| COBALT NETWORKS-500 SHRS | 11/04/99 | 11/10/99 | 60,276 | 11,000 | 49,276 | |
| FINISAR CORP-400 SHRS | 11/11/99 | 11/12/99 | 31,874 | 7,600 | 24,274 | |
| NEXT LEVEL-200 SHRS | 11/09/99 | 11/10/99 | 10,434 | 4,000 | 6,434 | |
| WEBVAN GROUP-500 SHRS | 11/04/99 | 11/05/99 | 13,232 | 7,500 | 5,732 | |

**2** Enter your short-term totals, if any, from
Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . . . . | **2** | 72,529 | | 29,729

**3** Total short–term sales price amounts.
Add column (d) of lines 1 and 2 . . . . . . . . . . . . . . . | **3** | 188,345

**4** Short-term gain from Form 6252 and short-term gain or (loss) from
Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |

**5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** |

**6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your
1998 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | ( | )

**7** Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . . . . . . . ▶ | **7** | 115,445

## Part II   Long–Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| | | | | | | |

**9** Enter your long-term totals, if any, from
Schedule D-1, line 9 . . . . . . . . . . . . . . . . . . | **9** |

**10** Total long-term sales price amounts.
Add column (d) of lines 8 and 9 . . . . . . . . . | **10** |

**11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252;
and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . | **11** |

**12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** |

**13** Capital gain distributions. See page D-1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** |

**14** Long-term capital loss carryover. Enter in both columns (f) and (g) the amount,
if any, from line 13 of your 1998 Capital Loss Carryover Worksheet . . . . . . . . . . . . . | **14** | ( | ) | (

**15** Combine lines 8 through 14 in column (g) . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** |

**16** Net long–term capital gain or (loss). Combine lines 8 through 14 in column (f) . . . . . . . . . . . . . . . ▶ | **16** |
Next: Go to Part III on the back.

As Amended

* 28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business
stock (see page D-4).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule D (Form 1040) 1999

KFA

Schedule D (Form 1040) 1999   THOMAS J. GONZALES                              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   Page **2**

## Part III   Summary of Parts I and II

| | | | | |
|---|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | | 17 | 115,445 |

    **Next:**  Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17; **or**
- ($3,000) or, if married filing separately, ($1,500) . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| 18 | ( | ) |

    **Next:**  Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:
- The loss on line 17 exceeds the loss on line 18, or
- Form 1040, line 37, is a loss.

## Part IV   Tax Computation Using Maximum Capital Gains Rates

| | | | | |
|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D . . . . . . . . . . . . | 20 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e . . . . | 21 | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- . . . . . . . . . . | 22 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- . . . . . . . . . . . . . . . | 23 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero . . . . . . . . | 24 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | |
| 26 | Add lines 24 and 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- . . . . . . . . . . . . . . | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . | | 28 | |
| 29 | Enter the **smaller** of: | | 29 | |

- The amount on line 19, **or**
- $25,750 if single; $43,050 if married filing jointly or qualifying widow(er);          }  . . . . . . . . . . .
- $21,525 if married filing separately; or $34,550 if head of household

| | | | | |
|---|---|---|---|---|
| 30 | Enter the **smaller** of line 28 or line 29 . . . . . . . . . . . . . . . . . | 30 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- . . . . . . . . . . . | 31 | | |
| 32 | Enter the **larger** of line 30 or line 31 . . . . . . . . . . . . . . . . . ▶ | 32 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 33 | |

    **Note:** If line 29 is less than line 28, go to line 38.

| | | | | |
|---|---|---|---|---|
| 34 | Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Enter the amount from line 28 . . . . . . . . . . . . . . . . . . . . . . | 35 | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- . . . . . . . . . . . ▶ | 36 | | |
| 37 | Multiply line 36 by 10% (.10) . . . . . . . . . . . . . . . . . . . . . . | | 37 | |

    **Note:** If line 27 is more than zero **and** equal to line 36, go to line 52.

| | | | | |
|---|---|---|---|---|
| 38 | Enter the **smaller** of line 19 or line 27 . . . . . . . . . . . . . . . . . | 38 | | |
| 39 | Enter the amount from line 36 . . . . . . . . . . . . . . . . . . . . . . | 39 | | |
| 40 | Subtract line 39 from line 38. . . . . . . . . . . . . . . . . . . . . . . ▶ | 40 | | |
| 41 | Multiply line 40 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . | | 41 | |

    **Note:** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48.

| | | | | |
|---|---|---|---|---|
| 42 | Enter the **smaller** of line 22 or line 25 . . . . . . . . . . . . . . . . . | 42 | | |
| 43 | Add lines 22 and 32 . . . . . . . . . . . . . . . . | 43 | | |
| 44 | Enter the amount from line 19 . . . . . . . . . . . . | 44 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . | 45 | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- . . . . . . . . . . . ▶ | 46 | | |
| 47 | Multiply line 46 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . | | 47 | |

    **Note:** If line 24 is zero or blank, go to line 52.

| | | | | |
|---|---|---|---|---|
| 48 | Enter the amount from line 19 . . . . . . . . . . . . . . . . . . . . . . | 48 | | |
| 49 | Add lines 32, 36, 40, and 46 . . . . . . . . . . . . . . . . . . . . . . | 49 | | |
| 50 | Subtract line 49 from line 48 . . . . . . . . . . . . . . . . . . . . . . | 50 | | |
| 51 | Multiply line 50 by 28% (.28) . . . . . . . . . . . . . . . . . . . . . . | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 . . . . . . . . . . . . . . . . . . . . . | | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . . . . . | | 53 | |
| 54 | **Tax on all taxable income including capital gains. Enter the smaller** of line 52 or line 53 here and on Form 1040, line 40 . . . . . | | 54 | 0 |

As Amended

Schedule D (Form 1040) 1999

**Schedule D–1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Sevice   (99)

Name(s) shown on Form 1040

# Continuation Sheet for Schedule D
## (Form 1040)

► See Instructions for Schedule D (Form 1040).
►Attach to Schedule D if you need more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1999**

Attachment
Sequence No.   **12A**

THOMAS J. GONZALES

Your social security number

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

**Part I**    Short–Term Capital Gains and Losses–Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| BE FREE-100 SHRS | 11/03/99 | 11/16/99 | 2,612 | 1,200 | 1,412 |
| CLASSIC COMMUNICATIONS-200 SHRS | 12/07/99 | 12/08/99 | 5,762 | 5,000 | 762 |
| DIGITAL IMPACT-100 SHRS | 11/22/99 | 11/23/99 | 3,719 | 1,500 | 2,219 |
| DRUGSTORE COM-75 SHRS | 7/27/99 | 10/11/99 | 2,972 | 1,350 | 1,622 |
| GOTO.COM-200 SHRS | 6/18/99 | 6/29/99 | 4,275 | 3,000 | 1,275 |
| INSIGHT COMM.-300 SHRS | 7/21/99 | 10/11/99 | 8,868 | 7,350 | 1,518 |
| INTERLIANT-200 SHRS | 7/07/99 | 7/08/99 | 3,000 | 2,000 | 1,000 |
| JNI CORP-100 SHRS | 10/26/99 | 11/16/99 | 8,500 | 1,900 | 6,600 |
| NETWORK PLUS-200 SHRS | 6/29/99 | 6/30/99 | 5,462 | 3,200 | 2,262 |
| I ZERO-100 SHRS | 9/23/99 | 10/11/99 | 2,931 | 1,600 | 1,331 |
| RADIO UNICA-150 SHRS | 10/18/99 | 11/16/99 | 3,890 | 2,400 | 1,490 |
| SYMYX TECH-200 SHRS | 11/17/99 | 12/21/99 | 5,225 | 2,800 | 2,425 |
| XPEDIOR-500 SHRS | 12/16/99 | 12/21/99 | 15,313 | 9,500 | 5,813 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

As Amended

| 2  Totals. Combine columns (d) and (f). Enter here and on Schedule D, line 2  ............ ► 2 | | | 72,529 | | 29,729 |

KFA **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule D–1 (Form 1040) 1999

| 1999 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|

THOMAS J. GONZALES

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

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 143,963 | 38,873 | 4,501 | 2,232 | 11,164 | 159 |
| GRAND TOTAL | 143,963 | 38,873 | 4,501 | 2,232 | 11,164 | 159 |

**STATEMENT 2**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| BANK UNITED | ....................................................... | $ | 23,322 |
|---|---|---|---|
| CONSECO | ....................................................... | | 6,304 |
| NATIONAL CITY | ....................................................... | | 2,110 |
| | TOTAL | $ | 31,736 |

**STATEMENT 3**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

| AMORTIZATION | ....................................................... | $ | 141 |
|---|---|---|---|
| | TOTAL | $ | 141 |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| VARIOUS | ....................................................... | $ | 10,000 |
|---|---|---|---|
| | TOTAL | $ | 10,000 |

As Amended

| 1999 | NOL WORKSHEETS | PAGE 1 |
|---|---|---|
| | THOMAS J. GONZALES | 545–13–6755 |

### NET OPERATING LOSS CARRYOVERS USED IN 1999

|   |   |   |
|---|---|---|
| A. | CARRYBACK YEAR | |
| B. | NOL YEAR | 1999 |
| C. | INITIAL LOSS | 2001 |
| D. | NOL CARRYOVER | 8,732,673 |
|    |               | 8,669,562 |

### COMPUTATION OF MODIFIED TAXABLE INCOME

|   |   |   |
|---|---|---|
| 1. | 1999 TAXABLE INCOME | -8,465,650 |
| 2. | NOL CARRYOVERS FROM YEAR B AND LATER YEARS | 8,669,562 |
| 3A. | NET CAPITAL LOSS DEDUCTION (FORM 1040, LINE 13) | 0 |
| 3B. | GAIN EXCLUDED ON SALE OF QUALIFIED BUSINESS STOCK | 0 |
| 4. | ADJUSTMENTS TO AGI | 0 |
| 5. | ADJUSTMENTS TO ITEMIZED DEDUCTIONS | -5,748 |
| 6. | PERSONAL EXEMPTIONS (FORM 1040, LINE 38) | 2,750 |
| 7. | MODIFIED TAXABLE INCOME | |
|    | (ADD LINES 1,2,3A,3B,4,5 AND 6) | 200,914 |

|   |   |
|---|---|
| NOL ON LINE C ABSORBED THIS YEAR | 200,914 |
| NOL ON LINE C NOT ABSORBED THIS YEAR | 8,468,648 |

### ADJUSTMENTS TO ITEMIZED DEDUCTIONS

|   |   |   |
|---|---|---|
| 8. | 1999 ADJUSTED GROSS INCOME | -8,401,216 |
| 9. | CARRYOVERS FROM YEAR B AND LATER YEARS | 8,669,562 |
| 10. | ADD LINES 3A, 3B AND 4 FROM ABOVE | 0 |
| 11. | MODIFIED AGI (ADD LINES 8, 9 & 10) | 268,346 |

### ADJUSTMENT TO CHARITABLE CONTRIBUTIONS

|   |   |   |
|---|---|---|
| 17. | CHARITABLE CONTRIBUTIONS(FORM 1040,SCH A,LN 18) | 0 |
| 18. | CHARITABLE CONTRIBUTIONS REFIGURED USING LN 11 | 10,000 |
| 19. | SUBTRACT LINE 18 FROM LINE 17 | -10,000 |

|   |   |
|---|---|
| TOTAL ITEMIZED DEDUCTIONS ADJUSTMENT | |
| (ADD LINES 16, 19, 24 AND 29) | -10,000 |



| 1999 | NOL WORKSHEETS | PAGE 2 |
|---|---|---|
| | THOMAS J. GONZALES | 545–13–6755 |

### NET OPERATING LOSS CARRYOVERS USED IN 1999 (CONTINUED)

ADJUSTMENT TO OVERALL ITEMIZED DEDUCTIONS LIMIT

| | | |
|---|---|---|
| 30. | FORM 1040, SCHEDULE A, LINE 28 | |
| 31. | ADD LINES 15, 18, 23, 28 & FORM 1040, SCHEDULE A, LINES 9, 14 & 27 | 61,684 |
| 32. | ADD LINES 15,23 & FORM 1040,SCHEDULE A, LINE 13 & GAMBLING LOSSES, LINE 27 | 71,684 |
| 33. | SUBTRACT LINE 32 FROM LINE 31 | 0 |
| 34. | MULTIPLY LINE 33 BY 80% | 71,684 |
| 35. | SUBTRACT $126,600 ($63,300 IF MFS) FROM LINE 11 | 57,347 |
| 36. | MULTIPLY LINE 35 BY 3% | 141,746 |
| 37. | ENTER THE SMALLER OF LINE 34 OR LINE 36 | 4,252 |
| 38. | SUBTRACT LINE 37 FROM LINE 31 (NOT LESS THAN STANDARD DEDUCTION) | 4,252 |
| 39. | TOTAL LIMITED ITEMIZED DEDUCTION ADJUSTMENT (SUBTRACT LINE 38 FROM LINE 30) | 67,432 |
| | | -5,748 |

### AMT NET OPERATING LOSS CARRYOVERS USED IN 1999

| | | |
|---|---|---|
| A. | CARRYBACK YEAR | |
| B. | NOL YEAR | 1999 |
| C. | INITIAL LOSS | 2001 |
| D. | NOL CARRYOVER | 6,348,217 |
| | | 6,276,205 |

COMPUTATION OF MODIFIED AMTI

| | | |
|---|---|---|
| 1. | AMTI BEFORE ATNOLD (FORM 6251, LINE 19) | |
| 2. | ATNOLD LIMITATION PERCENTAGE | 232,566 |
| 3. | MULTIPLY LINE 1 BY 2 | 0.900 |
| 4. | PRIOR YEAR AMT CARRYOVERS ABSORBED IN CURRENT YEAR | 209,309 |
| 5. | MODIFIED AMTI (LINE 3 LESS LINE 4) | 0 |
| | | 209,309 |

| | |
|---|---|
| AMT NOL ABSORBED THIS YEAR | 209,309 |
| AMT NOL NOT ABSORBED THIS YEAR | 6,066,896 |


As Amended

12/31/99

# 1999 FEDERAL DEPRECIATION SCHEDULE

GE 1

THOMAS J. GONZALES

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

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCHEDULE A (POINTS) | | | | | | | | | | | | | | | |
| | AMORTIZATION | | | | | | | | | | | | | | | |
| 1 | POINTS | 11/16/98 | | 4,220 | | | | | | | 4,220 | 12 | S/L | 30 | | 141 |
| | TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 12 | | | | 141 |
| | TOTAL DEPRECIATION | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | GRAND TOTAL AMORTIZATION | | | 4,220 | 0 | 0 | 0 | 0 | 0 | 0 | 4,220 | 12 | | | | 141 |
| | GRAND TOTAL DEPRECIATION | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

As Amended

**12/31/99**

# 1999 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

**PAGE 1**

**THOMAS J. GONZALES**

**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**

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PERS PROP PREF |
|-----|-------------|---------------|-----------|-----------|------------------|------------|----------|----------|-----------|------------|------------|-------------------|------------------|---------------------|
| | TOTAL | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |

As Amended

| FORM 1040 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|

## U.S. Individual Income Tax Return    1999

For the year Jan. 1 - Dec. 31, 1999, or other tax year beginning _____ , 1999, ending _____

(99)    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

L A B E L  H E R E

Your first name and initial: THOMAS J.    Last name: GONZALES

If a joint return, spouse's first name and initial _____ Last name _____

Home address (number and street). If you have a P.O. box, see page 18. — 200 PIEDMONT LANE    Apt. no. _____

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. — DANVILLE, CA 94526

Your social security number: **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**

Spouse's social security number: _____

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

Do you want $3 to go to this fund? ..................................................

If a joint return, does your spouse want $3 to go to this fund? ....................

| | Yes | No |
|---|---|---|
| | | X |

Note: Checking "Yes" will not change your tax or reduce your refund.

### Filing Status

Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4. [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

### Exemptions

6a. [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. ..................................................

b. [ ] **Spouse** ..................................................

c. **Dependents:**

| (1) First Name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of boxes checked on 6a and 6b: 1

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

d. Total number of exemptions claimed ..................................................

Add numbers entered on lines above ▶ 1

### Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 .......................... | 7 | 143,963 |
| 8a | **Taxable interest.** Attach Schedule B if required .......................... | 8a | 4,338 |
| b | **Tax-exempt** interest. DO NOT include on line 8a ......... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required .......................... | 9 | 697 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | 3,903 |
| 11 | Alimony received .......................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .......................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] ....... | 13 | 115,445 |
| 14 | Other gains or (losses). Attach Form 4797 .......................... | 14 | |
| 15a | Total IRA distributions ..... 15a | b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F .......................... | 18 | |
| 19 | Unemployment compensation .......................... | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. .......................... | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 268,346 |

AS ORIGINALLY FILED

### Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 26) .......................... 23 | | |
| 24 | Student loan interest deduction (see page 26) ..... 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853 .. 25 | | |
| 26 | Moving expenses. Attach Form 3903 .......... 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE .... 27 | | |
| 28 | Self-employed health insurance deduction (see page 28) .. 28 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans .. 29 | | |
| 30 | Penalty on early withdrawal of savings ........... 30 | | |
| 31a | Alimony paid. b Recipient's SSN ▶ 31a | | |
| 32 | Add lines 23 through 31a .......................... | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income.** ▶ | 33 | 268,346 |

‹FA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.**

Form **1040** (1999)

Form 1040 (1999) THOMAS J. GONZALES                                                                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 Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) ..................... | 34 | 268,346 |
| | 35 a Check if: ☐ **You were** 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | |
| Standard Deduction for Most People | Add the number of boxes checked above and enter the total here ...... ▶ 35a | | |
| | b If you are married filing separately and your spouse itemizes deductions or you were | | |
| | a dual-status alien, see page 30 and check here ................. ▶ 35b ☐ | | |
| Single: $4,300 | 36 Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** | | |
| | shown on the left. **But** see page 30 to find your standard deduction if you checked | | |
| Head of household: $6,350 | any box on line 35a or 35b or if someone can claim you as a dependent ........... | 36 | 67,432 |
| | 37 Subtract line 36 from line 34 ........................... | 37 | 200,914 |
| Married filing jointly or Qualifying widow(er): $7,200 | 38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. | | |
| | If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter ...... | 38 | 0 |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 200,914 |
| Married filing separately $3,600. | 40 **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 60,596 |
| | 41 Credit for child and dependent care expenses. Att. Form 2441 ... | 41 | | |
| | 42 Credit for the elderly or the disabled. Attach Schedule R ...... | 42 | | |
| | 43 Child tax credit (see page 33) ............. | 43 | | |
| | 44 Education credits. Attach Form 8863 ......... | 44 | | |
| | 45 Adoption credit. Attach Form 8839 .......... | 45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required ... | 46 | | |
| | 47 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 | | |
| | c ☐ Form 8801 d ☐ Form (specify) | 47 | | |
| | 48 Add lines 41 through 47. These are your **total credits** ................ | 48 | |
| | 49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ........ ▶ | 49 | 60,596 |
| **Other Taxes** | 50 Self-employment tax. Att. Sch. SE ............................ | 50 | |
| | 51 Alternative minimum tax. Attach Form 6251 ...................... | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 .... | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ......... | 53 | |
| | 54 Advance earned income credit payments from Form(s) W-2 ................ | 54 | |
| | 55 Household employment taxes. Attach Schedule H ................... | 55 | |
| | 56 Add lines 49 through 55. This is your **total tax** ................ ▶ | 56 | 60,596 |
| **Payments** | 57 Federal income tax withheld from Forms W-2 and 1099 ........ | 57 | 38,873 | |
| | 58 1999 estimated tax payments and amount applied from 1998 return | 58 | | |
| | 59 a **Earned income credit.** Att. Sch. EIC if you have a qualifying child. | | |
| | b Nontaxable earned income: amt. ▶ | | |
| | and type ▶ | NO | 59a | | |
| | 60 Additional child tax credit. Attach Form 8812 ......... | 60 | | |
| | 61 Amount paid with request for extension to file (see page 48) ... | 61 | | |
| | 62 Excess social security and RRTA tax withheld (see page 48) ... | 62 | | |
| | 63 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 ... | 63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ........ ▶ | 64 | 38,873 |
| **Refund** | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** ...... | 65 | |
| | 66a Amount of line 65 you want **REFUNDED TO YOU** ................ ▶ | 66a | |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | b Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number _____ | | |
| | 67 Amount of line 65 you want **APPLIED TO 2000 ESTIMATED TAX** ▶ | 67 | |
| **Amount You Owe** | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE.   AS ORIGINALLY FILED | | |
| | For details on how to pay, see page 49 ................ ▶ | 68 | 21,723 |
| | 69 Estimated tax penalty. Also include on line 68 ........ | 69 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See page 18. Keep a copy for your records. | Your signature ▶ | Date | Your occupation CHIEF TECHNOLOGY O | Daytime telephone number (optional) |
| | Spouse's signature. If a joint return, BOTH must sign. ▶ | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed) and address ▶ COMYNS, SMITH, MCCLEARY & DEAV | | | EIN 68-0307221 |
| 3470 MT. DIABLO BLVD. #A110 | | | |
| LAFAYETTE, CA | | | ZIP code 94549 |

LATE PAYMENT    760    INTEREST    1,005   TOTAL    23,488 Form **1040** (1999)

SCHEDULES A&B
(Form 1040)

Department of the Treasury
Internal Revenue Service     (99)
Name as shown on Form 1040

# Schedule A – Itemized Deductions

▶ Attach to Form 1040.     ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1999**

Attachment
Sequence No.     **07**

Your social security number

THOMAS J. GONZALES                                                                         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

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) . . . . . . . . . . . . . . . . . . . | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 . . . . | 2 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . . . . . . . . | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 23,323 | | |
| | 6 | Real estate taxes (see page A-2) . . . . . . . . . . . . . . . . . . . . . . . | 6 | 3,634 | | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 2,850 | | |
| | 8 | Other taxes. List type and amount ▶ | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | 8 | | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 9 | 29,807 |
| **Interest You Paid** (See page A-3.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported on Form 1098 . STM . .2 | 10 | 31,736 | | |
| | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | 11 | | | |
| | 12 | Points not reported on Form 1098. See page A-3 . SEE . STMT . .3 | 12 | 141 | | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-4) | 13 | | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 14 | 31,877 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-5. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4 . ST . .4 | 15 | 10,000 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 . . . . . . . . . . . . . . . . . . . | 16 | | | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 18 | 10,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | 20 | | | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | 22 | | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | | | |
| | 24 | Enter amount from Form 1040, line 34 . . . . | 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | | |
| | | – – – – – – – – – – – – – – – – – – – | | | 27 | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? | | | | |
| | | ☐ No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. | REDUCTION -4,252 | | | |
| | | ☒ Yes.  Your deduction may be limited. See page A-6 for the amount to enter. | } . . . . . . . . . . ▶ | | 28 | 67,432 |

AS ORIGINALLY FILED

KFA   **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**                          Schedule A (Form 1040) 1999

Schedules A&B (Form 1040) 1999

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

OMB No. 1545-0074    Page **2**

Your social security number

THOMAS J. GONZALES

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

# Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I
Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

Note: If you had over $400 in taxable interest, you must also complete Part III.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| | FRANCHISE TAX BOARD | 10 |
| | MT DIABLO NAT'L BANK | 4,303 |
| | WELLS FARGO | 25 |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| 2 | Add the amounts on line 1. | 2 | 4,338 |
|---|---|---|---|
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815. | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 4,338 |

**Part II
Ordinary
Dividends**

(See page B-1 and the instructions for Form 1040, line 9.)

Note: If you had over $400 in ordinary dividends, you must also complete Part III.

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | |
| | MERRILL LYNCH | 608 |
| | DLJ INVESTMENT | 89 |

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

AS ORIGINALLY FILED

| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 697 |
|---|---|---|---|

**Part III
Foreign
Accounts
and
Trusts**

(See page)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA **For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Schedule B (Form 1040) 1999

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)
Name shown on Form 1040

# Capital Gains and Losses

▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No.1545-0074

**1999**

Attachment
Sequence No.    **12**

THOMAS J. GONZALES

Your social security number

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

**Part I**    **Short–Term Capital Gains and Losses – Assets Held One Year or Less**

| **(a)** Description of property (Example, 100 sh. XYZ Co.) | **(b)** Date acquired (Mo., day, yr.) | **(c)** Date sold (Mo., day, yr.) | **(d)** Sales price (see page D-5) | **(e)** Cost or other basis (see page D-5) | **(f)** GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| COBALT NETWORKS-500 SHRS | 11/04/99 | 11/10/99 | 60,276 | 11,000 | 49,276 |
| FINISAR CORP-400 SHRS | 11/11/99 | 11/12/99 | 31,874 | 7,600 | 24,274 |
| NEXT LEVEL-200 SHRS | 11/09/99 | 11/10/99 | 10,434 | 4,000 | 6,434 |
| WEBVAN GROUP-500 SHRS | 11/04/99 | 11/05/99 | 13,232 | 7,500 | 5,732 |

| | | | | |
|---|---|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . | **2** | 72,529 | | 29,729 |
| **3** Total short-term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . . . . . . . . . . . | **3** | 188,345 | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | | | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . | **6** | ( ) | | |
| **7** Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . ▶ | **7** | 115,445 | | |

**Part II**    **Long–Term Capital Gains and Losses – Assets Held More Than One Year**

| **(a)** Description of property (Example, 100 sh. XYZ Co.) | **(b)** Date acquired (Mo., day, yr.) | **(c)** Date sold (Mo., day, yr.) | **(d)** Sales price (see page D-5) | **(e)** Cost or other basis (see page D-5) | **(f)** GAIN or (LOSS) Subtract (e) from (d) | **(g)** 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . | **9** | | | | |
| **10** Total long-term sales price amounts. Add column (d) of lines 8 and 9 . . . . . . . . . . . . | **10** | | | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . | **11** | | | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | | | | |
| **13** Capital gain distributions. See page D-1 . . . . . . . . . . . . . . . . . . . . . . . | **13** | | | | |
| **14** Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet . . . . . . . | **14** | ( ) | | | ( ) |
| **15** Combine lines 8 through 14 in column (g) . . . . . . . . . . . . . . . . . . . . | **15** | | | | |
| **16** Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) . . . . . . . . . ▶ | **16** | | | | |
| Next: Go to Part III on the back. | | | | | |

AS ORIGINALLY FILED

* 28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

CFA

Schedule D (Form 1040) 1999

Schedule D (Form 1040) 1999    THOMAS J. GONZALES    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    Page **2**

| **Part III** | **Summary of Parts I and II** | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 . . . . . . . . . . . . . . . . . . . | **17** | 115,445 |

Next:    Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17; **or**
- ($3,000) or, if married filing separately, ($1,500) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | **18** (      ) |
|---|---|---|

Next:    Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the
**Capital Loss Carryover Worksheet** on page D-6 if:
- The loss on line 17 exceeds the loss on line 18, **or**
- Form 1040, line 37, is a loss.

| **Part IV** | **Tax Computation Using Maximum Capital Gains Rates** | | | |
|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **19** | |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D . . . . . . . . . . . . . . . . . | **20** | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e . . . . . . . | **21** | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **22** | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **23** | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero . . . . . . . . . . . . | **24** | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on **page D-7** | **25** | | |
| 26 | Add lines 24 and 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | | **27** | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | | **28** | |
| 29 | Enter the **smaller** of: | | | |
| |   • The amount on line 19, **or** | | | |
| |   • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er);   } | | | |
| |   • $21,525 if married filing separately; or $34,550 if head of household  . . . . . . . . . . . . | | **29** | |
| 30 | Enter the **smaller** of line 28 or line 29 . . . . . . . . . . . . . . . . . . . . . . . . | **30** | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **31** | | |
| 32 | Enter the **larger** of line 30 or line 31 . . . . . . . . . . . . . . . . . . . . . . . ▶ | **32** | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . . . . . . . . . . | | **33** | |
| | **Note:** If line 29 is less than line 28, go to line 38. | | | |
| 34 | Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | |
| 35 | Enter the amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- . . . . . . . . . . . . . . . . ▶ | **36** | | |
| 37 | Multiply line 36 by 10% (.10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **37** | |
| | **Note:** If line 27 is more than zero **and** equal to line 36, go to line 52. | | | |
| 38 | Enter the **smaller** of line 19 or line 27 . . . . . . . . . . . . . . . . . . . . . . . | **38** | | |
| 39 | Enter the amount from line 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | | |
| 40 | Subtract line 39 from line 38. . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **40** | | |
| 41 | Multiply line 40 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **41** | |
| | **Note:** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | |
| 42 | Enter the **smaller** of line 22 or line 25 . . . . . . . . . . . . . . . . . . . . . . . | **42** | | |
| 43 | Add lines 22 and 32 . . . . . . . . . . . . . . . . . . . . . . . | **43** | | |
| 44 | Enter the amount from line 19 . . . . . . . . . . . . . . . . . . | **44** | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **45** | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- . . . . . . . . . . . . . . . . ▶ | **46** | | |
| 47 | Multiply line 46 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **47** | |
| | **Note:** If line 24 is zero or blank, go to line 52. | | | |
| 48 | Enter the amount from line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **48** | | |
| 49 | Add lines 32, 36, 40, and 46 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **49** | | |
| 50 | Subtract line 49 from line 48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **50** | | |
| 51 | Multiply line 50 by 28% (.28) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **51** | |
| 52 | Add lines 33, 37, 41, 47, and 51 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **52** | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . . . . . . . . . | | **53** | |
| 54 | **Tax on all taxable income including capital gains. Enter the smaller of line 52 or line 53 here and on Form 1040, line 40** . . . . . . | | **54** | 0 |

AS ORIGINALLY FILED

Schedule D (Form 1040) 1999

Schedule D–1
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

Name(s) shown on Form 1040

THOMAS J. GONZALES

# Continuation Sheet for Schedule D
# (Form 1040)

▶ See Instructions for Schedule D (Form 1040).
▶ Attach to Schedule D if you need more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1999**

Attachment
Sequence No. **12A**

Your social security number

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

**Part I**    Short–Term Capital Gains and Losses–Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS). Subtract (e) from (d) |
|---|---|---|---|---|---|
| BE FREE-100 SHRS | 11/03/99 | 11/16/99 | 2,612 | 1,200 | 1,412 |
| CLASSIC COMMUNICATIONS-200 SHRS | 12/07/99 | 12/08/99 | 5,762 | 5,000 | 762 |
| DIGITAL IMPACT-100 SHRS | 11/22/99 | 11/23/99 | 3,719 | 1,500 | 2,219 |
| DRUGSTORE COM-75 SHRS | 7/27/99 | 10/11/99 | 2,972 | 1,350 | 1,622 |
| GOTO.COM-200 SHRS | 6/18/99 | 6/29/99 | 4,275 | 3,000 | 1,275 |
| INSIGHT COMM.-300 SHRS | 7/21/99 | 10/11/99 | 8,868 | 7,350 | 1,518 |
| INTERLIANT-200 SHRS | 7/07/99 | 7/08/99 | 3,000 | 2,000 | 1,000 |
| JNI CORP-100 SHRS | 10/26/99 | 11/16/99 | 8,500 | 1,900 | 6,600 |
| NETWORK PLUS-200 SHRS | 6/29/99 | 6/30/99 | 5,462 | 3,200 | 2,262 |
| ZERO-100 SHRS | 9/23/99 | 10/11/99 | 2,931 | 1,600 | 1,331 |
| RADIO UNICA-150 SHRS | 10/18/99 | 11/16/99 | 3,890 | 2,400 | 1,490 |
| SYMYX TECH-200 SHRS | 11/17/99 | 12/21/99 | 5,225 | 2,800 | 2,425 |
| XPEDIOR-500 SHRS | 12/16/99 | 12/21/99 | 15,313 | 9,500 | 5,813 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | AS ORIGINALLY FILED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2  Totals.** Combine columns (d) and (f). Enter here and on Schedule D, line 2 . . . . . . . . . . . . . . . ▶ **2** | | | 72,529 | | 29,729 |

KFA **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

Schedule D–1 (Form 1040) 1999

| 1999 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|

**THOMAS J. GONZALES**                      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

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 143,963 | 38,873 | 4,501 | 2,232 | 11,164 | 159 |
| GRAND TOTAL | 143,963 | 38,873 | 4,501 | 2,232 | 11,164 | 159 |

**STATEMENT 2**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

| | |
|---|---|
| BANK UNITED ............................................. $ | 23,322 |
| CONSECO ................................................. | 6,304 |
| NATIONAL CITY ........................................... | 2,110 |
| TOTAL $ | 31,736 |

**STATEMENT 3**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

| | |
|---|---|
| AMORTIZATION ............................................ $ | 141 |
| TOTAL $ | 141 |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| | |
|---|---|
| VARIOUS ................................................. $ | 10,000 |
| TOTAL $ | 10,000 |

AS ORIGINALLY FILED

12/31/99

# 1999 FEDERAL DEPRECIATION SCHEDULE

PAGE 1

THOMAS J. GONZALES

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

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR BONUS | DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCHEDULE A (POINTS) | | | | | | | | | | | | | | | | |
| | AMORTIZATION | | | | | | | | | | | | | | | | |
| 1 | POINTS | 11/16/98 | | 4,220 | | | | | | | | 4,220 | 12 | S/L | 30 | | 141 |
| | TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | | 4,220 | 12 | | | | 141 |
| | TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | GRAND TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 0 | 4,220 | 12 | | | | 141 |
| | GRAND TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

AS ORIGINALLY FILED

PAGE 1

12/31/99

# 1999 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

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

THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PERS PROP PREF |
|-----|-------------|---------------|-----------|-----------|-----------------|------------|----------|----------|-----------|------------|------------|-------------------|-----------------|---------------------|
| | TOTAL | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |

AS ORIGINALLY FILED

DECEASED (THOMAS J. GONZALES) 12/04/01

FORM **1040X**

(Rev. November 2000)

Department of the Treasury - Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2000 , or fiscal year ended ▶

Your first name and initial: THOMAS J.    Last name: GONZALES

If a joint return, spouse's first name and initial:    Last name:

Your social security number: 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

Spouse's social security number:

Home address (no. and street) or P.O. box if mail is not delivered to your home: 134 LAKES BLVD    Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: DAYTON, NV 89403

Phone number: 925 941-6014

For Paperwork Reduction Act Notice, see page 6.

**A** If the name or address shown above is different from that shown on the original return, check here ....... ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ..... ▶ ☐

**C** Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date. ☐ Yes ☒ No

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see page 2.

| | Use Part II on the Back to Explain any Changes. Income and Deductions (see pages 2–6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) .......... | 1 | 618,923 | -8,468,648 | -7,849,725 |
| 2 | Itemized deductions or standard deduction (see page 3) ... | 2 | 461,279 | 16,077 | 477,356 |
| 3 | Subtract line 2 from line 1 ........... | 3 | 157,644 | -8,484,725 | -8,327,081 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | | 2,800 | 2,800 |
| 5 | Taxable income. Subtract line 4 from line 3 ...... | 5 | 157,644 | -8,487,525 | -8,329,881 |
| 6 | Tax (see page 4). Method used in col. C  TAX TABLE | 6 | 174,211 | -166,198 | 8,013 |
| 7 | Credits (see page 4) ........... | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 174,211 | -166,198 | 8,013 |
| 9 | Other taxes (see page 4) ........... | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 ........... | 10 | 174,211 | -166,198 | 8,013 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 ...... | 11 | 57,307 | | 57,307 |
| 12 | Estimated tax payments, including amt applied from prior year's return | 12 | | | |
| 13 | Earned income credit (EIC) ........... | 13 | | | |
| 14 | Additional child tax credit from Form 8812 ...... | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 ...... | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 5) ...... | 16 | | | 846,000 |
| 17 | Amount paid with original return plus additional tax paid after it was filed ...... | 17 | | | 31,478,202 |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 32,381,509 |
| | **Refund or Amount You Owe** | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 32,207,298 |
| 20 | Subtract line 19 from line 18 (see page 5) ...... | 20 | | | 174,211 |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 | If line 10, column C, is less than line 20, enter the difference ...... | 22 | | | 166,198 |
| 23 | Amount of line 22 you want **refunded to you** ...... | 23 | | | 166,198 |
| 24 | Amount of line 22 you want applied to your    estimated tax | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature _[signature]_    Date  8-10-07

Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer's Use Only**

Preparer's signature: STEVEN P. SMITH    Date 7/26/07    Check if self-employed ☐    Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code: COMYNS, SMITH, MCCLEARY & DEAV, 3470 MT. DIABLO BLVD. #A110, LAFAYETTE, CA 94549

EIN 68-0307221

Phone no. (925) 299-1040

KFA

IF0US48  12/22/00

Form **1040X** (Rev. 11-2000)

Form **1040X** (Rev. 11-2000) THOMAS J. GONZALES                                   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 Page **2**

### Part I    Exemptions. See Form 1040 or 1040A instructions.

If you are **not changing your exemptions**, do not complete this part.
If claiming **more exemptions**, complete lines 25-31.
If claiming **fewer exemptions**, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse .......................................... | 1 | | 1 |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you ............. | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | | | |
| 28 | Other dependents ........................................... | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 .......... | 1 | | 1 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | 2,800 | 2,800 |

|                | Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|---|
| | 2000 | $2,800 | $96,700 |
| | 1999 | 2,750 | 94,975 |
| | 1998 | 2,700 | 93,400 |
| | 1997 | 2,650 | 90,900 |

31  Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax years after 1997, do not complete column (d) below. For tax year 1997, do not complete column (d) below.

| (a) First Name    Last Name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
● lived with you ....... ▶ ☐
● did not live with you due to divorce or separation (see page 5) ....... ▶ ☐
Dependents on line 31 not entered above ▶ ☐

### Part II    Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ............................................... ▶ ☒

TAXPAYER IS CARRYING BACK NET OPERATING LOSS FROM 2001 AS ADJUSTED PURSUANT TO REFUND CLAIM SUBMITTED. TAXPAYER UNDERSTANDS THAT THE CARRYBACK OF A 2001 NET OPERATING LOSS IS TO BE CARRIED BACK PURSUANT TO A FIVE YEAR CARRYBACK, IE, TO 1996, THEN 1997 AND SO ON. SINCE TAXPAYER IS NOT IN POSSESSION OF HIS 1996 AND 1997 RETURNS, YET CONFIDENT THAT THE LOSS IN 2001 IS SUFFICIENT IN AMOUNT TO OFFSET ALL TAXABLE INCOME REPORTED IN THE ENTIRE FIVE YEAR CARRYBACK PERIOD, HE IS TEMPORARILY SKIPPING THE 1996 AND 1997 AND LEAVING IT TO BE DETERMINED LATER. SEE ATTACHED SCHEDULE REFLECTING USAGE OF THE 2001 NET OPERATING LOSS.

### Part III    Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 go to the fund but now want to, check here ............................................... ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here ............................................... ▶ ☐

iF0US48A  11/17/00                                                        Form **1040X** (Rev. 11-2000)

| 2001 | NOL WORKSHEETS | PAGE 1 |
|------|----------------|--------|
| | THOMAS J. GONZALES | 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 |

## COMPUTATION OF 2001 NET OPERATING LOSS

| | | | |
|---|---|---:|---:|
| 1. | ADJUSTED GROSS INCOME | | -6,558,190. |
| 2A. | ITEMIZED OR STANDARD DEDUCTION | 2,196,483. | |
| 2B. | EXEMPTION DEDUCTION | 2,900. | |
| 2C. | ADD LINES 2A AND 2B | | 2,199,383. |
| 3. | SUBTRACT LINE 2C FROM LINE 1 | | -8,757,573. |
| 4. | EXEMPTION DEDUCTION FROM LINE 2B | | 2,900. |
| 5. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 6. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 7. | EXCESS OF LINE 5 OVER LINE 6 | 13,758,266. | |
| 8. | EXCESS OF LINE 6 OVER LINE 5 | 0. | |
| 9. | NONBUSINESS DEDUCTIONS | 210,114. | |
| 10. | NONBUSINESS INCOME | 966,343. | |
| 11. | ADD LINES 8 AND 10 | 966,343. | |
| 12. | EXCESS OF LINE 9 OVER LINE 11 | | 0. |
| 13. | EXCESS OF LINE 11 OVER LINE 9 | 0. | |
| 14. | BUSINESS CAPITAL LOSSES | 0. | |
| 15. | BUSINESS CAPITAL GAINS | 19,000. | |
| 16. | ADD LINES 13 AND 15 | 19,000. | |
| 17. | EXCESS OF LINE 14 OVER LINE 16 | 0. | |
| 18. | ADD LINES 7 AND 17 | 13,758,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 20. | SECTION 1202 EXCLUSION | | 0. |
| 21. | SUBTRACT LINE 20 FROM LINE 19 | 13,739,266. | |
| 22. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 23. | SUBTRACT LINE 22 FROM LINE 21 | 13,736,266. | |
| 24. | SUBTRACT LINE 23 FROM LINE 18 | | 0. |
| 25. | SUBTRACT LINE 23 FROM LINE 18 | | 22,000. |
| 26. | PRIOR YEARS' NET OPERATING LOSSES | | 0. |
| 27. | 2001 NET OPERATING GAIN (LOSS) | | |
| | (COMBINE LINES 3, 4, 12, 20, 24, 25, AND 26) | | -8,732,673. |

| 2001 | NOL WORKSHEETS | PAGE 2 |
|---|---|---|
| | THOMAS J. GONZALES | 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 |

## COMPUTATION OF 2001 AMT NET OPERATING LOSS

| | | | |
|---|---|---|---|
| 1. | FORM 6251, LINE 21 | | -6,370,217. |
| 2. | NONBUSINESS CAPITAL LOSSES | 14,741,873. | |
| 3. | NONBUSINESS CAPITAL GAINS | 983,607. | |
| 4. | EXCESS OF LINE 2 OVER LINE 3 | 13,758,266. | |
| 5. | EXCESS OF LINE 3 OVER LINE 2 | 0. | |
| 6. | NONBUSINESS DEDUCTIONS | 6,559. | |
| 7. | NONBUSINESS INCOME | 822,570. | |
| 8. | ADD LINES 5 AND 7 | 822,570. | |
| 9. | EXCESS OF LINE 6 OVER LINE 8 | | 0. |
| 10. | EXCESS OF LINE 8 OVER LINE 6 | 0. | |
| 11. | BUSINESS CAPITAL LOSSES | 0. | |
| 12. | BUSINESS CAPITAL GAINS | 19,000. | |
| 13. | ADD LINES 10 AND 12 | 19,000. | |
| 14. | EXCESS OF LINE 11 OVER LINE 13 | 0. | |
| 15. | ADD LINES 4 AND 14 | 13,758,266. | |
| 16. | LOSS FROM SCHEDULE D, LINE 17 | 13,739,266. | |
| 17. | SECTION 1202 EXCLUSION | | 0. |
| 18. | SUBTRACT LINE 17 FROM LINE 16 | 13,739,266. | |
| 19. | LOSS FROM SCHEDULE D, LINE 18 | 3,000. | |
| 20. | SUBTRACT LINE 19 FROM LINE 18 | 13,736,266. | |
| 21. | SUBTRACT LINE 18 FROM LINE 19 | | 0. |
| 22. | SUBTRACT LINE 20 FROM LINE 15 | | 22,000. |
| 23. | 2001 AMT NET OPERATING GAIN (LOSS) | | -6,348,217. |
| | (COMBINE LINES 1, 9, 17, 21, AND 22) | | |

Thomas J. Gonzales

| | | Regular | AMT |
|---|---|---|---|
| 2001 | Per NOL Worksheets | (8,732,673) | (6,348,217) |
| 1996 To 1997 | | TBD | TBD |
| | | (8,732,673) | (6,348,217) |
| 1997 To 1998 | | TBD | TBD |
| | | (8,732,673) | (6,348,217) |
| 1998 To 1999 | Per NOL Worksheets | 63,111 | 72,012 |
| | | (8,669,562) | (6,276,205) |
| 1999 To 2000 | Per NOL Worksheets | 200,914 | 209,309 |
| | | (8,468,648) | (6,066,896) |
| 2000 | Per NOL Worksheets | 160,794 | 581,114 |
| | Unused NOL | (8,307,854) | (5,485,782) |

DECEASED: THOMAS J. GONZALES 12/04/01

**DECLARED**

Form **1040**  Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2000**   (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2000, or other tax year beginning , 2000, ending , 20   OMB No. 1545-0074

**Label** (See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: THOMAS J. GONZALES   Last name

If a joint return, spouse's first name and initial   Last name

Your social security number: **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**
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 19.   Apt. no.
**134 LAKES BLVD**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
**DAYTON, NV 89403**

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? .......... ►
You: ☐ Yes ☒ No    Spouse: ☐ Yes ☐ No

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ►
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► ). (See page 19.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. ...........................

b ☐ **Spouse** ...........................

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First Name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above

d Total number of exemptions claimed ...........................
Add numbers entered on lines above ► **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... | 7 | 207,545 |
| 8a | **Taxable interest.** Attach Schedule B if required ........................... | 8a | 720,233 |
| b | **Tax–exempt** interest. **Do not** include on line 8a ........... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required ........................... | 9 | 708,509 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) ......... | 10 | 3,931 |
| 11 | Alimony received ........................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ........................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 ........................... | 14 | |
| 15a | Total IRA distributions ...... 15a | b Taxable amount (see pg. 23) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg. 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... | 17 | -919,016 |
| 18 | Farm income or (loss). Attach Schedule F ........................... | 18 | |
| 19 | Unemployment compensation ........................... | 19 | |
| 20a | Social security benefits ...... 20a | b Taxable amount (see pg. 25) | 20b | |
| 21 | Other income. SEE STATEMENT 2 | 21 | -8,567,927 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ......► | 22 | -7,849,725 |

*As Amended*

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) ......... | 23 | |
| 24 | Student loan interest deduction (see page 27) ......... | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 ...... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ......... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ...... | 27 | |
| 28 | Self-employed health insurance deduction (see page 29) ... | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans ......... | 29 | |
| 30 | Penalty on early withdrawal of savings ......... | 30 | |
| 31a | Alimony paid. b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a ........................... | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ........................► | 33 | -7,849,725 |

**KFA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.**   IF0US1  11/07/00   Form **1040** (2000)

Form 1040 (2000) THOMAS J. GONZALES                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 Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | -7,849,725 |
| | 35a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | |
| | Add the number of boxes checked above and enter the total here ▶ 35a | | |
| Standard Deduction for Most People | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| Single: $4,400 | 36 Enter your **itemized** deductions from Schedule A, line 28, **or standard deduction** shown on the left. But see page 31 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 477,356 |
| Head of household: $6,450 | 37 Subtract line 36 from line 34 | 37 | -8,327,081 |
| Married filing jointly or Qualifying widow(er): $7,350 | 38 If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | 2,800 |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0 |
| Married filing separately: $3,675. | 40 **Tax** (see page 32). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 0 |
| | 41 Alternative minimum tax. Attach Form 6251 | 41 | 8,013 |
| | 42 Add lines 40 and 41 ▶ | 42 | 8,013 |
| | 43 Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 Credit for child and dependent care expenses. Att. Form 2441 | 44 | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 Education credits. Attach Form 8863 | 46 | |
| | 47 Child tax credit (see page 36) | 47 | |
| | 48 Adoption credit. Attach Form 8839 | 48 | |
| | 49 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 49 | |
| | 50 Add lines 43 through 49. These are your **total credits.** | 50 | |
| | 51 Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | 8,013 |
| **Other Taxes** | 52 Self-employment tax. Att. Sch. SE | 52 | |
| | 53 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| | 55 Advance earned income credit payments from Form(s) W-2 | 55 | |
| | 56 Household employment taxes. Attach Schedule H | 56 | |
| | 57 Add lines 51 through 56. This is your **total tax.** ▶ | 57 | 8,013 |
| **Payments** | 58 Federal income tax withheld from Forms W-2 and 1099 | 58 | 57,307 | |
| If you have a qualifying child, attach Schedule EIC. | 59 2000 estimated tax payments and amount applied from 1999 return | 59 | |
| | 60a Earned income credit (EIC) | 60a | |
| | b Nontaxable earned income: amt. ▶ and type▶ NO | | |
| | 61 Excess social security and RRTA tax withheld (see page 50) | 61 | |
| | 62 **Additional child tax credit. Attach Form 8812** | 62 | |
| | 63 **Amount paid with request for extension to file** (see page 50) | 63 | 846,000 | |
| | 64 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 64 | |
| | 65 Add lines 58, 59, 60a, and 61 through 64. These are your **total payments.** ▶ | 65 | 903,307 |
| **Refund** Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 66 If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 | 895,294 |
| | 67a Amount of line 66 you want **refunded to you.** ▶ | 67a | 895,294 |
| | b Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number | | |
| | 68 Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 | |
| **Amount You Owe** | 69 If line 57 is more than line 65, subtract line 65 from line 57. This is the amount you owe. For details on how to pay, see page 51 ▶ | 69 | |
| | 70 Estimated tax penalty. Also include on line 69 | 70 | |

*As Amended*

| **Sign Here** Joint return? See page 19. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature | Date | Your occupation CHIEF TECHNOLOGY O | Daytime phone number 925 941-6014 |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below? (see page 52)? ☒ Yes ☐ No |
| **Preparer's Use Only** | Preparer's signature STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| | Firm's name (or yours if self-employed), address, and ZIP code COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA 94549 | | EIN 68-0307221 Phone no. (925) 299-1040 |

IF0US1A 11/22/00                              Form **1040** (2000)

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Schedule A – Itemized Deductions

▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**2000**

Attachment
Sequence No.    **07**

Name(s) shown on Form 1040

THOMAS J. GONZALES

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-2) . . . . . . . . . . . . . . . . . | 1 | |
| | 2 | Enter amount from Form 1040, line 34    2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . | **4** | 0 |
| **Taxes You Paid** | 5 | State and local income taxes . . . . . . . . . . . . . . . . . . | 5 | 15,845 |
| | 6 | Real estate taxes (see page A-2) . . . . . . . . . . . . . . . . . | 6 | 15,000 |
| (See page A-2.) | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . | 7 | 3,500 |
| | 8 | Other taxes. List type and amount ▶ | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . | 8 | |
| | | | **9** | 34,345 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported on Form 1098 . . . . . . | 10 | |
| (See page A-3.) | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See pg. A-3 . . . STMT 3 | 11 | |
| | | | 12 | 141 |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-3.) . . . . . . . . . . . . . . | 13 | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . | **14** | 141 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4 . ST 4 | 15 | 11,000 |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 . . . . . . . . . . . | 16 | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 15 through 17 . . DISALLOWED CONTRIBUTIONS . . . . . -11,000 | **18** | 0 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) . . . . . . . . . . . | **19** | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ FORM 2106 (TAXPAYER) _ _ _ _ _ 442,870 | | |
| | | | 20 | 442,870 |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . | 21 | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . | 22 | |
| | | | 23 | 442,870 |
| | 24 | Enter amount from Form 1040, line 34    24   -7,849,725 | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . . . . . | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . | **26** | 442,870 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | | |
| | | | **27** | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. } . . . . . . . . . . ▶ | **28** | 477,356 |

*As Amended*

KFA    For Paperwork Reduction Act Notice, see Form 1040 Instructions.    IF0US2  11/03/00    Schedule A (Form 1040) 2000

Schedules A&B (Form 1040) 2000

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

OMB No. 1545-0074   Page **2**

THOMAS J. GONZALES

Your social security number

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

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

### Part I
### Interest

(See page B-1 and the instructions for Form 1040, line 8a.)

**Note.** If you had over $400 in taxable interest, you must also complete Part III.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| | MT DIABLO NAT'L BANK | 295 |
| | WELLS FARGO | 12 |
| | ML | 593,544 |
| | ML | 7,159 |
| | BLACKSTONE REALTY INVESTORS, LLC | 30 |
| | SHAMWARI MOTOR YACHT LTD | 3,571 |
| | NEW WORLD, LLC | 9,033 |
| | THOMAS J. GONZALES INVESTMENT CORP | 106,589 |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| 2 | Add the amounts on line 1 ............................................................. | 2 | 720,233 |
|---|---|---|---|
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 ......................................... | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ............... ▶ | 4 | 720,233 |

### Part II
### Ordinary Dividends

(See page B-1 and the instructions for Form 1040, line 9.)

**Note.** If you had over $400 in ordinary dividends, you must also complete Part III.

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | |
| | MERRILL LYNCH | 698,607 |
| | MERRILL LYNCH | 991 |
| | EP ESTATES | 227 |
| | BLACKSTONE REALTY INVESTORS, LLC | 161 |
| | SHAMWARI HELIO, LLC | 409 |
| | MACH ONE AVIATION, LLC | 2,002 |
| | CLIFFSIDE ENTERTAINMENT, INC. | 6,112 |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

As Amended

| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ........... ▶ | 6 | 708,509 |
|---|---|---|---|

### Part III
### Foreign Accounts and Trusts

(See page B-2)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2000, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 8 | During 2000, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule B (Form 1040) 2000

IF0US3   10/24/00

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Capital Gains and Losses

▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**2000**

Attachment
Sequence No.    **12**

Name shown on Form 1040
THOMAS J. GONZALES

Your social security number
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

## Part I    Short-Term Capital Gains and Losses – Assets Held One Year or Less

| 1 (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 231,808,133 | 233,401,142 | -1,593,009 |
| BLACKVEST | VARIOUS | VARIOUS | 230,798,000 | 372,800,000 | -142,002,000 |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . | 2 | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . . . . | 3 | 462,606,133 | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1999 Capital Loss Carryover Worksheet . . . . . . . . . . . . . | 6 | ( ) | |
| 7 Net short-term capital gain or (loss). Combine column (f) of lines 1 through 6 . . . ▶ | 7 | -143595009 | |

## Part II    Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 137,601,269 | 5,079,773 | 132,521,496 | |

| | | | |
|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . | 9 | | |
| 10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 . . . . . . . . | 10 | 137,601,269 | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . | 12 | | |
| 13 Capital gain distributions. See page D-1 . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1999 Capital Loss Carryover Worksheet . . . . . . . . . . | 14 | ( ) | ( ) |
| 15 Combine column (g) of lines 8 through 14 . . . . . . . . . . . . . . . . . . . . . . . | 15 | | |
| 16 Net long-term capital gain or (loss). Combine column (f) of lines 8 through 14 . . . . . . . . . . . . . . ▶ | 16 | 132,521,496 | |

As Amended

* Go to Part III on the back.

* **28% rate gain or loss** includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

KFA

IFOUS5    12/07/00

Schedule D (Form 1040) 2000

Schedule D (Form 1040) 2000    THOMAS J. GONZALES    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 Page **2**

| **Part III** | **Summary of Parts I and II** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 . . . . . . . . . . . . . . . . . . . . . . . | **17** | -11,073,513 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: | | |
| | • Both lines 16 and 17 are gains **and** | | |
| | • Form 1040, line 39, is more than zero. | | |
| | Otherwise, **stop here.** | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: | | |
| | • The loss on line 17 **or** | | |
| | • ($3,000) or, if married filing separately, ($1,500) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** ( | 3,000 ) |
| | **Next:** Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the | | |
| | **Capital Loss Carryover Worksheet** on page D-6 if: | | |
| | • The loss on line 17 exceeds the loss on line 18 **or** | | |
| | • Form 1040, line 37, is a loss. | | |

| **Part IV** | **Tax Computation Using Maximum Capital Gains Rates** | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **19** | |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D . . . . . . . . . . . . . . . . . | **20** | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e . . . . . . . | **21** | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | **22** | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | **23** | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero . . . . . . . . . . . . . . . . | **24** | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 . . . . . | **25** | | |
| 26 | Add lines 24 and 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | | **27** | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | | **28** | |
| 29 | Enter the **smaller** of: | | | |
| | • The amount on line 19 **or** | | | |
| | • $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); } | | **29** | |
| | $21,925 if married filing separately; or $35,150 if head of household | | | |
| 30 | Enter the **smaller** of line 28 or line 29 . . . . . . . . . . . . . . . . . . . . . . . | **30** | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | **31** | | |
| 32 | Enter the **larger** of line 30 or line 31 . . . . . . . . . . . . . . . . . . . . . . . ▶ | **32** | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . . . . . . . . . . . | | **33** | |
| | **Note:** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | | |
| 34 | Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | |
| 35 | Enter the amount from line 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | | |
| 36 | Subtract line 35 from line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **36** | | |
| 37 | Multiply line 36 by 10% (.10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **37** | |
| | **Note:** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | | |
| 38 | Enter the **smaller** of line 19 or line 27 . . . . . . . . . . . . . . . . . . . . . . . . | **38** | | |
| 39 | Enter the amount from line 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | | |
| 40 | Subtract line 39 from line 38. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | | |
| 41 | Multiply line 40 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| | **Note:** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | | |
| 42 | Enter the **smaller** of line 22 or line 25 . . . . . . . . . . . . . . . . . . . . . . . . | **42** | | |
| 43 | Add lines 22 and 32 . . . . . . . . . . . . . . . . . . . . . | **43** | | |
| 44 | Enter the amount from line 19 . . . . . . . . . . . . . . . . | **44** | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | **45** | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- . . . . . . . . . . . . . . . . . ▶ | **46** | | |
| 47 | Multiply line 46 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **47** | |
| | **Note:** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | | |
| 48 | Enter the amount from line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **48** | | |
| 49 | Add lines 32, 36, 40, and 46 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **49** | | |
| 50 | Subtract line 49 from line 48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **50** | | |
| 51 | Multiply line 50 by 28% (.28) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **51** | |
| 52 | Add lines 33, 37, 41, 47, and 51 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **52** | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . . . . | | **53** | |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 . . . . . | | **54** | |

*As Amended*

IFCUS5A 10/24/00

Schedule D (Form 1040) 2000

Schedule E (Form 1040) 2000        Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.

THOMAS J. GONZALES         Your social security number    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

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

**Part II**   **Income or Loss From Partnerships and S Corporations** If you report a loss from an at-risk activity, you **must** check either column (e) or (f) on line 27 to describe your investment in the activity. If you check column (f), you must attach Form **6198**.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 9,036 | | | |
| b Totals | 9,036 | | 919,016 | | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 9,036 |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 ( | 928,052 ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | -919,016 |

**Part III**   **Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer ID number |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

AS Amended

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder**

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

**Part V**   **Summary**

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | -919,016 |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were real estate professional (see pg. E-4), enter net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under passive activity loss rules. | 42 | |

IF0US7A   10/19/00                 Schedule E (Form 1040) 2000

| Form **6198** | | **At–Risk Limitations** | OMB No. 1545-0712 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ **Attach to your tax return.**
▶ **See separate Instructions.**

**2000**

Attachment
Sequence No. **31**

Name(s) shown on return
THOMAS J. GONZALES

Identifying number
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

Description of activity (See page 2 of the instructions)
THOMAS J. GONZALES INVESTMENT CORP

| **Part I** | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.** (See instructions.) Enter losses in parentheses. | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity. See page 2 of the instructions .................. | **1** | 721 |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially report on: | | |
| a | Schedule D ....................................................................... | **2a** | |
| b | Form 4797 ........................................................................ | **2b** | |
| c | Other form or schedule .......................................................... | **2c** | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c ............................................. | **3** | 114,904 |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 3 ............................................. | **4** | ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form .................................................... | **5** | 115,625 |

| **Part II** | **Simplified Computation of Amount At Risk** (See page 3 of the instructions to find out if you may use this part.) | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero ......................................... | **6** | 0 |
| 7 | Increases for the tax year. See page 4 of the instructions .............................. | **7** | |
| 8 | Add lines 6 and 7 ................................................................ | **8** | 0 |
| 9 | Decreases for the tax year. See page 4 of the instructions ............................. | **9** | |
| 10 a | Subtract line 9 from line 8 ...................................... ▶ | **10a** | 0 | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see **Pub. 925** for information on the recapture rules ................ | **10b** | 0 |
| | **Note:** You may want to complete Part III to see if it gives you a larger amount at risk. | | |

| **Part III** | **Detailed Computation of Amount At Risk** | | |
|---|---|---|---|
| | (If you completed Part III of Form 6198 for 1999, see the instructions.) | | |
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero ......... | **11** | |
| 12 | Increases at effective date ....................................................... | **12** | |
| 13 | Add lines 11 and 12 .............................................................. | **13** | |
| 14 | Decreases at effective date ....................................................... | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | **15** | |
| b | ☐ From 1999 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1999 form.) | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date   b ☐ The end of your 1999 tax year ............................. | **16** | |
| 17 | Add lines 15 and 16 .............................................................. | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date   b ☐ The end of your 1999 tax year | **18** | |
| 19a | Subtract line 18 from line 17 .................................... ▶ | **19a** | | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see **Pub. 925** for information on the recapture rules ................ | **19b** | |

*As Amended* (stamped overlay)

| **Part IV** | **Deductible Loss** | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b.............................. | **20** | 0 |
| 21 | **Deductible loss.** If line 20 is zero, enter -0-; you do not have a deductible loss this year. Otherwise, enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 8 of the instructions to find out how to report any deductible loss and any carryover .......... | **21** | 0 | ) |
| | **Note:** If the loss is from a passive activity, see **Form 8582**, Passive Activity Loss Limitations, or **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity loss rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies. | | |

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

Form **6198** (2000)

IF0US32  11/27/00

Form **6251**

Department of the Treasury
Internal Revenue Service

**Alternative Minimum Tax – Individuals**

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

**2000**

Attachment
Sequence No. **32**

(s) shown on Form 1040
THOMAS J. GONZALES

Your social security number
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

## Part I  Adjustments and Preferences

| | | |
|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | **1** | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 34 | **2** | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | **3** | 34,345 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | **4** | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | **5** | 442,870 |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | **6** | ( 3,931 ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | **7** | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | **8** | 30,831 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | **9** | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | **10** | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | **11** | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | **12** | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | **13** | |

14 Other. Enter the amount, if any, for each item below and enter the total on line 14.

| | | | |
|---|---|---|---|
| a | Circulation expenditures . | h | Loss limitations ......... |
| b | Depletion ............ | i | Mining costs .......... |
| c | Depreciation (pre-1987) . | j | Patron's adjustment ..... |
| d | Installment sales...... | k | Pollution control facilities . |
| e | Intangible drilling costs .. | l | Research & experimental . |
| f | Large partnerships .... | m | Section 1202 exclusion ... |
| g | Long-term contracts ... | n | Tax shelter farm activities. |
| | | o | Related adjustments .... |

| | | | |
|---|---|---|---|
| | | **14** | |
| 15 | **Total Adjustments and Preferences. Combine lines 1 through 14** ▶ | **15** | 504,115 |

## Part II  Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) ▶ | **16** | -8,327,081 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | **17** | 8,468,648 |
| 18 | If Form 1040, line 34, is over $128,950 (over $64,475 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | **18** | ( ) |
| 19 | Combine lines 15 through 18 ▶ | **19** | 645,682 |
| 20 | Alternative tax net operating loss deduction. See page 6 of the instructions | **20** | 581,114 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 7 of the instructions.) ▶ | **21** | 64,568 |

## Part III  Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see page 7 of the instructions.)

| IF your filing status is: | | AND line 21 is not over ... | THEN enter on line 22 ... | | |
|---|---|---|---|---|---|
| Single or head of household | ...................... | $112,500 | ..................... | $33,750 | |
| Married filing jointly or qualifying widow(er) | ......... | 150,000 | ..................... | 45,000 | } ......... |
| Married filing separately | ......... | 75,000 | ..................... | 22,500 | |

AS Amended

| | | |
|---|---|---|
| | **22** | 33,750 |

If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| | | | |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here ▶ | **23** | 30,818 |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | **24** | 8,013 |
| 25 | Alternative minimum tax foreign tax credit. See page 7 of the instructions | **25** | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | **26** | 8,013 |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | **27** | |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 ▶ | **28** | 8,013 |

For Paperwork Reduction Act Notice, see page 8 of the instructions.

KFA

IF0US33   10/23/00

Form **6251** (2000)

| Form **2106** | **Employee Business Expenses** | | | OMB No. 1545-0139 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions. ▶ Attach to Form 1040. | | | **2000** Attachment Sequence No. **54** |

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| THOMAS J. GONZALES | CHIEF TECHNOLOGY OF | 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 |

**Part I**   Employee Business Expenses and Reimbursements

## Step 1   Enter Your Expenses

| | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions) . . . . . . . . . **1** | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work . . . . . . . . . . . . . . . . . **2** | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment . . . . . . . . . . . . . . . . . **3** | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment . . . . . . . . . . . . . **4** | 541,588 | |
| 5 | Meals and entertainment expenses (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 . . . . . . . . . . **6** | 541,588 | |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2   Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | |
|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 13 of your Form W-2 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | 98,718 | |

## Step 3   Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | |
|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 . . . . . . . . . . **8** | 442,870 | 0 |

**Note:** If **both** columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return.

*As Amended*

| | | | |
|---|---|---|---|
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 60% (.60) instead of 50%. For details, see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9** | 442,870 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 20.** (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) . . . . . . . . . . . ▶ **10** | | 442,870 |

For Paperwork Reduction Act Notice, see instructions.                    Form **2106** (2000)

IF0US13  10/26/00

KFA

**2000**                    # NOL WORKSHEETS                    **PAGE 1**

### THOMAS J. GONZALES                                    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

**NET OPERATING LOSS CARRYOVERS USED IN 2000**

| | | |
|---|---|---|
| A. | CARRY **BACK** YEAR | 2000 |
| B. | NOL YEAR | **2001** |
| C. | INITIAL LOSS | 8,732,673 |
| D. | NOL CARRY**BACK** | 8,468,648 |

COMPUTATION OF MODIFIED TAXABLE INCOME

| | | |
|---|---|---|
| 1. | 2000 TAXABLE INCOME | -8,329,881 |
| 2. | NOL CARRYOVERS FROM YEAR B AND LATER YEARS | 8,468,648 |
| 3A. | NET CAPITAL LOSS DEDUCTIONS (FORM 1040, LINE 13) | 3,000 |
| 3B. | GAIN EXCLUDED ON SALE OF QUALIFIED BUSINESS STOCK | 0 |
| 4. | ADJUSTMENT TO AGI | 0 |
| 5. | ADJUSTMENTS TO ITEMIZED DEDUCTIONS | 16,227 |
| 6. | PERSONAL EXEMPTIONS (FORM 1040, LINE 38) | 2,800 |
| 7. | MODIFIED TAXABLE INCOME | |
| | (ADD LINES 1, 2, 3A, 3B, 4, 5 AND 6) | 160,794 |

| | |
|---|---|
| NOL ON LINE C ABSORBED THIS YEAR | 160,794 |
| NOL ON LINE C NOT ABSORBED THIS YEAR | 8,307,854 |

ADJUSTMENTS TO ITEMIZED DEDUCTIONS

| | | |
|---|---|---|
| 8. | 2000 ADJUSTED GROSS INCOME | -7,849,725 |
| 9. | CARRYOVERS FROM YEAR B AND LATER YEARS | 8,468,648 |
| 10. | ADD LINES 3A, 3B AND 4 FROM ABOVE | 3,000 |
| 11. | MODIFIED AGI (ADD LINES 8, 9, & 10) | 621,923 |

ADJUSTMENT TO CHARITABLE CONTRIBUTIONS

| | | |
|---|---|---|
| 17. | CHARITABLE CONTRIBUTIONS (FORM 1040, SCH A, LN 18) | 0 |
| 18. | CHARITABLE CONTRIBUTIONS REFIGURED USING LINE 11 | 11,000 |
| 19. | SUBTRACT LINE 18 FROM LINE 17 | -11,000 |

ADJSTMENT TO MISCELLANEOUS DEDUCTIONS

| | | |
|---|---|---|
| 25. | MISCELLANEOUS DEDUCTIONS (FORM 1040, SCH A, LINE 26) | 442,870 |
| 26. | MISCELLANEOUS DEDUCTIONS (FORM 1040, SCH A, LINE 23) | 442,870 |
| 27. | MULTIPLY LINE 11 BY 2% | 12,438 |
| 28. | SUBTRACT LINE 27 FROM LINE 26 (NOT LESS THAN ZERO) | 430,432 |
| 29. | SUBTRACT LINE 28 FROM LINE 25 | 12,438 |

| | |
|---|---|
| TOTAL ITEMIZED DEDUCTION ADJUSTMENT | |
| (ADD LINES 16, 19, 24, AND 29) | 1,438 |

*As Amended*



**2000**

# NOL WORKSHEETS

### THOMAS J. GONZALES

**PAGE 2**

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

(CONTINUED)
**NET OPERATING LOSS CARRYOVERS USED IN 2000**

ADJUSTMENT TO OVERALL ITEMIZED DEDUCTIONS LIMIT

| | | |
|---|---|---|
| 30. | FORM 1040, SCHEDULE A, LINE 28 | |
| 31. | ADD LINES 15, 18, 23, 28 & FORM 1040, | 477,356 |
| | SCHEDULE A, LINES 9, 14 & 27 | 475,918 |
| 32. | ADD LINES 15, 23 & FORM 1040, SCHEDULE A, LINE | |
| | 13 & GAMBLING LOSSES, LINE 27 | 0 |
| 33. | SUBTRACT LINE 32 FROM LINE 31 | 475,918 |
| 34. | MULTIPLY LINE 33 BY 80% | 380,734 |
| 35. | SUBTRACT $128,950 ($64,475 IF MFS) FROM LINE 11 | 492,973 |
| 36. | MULTIPLY LINE 35 BY 3% | 14,789 |
| 37. | ENTER THE SMALLER OF LINE 34 OR LINE 36 | 14,789 |
| 38. | SUBTRACT LINE 37 FROM LINE 31 | |
| | (NO LESS THAN THE STANDARD DEDUCTION) | 461,129 |
| 39. | TOTAL LIMITED ITEMIZED DEDUCTION ADJUSTMENT | |
| | (SUBTRACT LINE 38 FROM LINE 30) | 16,227 |

**AMT NET OPERATING LOSS CARRYOVERS USED IN 2000**

| | | |
|---|---|---|
| A. | CARRYBACK YEAR | |
| B. | NOL YEAR | 2000 |
| C. | INITIAL LOSS | 2001 |
| D. | NOL CARRYOVER | 6,348,217 |
| | | 6,066,896 |

COMPUTATION OF MODIFIED AMTI

| | | |
|---|---|---|
| 1. | AMTI BEFORE ATNOLD (FORM 6251, LINE 19) | 645,682 |
| 2. | ATNOLD LIMITATION PERCENTAGE | 0.900 |
| 3. | MULTIPLY LINE 1 BY 2 | 581,114 |
| 4. | PRIOR YEAR AMT CARRYOVERS ABSORBED IN CURRENT YEAR | 0 |
| 5. | MODIFIED AMTI (LINE 3 LESS LINE 4) | 581,114 |

| | |
|---|---|
| AMT NOL ABSORBED THIS YEAR | 581,114 |
| AMT NOL NOT ABSORBED THIS YEAR | 5,485,782 |



**2000**

# FORM 8582 WORKSHEETS

### THOMAS J. GONZALES

**PAGE 1**

545–13–6755

## WORKSHEET 2 FOR LINES 2A, 2B, AND 2C

| NAME OF ACTIVITY | CURR. YR. NET INCOME LINE 2A | CURR. YR. NET LOSS LINE 2B | PRIOR YR. UNALLOWED LOSS 2C | OVERALL GAIN | OVERALL LOSS |
|---|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | | $ 112,319 | | | $ 112,319 |
| NEW WORLD, LLC | | 128,577 | | | 128,577 |
| THOMAS J. GONZALES INVEST | $ 9,036 | | | $ 9,036 | |
| CLIFFSIDE ENTERTAINMENT, | | 1,192,452 | | | 1,192,452 |
| | $ 9,036 | $ 1433348 | $ 0 | $ 9,036 | $ 1433348 |

## WORKSHEET 4 – ALLOCATION OF UNALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,319 | 0.0784 | $ 111,611 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 0.0897 | 127,766 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,192,452 | 0.8319 | 1,184,935 |
| | | $ 1433348 | 1.0000 | $ 1424312 |

## WORKSHEET 5 – ALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,319 | $ 111,611 | $ 708 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 127,766 | 811 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,192,452 | 1,184,935 | 7,517 |
| | | $ 1433348 | $ 1424312 | $ 9,036 |


As Amended

**2000** | FORM 8582 WORKSHEETS – ALTERNATIVE MINIMUM TAX | **PAGE 1**

THOMAS J. GONZALES

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

## WORKSHEET 2 FOR LINES 2A, 2B, AND 2C

| NAME OF ACTIVITY | CURR. YR. NET INCOME LINE 2A | CURR. YR. NET LOSS LINE 2B | PRIOR YR. UNALLOWED LOSS 2C | OVERALL GAIN | OVERALL LOSS |
|---|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | | $ 112,097 | | | $ 112,097 |
| BLACKSTONE TECHNOLOGY PAR | $     13 | | | $     13 | |
| MILLENIUM 12, LLC | 137 | | | 137 | |
| NEW WORLD, LLC | | 128,577 | | | 128,577 |
| THOMAS J. GONZALES INVEST | 9,036 | | | 9,036 | |
| CLIFFSIDE ENTERTAINMENT, | | 1,177,287 | | | 1,177,287 |
| | $    9,186 | $ 1417961 | $        0 | $    9,186 | $ 1417961 |

## WORKSHEET 4 – ALLOCATION OF UNALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,097 | 0.0791 | $ 111,371 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 0.0907 | 127,744 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,177,287 | 0.8303 | 1,169,660 |
| | | $ 1417961 | 1.0001 | $ 1408775 |

## WORKSHEET 5 – ALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,097 | $ 111,371 | $     726 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 127,744 | 833 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,177,287 | 1,169,660 | 7,627 |
| | | $ 1417961 | $ 1408775 | $   9,186 |

## AMT WORKSHEET – PASSIVE ACTIVITY ADJUSTMENT TO FORM 6251, LINE 11

As Amended

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | GAIN OR LOSS | AMT GAIN OR LOSS |
|---|---|---|---|
| BIRCH VENTURES LLC | SCHEDULE E P2 | $        0 | $        0 |
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | -708 | -726 |
| SIERRA STAR LEASING, LLC | SCHEDULE E P2 | 0 | 0 |
| BLACKSTONE TECHNOLOGY PAR | SCHEDULE E P2 | 0 | 13 |
| MILLENIUM 12, LLC | SCHEDULE E P2 | 0 | 137 |

**2000**   **FORM 8582 WORKSHEETS – ALTERNATIVE MINIMUM TAX**   **PAGE 2**

THOMAS J. GONZALES

545–13–6755

(CONTINUED)
AMT WORKSHEET – PASSIVE ACTIVITY ADJUSTMENT TO FORM 6251, LINE 11

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | GAIN OR LOSS | AMT GAIN OR LOSS |
|---|---|---|---|
| MILLENIUM 7, LLC | SCHEDULE E P2 | $      0 | $      0 |
| SHAMWARI HELIO, LLC | SCHEDULE E P2 | 0 | 0 |
| SHAMWARI MOTOR YACHT LTD | SCHEDULE E P2 | 0 | 0 |
| NEW WORLD, LLC | SCHEDULE E P2 | -811 | -833 |
| THOMAS J. GONZALES INVEST | SCHEDULE E P2 | 9,036 | 9,036 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | -7,517 | -7,627 |
| | | $      0 | $      0 |
| | | | $      0 |



Form **8582**

## Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

Department of the Treasury
Internal Revenue Service

Name(s) shown on return

THOMAS J. GONZALES

OMB No. 1545-1008

**2000**

Attachment
Sequence No. **88**

Identifying number

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

---

### Part I    2000 Passive Activity Loss
**Caution:** See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | |
|---|---|---|---|
| **1a** Activities with net income (enter the amount from Worksheet 1, column (a)) ....... | **1a** | | |
| **b** Activities with net loss (enter the amount from Worksheet 1, column (b)) .......... | **1b** ( | ) | |
| **c** Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) ..... | **1c** ( | ) | |
| **d** Combine lines 1a, 1b, and 1c ........................................... | | **1d** | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **2a** Activities with net income (enter the amount from Worksheet 2, column (a)) ....... | **2a** | 9,036 | |
| **b** Activities with net loss (enter the amount from Worksheet 2, column (b)) .......... | **2b** ( | 1,433,348 ) | |
| **c** Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) ..... | **2c** | | |
| **d** Combine lines 2a, 2b, and 2c ........................................... | | **2d** | -1,424,312 |

**3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used.
If this line and 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 ...... **3**   -1,424,312

---

### Part II    Special Allowance for Rental Real Estate With Active Participation
**Note:** Enter all numbers in Part II as positive amounts. See page 8 for examples.

**Note:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.

| | | |
|---|---|---|
| **4** Enter the **smaller** of the loss on line 1d or the loss on line 3 ................. | **4** | |
| **5** Enter $150,000. If married filing separately, see page 8 ..................... | **5** | |
| **6** Enter modified adjusted gross income, but not less than zero (see page 8) ................................................. | **6** | |
| **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7. | | |
| **7** Subtract line 6 from line 5 ............................................ | **7** | |
| **8** Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 | **8** | |
| **9** Enter the **smaller** of line 4 or line 8 ................................... | **9** | |

*As Amended*

---

### Part III    Total Losses Allowed

| | | |
|---|---|---|
| **10** Add the income, if any, on lines 1a and 2a and enter the total ................ | **10** | 9,036 |
| **11** **Total losses allowed from all passive activities for 2000.** Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return ...................... | **11** | 9,036 |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2000)



KFA                                              IF0US37  10/23/00

Form **8582**

ALTERNATIVE MINIMUM TAX
# Passive Activity Loss Limitations

OMB No. 1545-1008

**2000**

Department of the Treasury
~~nal~~ Revenue Service

► See separate instructions.
► Attach to Form 1040 or Form 1041.

Attachment
Sequence No. **88**

~~e(s)~~ shown on return

THOMAS J. GONZALES

Identifying number

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

**Part I**   2000 Passive Activity Loss
**Caution:** See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | |
|---|---|---|---|
| **1a** | Activities with net income (enter the amount from Worksheet 1, column (a)) . . . . . . | **1a** | |
| **b** | Activities with net loss (enter the amount from Worksheet 1, column (b)) . . . . . . . . . | **1b** ( | ) |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) . . . . | **1c** ( | ) |
| **d** | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **2a** | Activities with net income (enter the amount from Worksheet 2, column (a)) . . . . . . | **2a** | 9,186 |
| **b** | Activities with net loss (enter the amount from Worksheet 2, column (b)) . . . . . . . . . | **2b** ( 1,417,961 | ) |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) . . . . | **2c** ( | ) |
| **d** | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2d** | -1,408,775 |

**3**   Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used.
If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 . . . . . . . | **3** | -1,408,775

**Part II**   Special Allowance for Rental Real Estate With Active Participation
**Note:** Enter all numbers in Part II as positive amounts. See page 8 for examples.

**Note:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.

| | | | |
|---|---|---|---|
| **4** | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Enter $150,000. If married filing separately, see page 8 . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Enter modified adjusted gross income, but not less than zero (see page 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7. | | |
| **7** | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 . . . . . . . . . . . | **8** | |
| **9** | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |


As Amended

**Part III**   Total Losses Allowed

| | | | |
|---|---|---|---|
| **10** | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 9,186 |
| **11** | **Total losses allowed from all passive activities for 2000.** Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 9,186 |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2000)

KFA                                            IF0US37  10/23/00

2000

# FEDERAL STATEMENTS

**THOMAS J. GONZALES**

PAGE 1

545–13–6755

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |
| GRAND TOTAL | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |

**STATEMENT 2**
**FORM 1040, LINE 21**
**OTHER INCOME**

GROSS INCOME ADJ - TGIC ....................................$    -100,000
SCH E ADJ ................................................        721
NET OPERATING LOSS CARRY *BACK* ...............................   -8,468,648
                                       TOTAL $  -8,567,927

**STATEMENT 3**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

AMORTIZATION   ............................................ $      141
                                       TOTAL $      141

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

VARIOUS ................................................. $    1,000
CHARITABLE CONTRIBUTIONS FROM K-1 ........................     10,000
                                       TOTAL $     11,000



2000

# FEDERAL STATEMENTS

PAGE 2

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

THOMAS J. GONZALES

STATEMENT 5
SCHEDULE E, PAGE 2
PART II – INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ALL INVEST. AT RISK | SOME INVEST. AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BIRCH VENTURES LLC | P | | 94-3357929 | | | | | | | | |
| BLACKSTONE REALTY INVESTORS, LLC | P | | 88-0436192 | X | | | | | | | |
| SIERRA STAR LEASING, LLC | P | | 68-0408214 | | | | $ 708 | | | | |
| BLACKSTONE TECHNOLOGY PARTNERS LLC | P | | 88-0427704 | | | | | | | | |
| MILLENIUM 12, LLC | P | | 88-0486354 | | | | | | | | |
| MILLENIUM 7, LLC | P | | 88-0486351 | | | | | | | | |
| SHANNARI HELIO, LLC | P | | 88-0486356 | | | | | | | | |
| SHANNARI MOTOR YACHT LTD | P | | 98-0340046 | | | | | | | | |
| NEW WORLD, LLC | P | | 88-0469787 | X | | | 811 | | | | |
| MACH ONE AVIATION, LLC | P | | 91-2079523 | X | | | | | $ 919,016 | | |
| THOMAS J. GONZALES INVESTMENT CORP | S | | 22-3771171 | | | | | $ 721 | | | |
| SEC 988 GAINS | S | | 22-3771171 | | | | | 8,315 | | | |
| CLIFFSIDE ENTERTAINMENT, INC. | S | | 94-3371704 | X | | | 7,517 | | | | |
| TOTAL | | | | | | | $ 9,036 | $ 9,036 | $ 919,016 | $ 0 | 0 |

As Amended

**12/31/0**

# 2000 FEDERAL DEPRECIATION SCHEDULE

**PAGE 1**

**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**

### THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHEDULE A (POINTS) | | | | | | | | | | | | | | | | |
| | AMORTIZATION | | | | | | | | | | | | | | | |
| 1 | POINTS | 11/16/98 | | 4,220 | | | | 0 | 0 | 0 | 4,220 | 153 | S/L | 30 | | 141 |
| | TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 153 | | | | 141 |
| | TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | GRAND TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 153 | | | | 141 |
| | GRAND TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

As Amended

PAGE 1

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

# 2000 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

THOMAS J. GONZALES

12/31/C

| NO. DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | DWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PERS PROP PREF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| GRAND TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |

As Amended

DECEASED (THOMAS J. GONZALES) 12/04/01

**FORM**
**1040X**

(Rev. November 2000)

Department of the Treasury - Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ **2000** , or fiscal year ended ▶

PLEASE PRINT OR TYPE

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| THOMAS J. | GONZALES | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number |
| 134 LAKES BLVD | | 925 941-6014 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| DAYTON, NV 89403 | | |

A  If the name or address shown above is different from that shown on the original return, check here ........................................ ▶ ☒

B  Has the original return been changed or audited by the IRS or have you been notified that it will be? ........... ☐ Yes ☒ No

C  Filing status. Be sure to complete this line. **Note:** You cannot change from joint to separate returns after the due date.

On original return ▶  ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)

On this return ▶  ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see page 2.

**Use Part II on the Back to Explain any Changes**

| | Income and Deductions (see pages 2–6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) ................. | 1 | 131,550,410 | -130931487 | 618,923 |
| 2 | Itemized deductions or standard deduction (see page 3) ...... | 2 | 9,097 | 452,182 | 461,279 |
| 3 | Subtract line 2 from line 1 ........................ | 3 | 131,541,313 | -131383669 | 157,644 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back ...... | 4 | | | |
| 5 | Taxable income. Subtract line 4 from line 3 ............. | 5 | 131,541,313 | -131383669 | 157,644 |
| 6 | Tax (see page 4). Method used in col. C  TAX RATE SCH. | 6 | 26,406,046 | -26,231,835 | 174,211 |
| 7 | Credits (see page 4) ............................ | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 26,406,046 | -26,231,835 | 174,211 |
| 9 | Other taxes (see page 4) ......................... | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 ...................... | 10 | 26,406,046 | -26,231,835 | 174,211 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 .................. | 11 | 57,307 | | 57,307 |
| 12 | Estimated tax payments, including amt applied from prior year's return .. | 12 | | | |
| 13 | Earned income credit (EIC) ....................... | 13 | | | |
| 14 | Additional child tax credit from Form 8812 ............. | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 ................ | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 5) | 16 | | | 846,000 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed ................................ | 17 | | | 31,478,202 |
| 18 | Total payments. Add lines 11 through 17 in column C ....... | 18 | | | 32,381,509 |

**Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS ................. | 19 | | 729,096 |
| 20 | Subtract line 19 from line 18 (see page 5) ..................... | 20 | | 31,652,413 |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | |
| 22 | If line 10, column C, is less than line 20, enter the difference  AS ORIGINALLY FILED | 22 | | 31,478,202 |
| 23 | Amount of line 22 you want **refunded** to you ................ | 23 | | 31,478,202 |
| 24 | Amount of line 22 you want applied to your          estimated tax | 24 | | |

**Sign Here**
Joint return?
See page 2.
Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |
|---|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature | STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | COMYNS, SMITH, MCCLEARY & DEAV  3470 MT. DIABLO BLVD. #A110  LAFAYETTE, CA 94549 | | EIN  68-0307221  Phone no.  (925) 299-1040 | |

KFA

Form **1040X** (Rev. 11-2000)

IF0US48  12/22/00

Form **1040X** (Rev. 11-2000)   THOMAS  J.  GONZALES                                    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 Page **2**

| Part I | Exemptions. See Form 1040 or 1040A instructions. | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| | If you are **not changing** your exemptions, do not complete this part. | | | | |
| | If claiming **more exemptions,** complete lines 25-31. | | | | |
| | If claiming **fewer** exemptions, complete lines 25-30. | | | | |
| | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you  . . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | 27 | | | |
| 28 | Other dependents  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28  . . . . . . . . . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | | |

|  | Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|---|
| | 2000 | $2,800 | $96,700 |
| | 1999 | 2,750 | 94,975 |
| | 1998 | 2,700 | 93,400 |
| | 1997 | 2,650 | 90,900 |

| | | 30 | | | |

**31**  Dependents (children and other) not claimed on original (or adjusted) return:

**Note:** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First Name     Last Name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you  . . . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5)  . . . . . . . . ▶ ☐

Dependents on line 31 not entered above  . . . . ☐

| Part II | Explanation of Changes to Income, Deductions, and Credits |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

SEE ATTACHED STATEMENT INCORPORATED BY THIS REFERENCE AS THOUGH FULLY SET
FORTH HEREIN.

~~AS ORIGINALLY FILED~~

| Part III | Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 go to the fund but now want to, check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here  . . . . . . . . . . . . . . . . . . . . ▶ ☐

IF0US48A   11/17/00                                                              Form **1040X** (Rev. 11-2000)

DECEASED: THOMAS J. GONZALES 12/04/01

**FORM 1040** U.S. Individual Income Tax Return **2000**

Department of the Treasury - Internal Revenue Service

For the year Jan. 1 - Dec. 31, 2000, or other tax year beginning _____ , 2000, ending _____ , 20 ___

(99)    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label**

Your first name and initial: THOMAS J.    Last name: GONZALES

Your social security number: 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

If a joint return, spouse's first name and initial    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 19.    Apt. no.
134 LAKES BLVD

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
DAYTON, NV 89403

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign**
(See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ......... ►

|  | You | Spouse |
|---|---|---|
| | ☐ Yes ☒ No | ☐ Yes ☐ No |

**Filing Status**

Check only one box.

1. [X] Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ►
4. ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (year spouse died ► _____ ). (See page 19.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. .....................................................

b ☐ **Spouse** ...................................................................

No. of boxes checked on 6a and 6b: **1**

c **Dependents:**

| (1) First Name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 20) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 20.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

d Total number of exemptions claimed .................................................

Add numbers entered on lines above ► **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............................... | 7 | 207,545 |
| 8a | Taxable interest. Attach Schedule B if required ............................... | 8a | 720,233 |
| b | Tax-exempt interest. Do not include on line 8a. .......... | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required ............................ | 9 | 708,509 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) ... | 10 | 3,931 |
| 11 | Alimony received ............................................................. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ....................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ ...... | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 .................................. | 14 | |
| 15a | Total IRA distributions ...... | 15a | | b Taxable amount (see pg. 23) | 15b | |
| 16a | Total pensions and annuities | 16a | | b Taxable amount (see pg. 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ....... | 17 | -919,016 |
| 18 | Farm income or (loss). Attach Schedule F .................................. | 18 | |
| 19 | Unemployment compensation ................................................ | 19 | |
| 20a | Social security benefits ..... | 20a | | b Taxable amount (see pg. 25) | 20b | |
| 21 | Other income. SEE STATEMENT 2 ........................................... | 21 | -99,279 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 618,923 |

If you did not get a W-2, see page 21.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

AS ORIGINALLY FILED

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) ......................... | 23 | | |
| 24 | Student loan interest deduction (see page 27) ......... | 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853 ... | 25 | | |
| 26 | Moving expenses. Attach Form 3903 .................. | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE .... | 27 | | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans ....... | 29 | | |
| 30 | Penalty on early withdrawal of savings ................ | 30 | | |
| 31a | Alimony paid. b Recipient's SSN ► _____ | 31a | | |
| 32 | Add lines 23 through 31a ............................................ | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ....... ► | 33 | 618,923 |

Form 1040 (2000) THOMAS J. GONZALES     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 Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) .................................................. | 34 | 618,923 |
| | 35a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | |
| | Add the number of boxes checked above and enter the total here ............. ▶ 35a | | |
| **Standard Deduction for Most People** Single: $4,400 Head of household: $6,450 Married filing jointly or Qualifying widow(er): $7,350 Married filing separately $3,675. | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ............................... ▶ 35b ☐ | | |
| | 36 Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent ............. | 36 | 461,279 |
| | 37 Subtract line 36 from line 34 .................................................... | 37 | 157,644 |
| | 38 If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter ....... | 38 | 0 |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- .... | 39 | 157,644 |
| | 40 **Tax** (see page 32). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972...... | 40 | 44,803 |
| | 41 Alternative minimum tax. Attach Form 6251 ........................................ | 41 | 129,408 |
| | 42 Add lines 40 and 41 ....................................................... ▶ | 42 | 174,211 |
| | 43 Foreign tax credit. Attach Form 1116 if required ............ | 43 | |
| | 44 Credit for child and dependent care expenses. Att. Form 2441 | 44 | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R ... | 45 | |
| | 46 Education credits. Attach Form 8863 .................. | 46 | |
| | 47 Child tax credit (see page 36) ....................... | 47 | |
| | 48 Adoption credit. Attach Form 8839 ................... | 48 | |
| | 49 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 49 | |
| | 50 Add lines 43 through 49. These are your **total credits.** ............................. | 50 | |
| | 51 Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- .............. ▶ | 51 | 174,211 |
| **Other Taxes** | 52 Self-employment tax. Att. Sch. SE .................................................. | 52 | |
| | 53 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ... | 53 | |
| | 54 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ......... | 54 | |
| | 55 Advance earned income credit payments from Form(s) W-2 ........................... | 55 | |
| | 56 Household employment taxes. Attach Schedule H ................................... | 56 | |
| | 57 Add lines 51 through 56. This is your **total tax** ............................... ▶ | 57 | 174,211 |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 58 Federal income tax withheld from Forms W-2 and 1099 | 58 | 57,307 | |
| | 59 2000 estimated tax payments and amount applied from 1999 return | 59 | |
| | 60a Earned income credit (EIC). ....................... | 60a | |
| | b Nontaxable earned income: amt. ▶ [ ] and type ▶ [ NO ] | | |
| | 61 Excess social security and RRTA tax withheld (see page 50) ........ | 61 | |
| | 62 **Additional child tax credit. Attach Form 8812** ............ | 62 | |
| | 63 Amount paid with request for extension to file (see page 50) | 63 | 846,000 | |
| | 64 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 64 | |
| | 65 Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** .................. ▶ | 65 | 903,307 |
| **Refund** Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 66 If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 | 729,096 |
| | 67a Amount of line 66 you want **refunded to you.** ............................ ▶ | 67a | 728,588 |
| | b Routing number [ ] ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number [ ] | | AS ORIGINALLY FILED |
| | 68 Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 | |
| **Amount You Owe** | 69 If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** For details on how to pay, see page 51 .............................. ▶ | 69 | |
| | 70 Estimated tax penalty. Also include on line 69 ........ | 70 | 508 | |

**Sign Here**
Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation CHIEF TECHNOLOGY O | Daytime phone number 925 941-6014 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below? (see page 52)? ☒ Yes ☐ No |

**Paid Preparer's Use Only**

| Preparer's signature ▶ STEVEN P. SMITH | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | COMYNS, SMITH, MCCLEARY & DEAV 3470 MT. DIABLO BLVD. #A110 LAFAYETTE, CA 94549 | | EIN 68-0307221 Phone no. (925) 299-1040 |

IF0US1A  11/22/00      Form **1040** (2000)

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** ▶ See separate instructions. ▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | OMB No. 1545-0140 **2000** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Attachment Sequence No. **06**

THOMAS J. GONZALES

Identifying number 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

Name(s) shown on tax return

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 **only** if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you **still** may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 35, on the penalty line of your return, but **do not** attach Form 2210.

### Part I   Reasons for Filing — If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you **must** check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1   Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver.** In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 1 of the instructions.

b ☐ You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See page 5 of the instructions.

c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23 on page 3.

d ☐ Your required annual payment (line 14 below) is based on your 1999 tax and you filed or are filing a joint return for either 1999 or 2000 but not for both years.

### Part II   Required Annual Payment

| | | | | |
|---|---|---|---|---|
| 2 | Enter your 2000 tax after credits (see page 2 of the instructions) | | **2** | 174,211 |
| 3 | Other taxes (see page 2 of the instructions) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | 174,211 |
| 5 | Earned income credit | **5** | | |
| 6 | Additional child tax credit | **6** | | |
| 7 | Credit for Federal tax paid on fuels | **7** | | |
| 8 | Add lines 5, 6, and 7 | | **8** | 0 |
| 9 | Current year tax. Subtract line 8 from line 4 | | **9** | 174,211 |
| 10 | Multiply line 9 by 90% (.90) | **10** | 156,790 | |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 3 of the instructions) | | **11** | 57,307 |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; **do not** complete or file this form. You do not owe the penalty | | **12** | 116,904 |
| 13 | Enter the tax shown on your 1999 tax return (108.6% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 2000, more than $75,000). **Caution:** See page 3 of the instructions | | **13** | 65,807 |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | | **14** | 65,807 |

**Note:** If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above.

### Part III   Short Method   (Caution: See page 3 of the instructions to find out if you can use the short method. If you checked box **1b** or **1c** in Part I, skip this part and go to Part IV.)

| | | | | |
|---|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 | **15** | 57,307 | |
| 16 | Enter the total amount, if any, of estimated tax payments you made | **16** | | |
| 17 | Add lines 15 and 16 | | **17** | 57,307 |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above. | | **18** | 8,500 |
| 19 | Multiply line 18 by .05976 | | **19** | 508 |

20 ● If the amount on line 18 was paid **on or after** 4/15/01, enter -0-.           **AS ORIGINALLY FILED**

● If the amount on line 18 was paid **before** 4/15/01, make the following computation to find the amount to enter on line 20.

| Amount on line 18 | x | Number of days paid before 4/15/01 | x | .00025 | **20** | |
|---|---|---|---|---|---|---|

21   **Penalty.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 70; Form 1040A, line 45; Form 1040NR, line 69; Form 1040NR-EZ, line 27; or Form 1041, line 26 ▶ | **21** | 508 |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.                                   Form **2210** (2000)



KFA                                   IF0US15  12/18/00

**SCHEDULES A&B**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

# Schedule A – Itemized Deductions

OMB No. 1545-0074

**2000**

Attachment
Sequence No.    **07**

Name(s) shown on Form 1040

▶ Attach to Form 1040.        ▶ See Instructions for Schedules A and B (Form 1040).

Name(s) shown on Form 1040

THOMAS J. GONZALES

Your social security number
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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-2) . . . . . . . . . . . . . . . | 1 | | |
| | 2 | Enter amount from Form 1040, line 34 . . . . | 2 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . . . . . | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . | 4 | 0 |
| **Taxes You Paid**<br><br>(See page A-2.) | 5 | State and local income taxes . . . . . . . . . . . . . . . . . . . . . | 5 | 15,845 | |
| | 6 | Real estate taxes (see page A-2) . . . . . . . . . . . . . . . . . . . | 6 | 15,000 | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . | 7 | 3,500 | |
| | 8 | Other taxes. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | 34,345 |
| **Interest You Paid**<br><br>(See page A-3.)<br><br>Note.<br>Personal interest is not deductible. | 10 | Home mortgage interest and points reported on Form 1098 . . . . . . . . . | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See pg. A-3 . . . . STMT. 3 . . | 12 | 141 | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-3.) | 13 | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . | 14 | | 141 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4 . . ST. 4 . | 15 | 11,000 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . . | 16 | | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . | 17 | | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . . . . . . . . . . . | 18 | | 11,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br>(See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ FORM 2106 (TAXPAYER) _ _ _ _ _ _ 442,870 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | 442,870 | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . . . . . | 23 | 442,870 | |
| | 24 | Enter amount from Form 1040, line 34 . . | 24 | 618,923 | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . . . . . . . . . | 25 | 12,378 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . | 26 | | 430,492 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 27 | | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)?<br>☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36.<br>☒ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | REDUCTION -14,699 } . . . . . . . . . . ▶ | 28 | 461,279 |

*AS ORIGINALLY FILED*

‹FA  **For Paperwork Reduction Act Notice, see Form 1040 instructions.**        IFOUS2  11/03/00        **Schedule A (Form 1040) 2000**

Schedules A&B (Form 1040) 2000

| | | |
|---|---|---|
| Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side. | OMB No. 1545-0074 | Page **2** |
| THOMAS J. GONZALES | Your social security number 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 | |

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

**Note.** If you had over $400 in taxable interest, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | MT DIABLO NAT'L BANK | | 295 |
| | WELLS FARGO | | 12 |
| | ML | | 593,544 |
| | ML | | 7,159 |
| | BLACKSTONE REALTY INVESTORS, LLC | | 30 |
| | SHAMWARI MOTOR YACHT LTD | 1 | 3,571 |
| | NEW WORLD, LLC | | 9,033 |
| | THOMAS J. GONZALES INVESTMENT CORP | | 106,589 |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | |
|---|---|---|---|
| 2 | Add the amounts on line 1 | 2 | 720,233 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 720,233 |

**Part II Ordinary Dividends**

(See page B-1 and the instructions for Form 1040, line 9.)

**Note.** If you had over $400 in ordinary dividends, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | | |
| | MERRILL LYNCH | | 698,607 |
| | MERRILL LYNCH | | 991 |
| | EP ESTATES | | 227 |
| | BLACKSTONE REALTY INVESTORS, LLC | | 161 |
| | SHAMWARI HELIO, LLC | 5 | 409 |
| | MACH ONE AVIATION, LLC | | 2,000 |
| | CLIFFSIDE ENTERTAINMENT, INC. | | 6,112 |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and the ordinary dividends shown on that form.

AS ORIGINALLY FILED

| | | | |
|---|---|---|---|
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 708,509 |

**Part III Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2000, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 8 | During 2000, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA  **For Paperwork Reduction Act Notice, see Form 1040 instructions.**  Schedule B (Form 1040) 2000

IF0US3  10/24/00

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D–1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**2000**

Attachment
Sequence No. **12**

Name(s) shown on Form 1040
THOMAS J. GONZALES

Your social security number
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

**Part I** | **Short–Term Capital Gains and Losses – Assets Held One Year or Less**

| 1 (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | |
|---|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 231,808,133 | 233,401,142 | -1,593,009 | |
| BLACKVEST | VARIOUS | VARIOUS | 230,798,000 | 372,800,000 | -142,002,000 | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . | **2** | | | | |
| 3 Total short–term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . . . . . . . . . . . . | **3** | 462,606,133 | | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . | | | **4** | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **5** | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1999 Capital Loss Carryover Worksheet | | | **6** | ( | ) |
| 7 Net short–term capital gain or (loss). Combine column (f) of lines 1 through 6 . . . . . . . . . . . . . . . ▶ | | | **7** | -143595009 | |

**Part II** | **Long–Term Capital Gains and Losses – Assets Held More Than One Year**

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| SEE ATTACHED STATEMENT | VARIOUS | VARIOUS | 137,601,269 | 5,079,773 | 132,521,496 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

AS ORIGINALLY FILED

| | | | | | |
|---|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . | **9** | | | | |
| 10 Total long–term sales price amounts. Add column (d) of lines 8 and 9 . . . . . . . . . . . . . . . | **10** | 137,601,269 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . | | | **11** | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . | | | **12** | | |
| 13 Capital gain distributions. See page D-1 . . . . . . . . . . . . . . . . . . . . . . | | | **13** | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1999 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . | | | **14** | ( | )( ) |
| 15 Combine column (g) of lines 8 through 14 . . . . . . . . . . . . . . . . . . . . | | | **15** | | |
| 16 Net long–term capital gain or (loss). Combine column (f) of lines 8 through 14 . . . . . . . . . . . . . . . . ▶ | | | **16** | 132,521,496 | |

**: Go to Part III on the back.**

* 28% rate gain or loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**    Schedule D (Form 1040) 2000

KFA

IFOUS5 12/07/00

Schedule D (Form 1040) 2000   THOMAS J. GONZALES                         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 Page **2**

**Part III**  **Summary of Parts I and II**

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | **17** | -11,073,513 |

**Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains **and**
- Form 1040, line 39, is more than zero.

Otherwise, **stop here.**

18  If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17 **or**
- ($3,000) or, if married filing separately, ($1,500) .................................................. | **18** |( 3,000 )

**Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:
- The loss on line 17 exceeds the loss on line 18 **or**
- Form 1040, line 37, is a loss.

**Part IV**  **Tax Computation Using Maximum Capital Gains Rates**

| | | | |
|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 ................................. | | **19** |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D ................ | **20** | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e ........ | **21** | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- ..................... | **22** | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- ......................... | **23** | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero ............ | **24** | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 | **25** | |
| 26 | Add lines 24 and 25 ............................................ | **26** | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- ........................... | | **27** |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- ........................... | | **28** |
| 29 | Enter the **smaller** of: | | |
| | • The amount on line 19 **or** | | |
| | • $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); } | | **29** |
| | $21,925 if married filing separately; or $35,150 if head of household | | |
| 30 | Enter the **smaller** of line 28 or line 29 ............................ | **30** | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- .................. | **31** | |
| 32 | Enter the **larger** of line 30 or line 31 ...................... ▶ | **32** | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ................... | | **33** |
| | **Note:** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | |
| 34 | Enter the amount from line 29 ................................ | **34** | |
| 35 | Enter the amount from line 30 ................................ | **35** | |
| 36 | Subtract line 35 from line 34 ............................. ▶ | **36** | |
| 37 | Multiply line 36 by 10% (.10) ................................. | | **37** |
| | **Note:** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | |
| 38 | Enter the **smaller** of line 19 or line 27 ......................... | **38** | |
| 39 | Enter the amount from line 36 ................................ | **39** | |
| 40 | Subtract line 39 from line 38. ........................... ▶ | **40** | |
| 41 | Multiply line 40 by 20% (.20) ................................. | | **41** |
| | **Note:** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | |
| 42 | Enter the **smaller** of line 22 or line 25 ......................... | **42** | |
| 43 | Add lines 22 and 32 .............................. **43** | | |
| 44 | Enter the amount from line 19 ................... **44** | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- ............... | **45** | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- .......... ▶ | **46** | |
| 47 | Multiply line 46 by 25% (.25) ................................. | | **47** |
| | **Note:** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | |
| 48 | Enter the amount from line 19 ................................ | **48** | |
| 49 | Add lines 32, 36, 40, and 46 ................................. | **49** | |
| 50 | Subtract line 49 from line 48 ................................ | **50** | |
| 51 | Multiply line 50 by 28% (.28) ................................. | | **51** |
| 52 | Add lines 33, 37, 41, 47, and 51 ............................. | | **52** |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | **53** |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ...... | | **54** |

AS ORIGINALLY FILED

IFOUS5A 10/24/00

Schedule D (Form 1040) 2000

Schedule E (Form 1040) 2000

Name(s) shown on return. Do not enter name and social security number if shown on other side.

Attachment Sequence No. **13**    Page **2**

THOMAS J. GONZALES

Your social security number
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

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

## Part II    Income or Loss From Partnerships and S Corporations
If you report a loss from an at-risk activity, **you must** check either column **(e)** or **(f)** on line 27 to describe your investment in the activity. See page E-5. If you check column **(f)**, you must attach Form 6198.

| | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 9,036 | | | |
| b Totals | 9,036 | | 919,016 | | |

| | | | | |
|---|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | 9,036 | |
| 30 | Add columns (g), (i), and (j) of line 28b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** ( | 928,052 | ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | **31** | -919,016 | |

## Part III    Income or Loss From Estates and Trusts

| | (a) Name | (b) Employer ID number |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

AS ORIGINALLY FILED

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | |
| 35 | Add columns (c) and (e) of line 33b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** ( | ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . | **36** | |

## Part IV    Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . | **38** | |

## Part V    Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below . . . . . . . . . . . . | **39** | |
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 . . . . . . . . . . . . . . . . ▶ | **40** | -919,016 |

| | | | |
|---|---|---|---|
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | **41** | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were real estate professional (see pg. E-4), enter net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under passive activity loss rules. | **42** | |

IF0US7A  10/19/00

Schedule E (Form 1040) 2000

| Form **6198** | | **At–Risk Limitations** | | OMB No. 1545-0712 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Attach to your tax return.
▶ See separate instructions.

**2000**

Attachment
Sequence No. **31**

Name(s) shown on return

THOMAS J. GONZALES

Identifying number

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

Description of activity (See page 2 of the instructions)

THOMAS J. GONZALES INVESTMENT CORP

| **Part I** | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.** (See instructions.) Enter losses in parentheses. | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity. See page 2 of the instructions .................... | **1** | 721 |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially report on: | | |
| a | Schedule D ................................................................................ | **2a** | |
| b | Form 4797 ................................................................................ | **2b** | |
| c | Other form or schedule ................................................................... | **2c** | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c ................................ | **3** | 114,904 |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 3 ......................................... | **4** | ( ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form ........................................................ | **5** | 115,625 |

| **Part II** | **Simplified Computation of Amount At Risk** (See page 3 of the instructions to find out if you may use this part.) | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero ........................................ | **6** | 0 |
| 7 | Increases for the tax year. See page 4 of the instructions ................................ | **7** | |
| 8 | Add lines 6 and 7 ......................................................................... | **8** | 0 |
| 9 | Decreases for the tax year. See page 4 of the instructions ................................ | **9** | |
| 10 a | Subtract line 9 from line 8 ................................................ ▶ | **10a** | 0 | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules ................... | **10b** | 0 |
| | **Note:** You may want to complete Part III to see if it gives you a larger amount at risk. | | |

| **Part III** | **Detailed Computation of Amount At Risk** | | |
|---|---|---|---|
| | (If you completed Part III of Form 6198 for 1999, see page 4 of the instructions.) | | |
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero ......... | **11** | |
| 12 | Increases at effective date ............................................................... | **12** | |
| 13 | Add lines 11 and 12 ..................................................................... | **13** | |
| 14 | Decreases at effective date............................................................... | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | **15** | |
| b | ☐ From 1999 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1999 form.) | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date    b ☐ The end of your 1999 tax year ........................ | | |
| 17 | Add lines 15 and 16 ...................................................................... | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date    b ☐ The end of your 1999 tax year ........................ | **18** | |
| 19a | Subtract line 18 from line 17 ............................................... ▶ | **19a** | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see **Pub. 925** for information on the recapture rules ................... | **19b** | |

AS ORIGINALLY FILED

| **Part IV** | **Deductible Loss** | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b............................ | **20** | 0 |
| 21 | **Deductible loss.** If line 20 is zero, enter -0-; you do not have a deductible loss this year. Otherwise, enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 8 of the instructions to find out how to report any deductible loss and any carryover ...... | **21** | 0 | ( ) |

**Note:** If the loss is from a passive activity, see **Form 8582**, Passive Activity Loss Limitations, or **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

Form **6198** (2000)

IF0US32  11/27/00

Form **6251**

Department of the Treasury
Internal Revenue Service

**Alternative Minimum Tax – Individuals**

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

**2000**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040
THOMAS J. GONZALES

Your social security number
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

**Part I    Adjustments and Preferences**

| | | |
|---|---|---|
| 1 If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | |
| 2 Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 34 | 2 | |
| 3 Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 34,345 |
| 4 Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | 430,492 |
| 6 Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( 3,931 ) |
| 7 Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 30,831 |
| 9 Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |

14 Other. Enter the amount, if any, for each item below and enter the total on line 14.

| | | |
|---|---|---|
| **a** Circulation expenditures | **h** Loss limitations | |
| **b** Depletion | **i** Mining costs | |
| **c** Depreciation (pre-1987) | **j** Patron's adjustment | |
| **d** Installment sales | **k** Pollution control facilities | |
| **e** Intangible drilling costs | **l** Research & experimental | |
| **f** Large partnerships | **m** Section 1202 exclusion | |
| **g** Long-term contracts | **n** Tax shelter farm activities | |
| | **o** Related adjustments | |

| | | |
|---|---|---|
| | 14 | |
| 15 **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 491,737 |

**Part II    Alternative Minimum Taxable Income**

| | | |
|---|---|---|
| 16 Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) ▶ | 16 | 157,644 |
| 17 Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 If Form 1040, line 34, is over $128,950 (over $64,475 if married filing separately), enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( 14,699 ) |
| 19 Combine lines 15 through 18 ▶ | 19 | 634,682 |
| 20 Alternative tax net operating loss deduction. See page 6 of the instructions | 20 | |
| 21 **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 7 of the instructions.) ▶ | 21 | 634,682 |

**Part III    Exemption Amount and Alternative Minimum Tax**

22 Exemption Amount. (If this form is for a child under age 14, see page 7 of the instructions.)

<!-- AS ORIGINALLY FILED -->

| IF your filing status is: | AND line 21 is not over . . . | THEN enter on line 22 . . . | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $33,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 | } | 22 |
| Married filing separately | 75,000 | 22,500 | | |

If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| | | |
|---|---|---|
| 23 Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here ▶ | 23 | 634,682 |
| 24 If you reported capital gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 174,211 |
| 25 Alternative minimum tax foreign tax credit. See page 7 of the instructions | 25 | |
| 26 Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 174,211 |
| 27 Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 44,803 |
| 28 **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 ▶ | 28 | 129,408 |

For Paperwork Reduction Act Notice, see page 8 of the instructions.

Form **6251** (2000)

KFA

IF0US33  10/23/00

# Employee Business Expenses

**Form 2106**

Department of the Treasury
Internal Revenue Service   (99)

▶ See separate Instructions.
▶ Attach to Form 1040.

OMB No. 1545-0139

**2000**

Attachment
Sequence No. **54**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| THOMAS J. GONZALES | CHIEF TECHNOLOGY OF | 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 |

**Part I**   Employee Business Expenses and Reimbursements

## Step 1   Enter Your Expenses

| | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|
| 1 Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions) ......... | 1 | | |
| 2 Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work ................... | 2 | | |
| 3 Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment ................. | 3 | | |
| 4 Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment ...................................... | 4 | 541,588 | |
| 5 Meals and entertainment expenses (see instructions) ......................... | 5 | | |
| 6 **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 ........................ | 6 | 541,588 | |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2   Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | |
|---|---|---|---|
| 7  reimbursements received from your employer that were **not** reported to you in [box] 1 of Form W-2. Include any reimbursements reported under code "L" in box 13 of your Form W-2 (see instructions) ................................ | 7 | 98,718 | |

## Step 3   Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | |
|---|---|---|---|
| 8 Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 .......... | 8 | 442,870 | 0 |
| **Note:** If **both columns** of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | AS ORIGINALLY FILED |
| 9 In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 60% (.60) instead of 50%. For details, see instructions.) .................................... | 9 | 442,870 | |
| 10 Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 20.** (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) .............................. ▶ | 10 | 442,870 | |

For Paperwork Reduction Act Notice, see instructions.

Form **2106** (2000)

IFOUS13  10/20/00

KFA

Form **8582**

## Passive Activity Loss Limitations

OMB No. 1545-1008

**2000**

Attachment
Sequence No. **88**

Department of the Treasury
Internal Revenue Service

▶ **See separate instructions.**
▶ **Attach to Form 1040 or Form 1041.**

Name(s) shown on return

THOMAS J. GONZALES

Identifying number

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

### Part I    2000 Passive Activity Loss

**Caution:** See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | |
|---|---|---|---|
| **1a** | Activities with net income (enter the amount from Worksheet 1, column (a)) . . . . . . | **1a** | |
| **b** | Activities with net loss (enter the amount from Worksheet 1, column (b)) . . . . . . . . . | **1b** ( | ) |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) . . . . . | **1c** ( | ) |
| **d** | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **2a** | Activities with net income (enter the amount from Worksheet 2, column (a)) . . . . . . | **2a** | 9,036 |
| **b** | Activities with net loss (enter the amount from Worksheet 2, column (b)) . . . . . . . . | **2b** ( | 1,433,348 ) |
| **c** | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) . . . . | **2c** ( | ) |
| **d** | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2d** | -1,424,312 |

| **3** | Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used. If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 . . . | **3** | -1,424,312 |

### Part II    Special Allowance for Rental Real Estate With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See page 8 for examples.

| | | | |
|---|---|---|---|
| | **Note:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10. | | |
| **4** | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Enter $150,000. If married filing separately, see page 8 . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Enter modified adjusted gross income, but not less than zero (see page 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7. | | |
| **7** | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 . . . . . . . . . . . . | **8** | |
| **9** | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |



AS ORIGINALLY FILED

### Part III    Total Losses Allowed

| | | | |
|---|---|---|---|
| **10** | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 9,036 |
| **11** | **Total losses allowed** from all passive activities for 2000. Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 9,036 |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2000)

KFA

IF0US37  10/23/00

ALTERNATIVE MINIMUM TAX

# Passive Activity Loss Limitations

Form **8582**

Department of the Treasury
Internal Revenue Service

► **See separate Instructions.**
► **Attach to Form 1040 or Form 1041.**

OMB No. 1545-1008

**2000**

Attachment Sequence No. **88**

Name(s) shown on return
THOMAS J. GONZALES

Identifying number
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

**Part I** | **2000 Passive Activity Loss**

**Caution:** See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) ....... | 1a | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) .......... | 1b ( | ) |
| c | Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) ..... | 1c ( | ) |
| d | Combine lines 1a, 1b, and 1c ................................................ | | 1d |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Worksheet 2, column (a)) ....... | 2a | 9,186 |
| b | Activities with net loss (enter the amount from Worksheet 2, column (b)) .......... | 2b ( 1,417,961 | ) |
| c | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) ..... | 2c ( | ) |
| d | Combine lines 2a, 2b, and 2c ................................................ | | 2d -1,408,775 |

**3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used.
If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 .... **3** | -1,408,775

**Part II** | **Special Allowance for Rental Real Estate With Active Participation**

**Note:** Enter all numbers in Part II as positive amounts. See page 8 for examples.

**Note:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.

| | | | |
|---|---|---|---|
| 4 | Enter the smaller of the loss on line 1d or the loss on line 3 ..................... | 4 | |
| 5 | Enter $150,000. If married filing separately, see page 8 ...................... | 5 | |
| 6 | Enter modified adjusted gross income, but not less than zero (see page 8) ........................................................ | 6 | |

**Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.

| | | | |
|---|---|---|---|
| 7 | Subtract line 6 from line 5 ................................................ | 7 | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 .............. | 8 | |
| 9 | Enter the smaller of line 4 or line 8 ........................................ | 9 | |

*AS ORIGINALLY FILED*

**Part III** | **Total Losses Allowed**

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total .................................. | 10 | 9,186 |
| 11 | **Total losses allowed from all passive activities for 2000.** Add lines 9 and 10. See page 11 to find out how to report the losses on your tax return ................................... | 11 | 9,186 |

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2000)

KFA

IF0US37 10/23/00

| 2000 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|

**THOMAS J. GONZALES**

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

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| COMMERCE ONE INC | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |
| GRAND TOTAL | 207,545 | 57,307 | 4,724 | 3,110 | 15,613 | 232 |

**STATEMENT 2**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---|
| GROSS INCOME ADJ - TGIC | $ | -100,000 |
| SCH E ADJ | | 721 |
| TOTAL | $ | -99,279 |

**STATEMENT 3**
**SCHEDULE A, LINE 12**
**DEDUCTIBLE POINTS**

| | | |
|---|---|---|
| AMORTIZATION | $ | 141 |
| TOTAL | $ | 141 |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| | | |
|---|---|---|
| VARIOUS | $ | 1,000 |
| CHARITABLE CONTRIBUTIONS FROM K-1 | | 10,000 |
| TOTAL | $ | 11,000 |

AS ORIGINALLY FILED

**2000**

# FEDERAL STATEMENTS

**PAGE 2**

**THOMAS J. GONZALES**

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

STATEMENT 5
SCHEDULE E, PAGE 2
PART II – INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ALL INVEST. AT RISK | SOME INVEST. AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BIRCH VENTURES LLC | P | | 94-3357929 | | | | | | | | |
| BLACKSTONE REALTY INVESTORS, LLC | P | | 88-0436192 | X | | | | | | | |
| SIERRA STAR LEASING, LLC | P | | 68-0408214 | | | | $ 708 | | | | |
| BLACKSTONE TECHNOLOGY PARTNERS LLC | P | | 88-0427704 | | | | | | | | |
| MILLENIUM 12, LLC | P | | 88-0486354 | | | | | | | | |
| MILLENIUM 7, LLC | P | | 88-0486351 | | | | | | | | |
| SHAMMARI HELIO, LLC | P | | 88-0486356 | | | | | | | | |
| SHAMMARI MOTOR YACHT LTD | P | | 98-0340046 | | | | | | | | |
| NEW WORLD, LLC | P | | 88-0469787 | X | | | 811 | | | | |
| MACH ONE AVIATION, LLC | P | | 91-2079523 | X | | | | $ 721 | $ 919,016 | | |
| THOMAS J. GONZALES INVESTMENT CORP | S | | 22-3771171 | | | | | $ 8,315 | | | |
| SEC 988 GAINS | S | | 22-3771171 | | | | | | | | |
| CLIFFSIDE ENTERTAINMENT, INC. | S | | 94-3371704 | X | | | 7,517 | | | | |
| TOTAL | | | | | | | $ 9,036 | $ 9,036 | $ 919,016 | $ 0 | $ 0 |

AS ORIGINALLY FILED

| 2000 | FORM 8582 WORKSHEETS | PAGE 1 |
| --- | --- | --- |
| | THOMAS J. GONZALES | 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 |

## WORKSHEET 2 FOR LINES 2A, 2B, AND 2C

| NAME OF ACTIVITY | CURR. YR. NET INCOME LINE 2A | CURR. YR. NET LOSS LINE 2B | PRIOR YR. UNALLOWED LOSS 2C | OVERALL GAIN | OVERALL LOSS |
| --- | --- | --- | --- | --- | --- |
| BLACKSTONE REALTY INVESTO | | $ 112,319 | | | $ 112,319 |
| NEW WORLD, LLC | | 128,577 | | | 128,577 |
| THOMAS J. GONZALES INVEST | $ 9,036 | | | $ 9,036 | |
| CLIFFSIDE ENTERTAINMENT, | | 1,192,452 | | | 1,192,452 |
| | $ 9,036 | $ 1433348 | $ 0 | $ 9,036 | $ 1433348 |

## WORKSHEET 4 – ALLOCATION OF UNALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | RATIO | UNALLOWED LOSS |
| --- | --- | --- | --- | --- |
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,319 | 0.0784 | $ 111,611 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 0.0897 | 127,766 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,192,452 | 0.8319 | 1,184,935 |
| | | $ 1433348 | 1.0000 | $ 1424312 |

## WORKSHEET 5 – ALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
| --- | --- | --- | --- | --- |
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,319 | $ 111,611 | $ 708 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 127,766 | 811 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,192,452 | 1,184,935 | 7,517 |
| | | $ 1433348 | $ 1424312 | $ 9,036 |

AS ORIGINALLY FILED

| 2000 | FORM 8582 WORKSHEETS – ALTERNATIVE MINIMUM TAX | PAGE 1 |
|---|---|---|

**THOMAS J. GONZALES**

545–13–6755

## WORKSHEET 2 FOR LINES 2A, 2B, AND 2C

| NAME OF ACTIVITY | CURR. YR. NET INCOME LINE 2A | CURR. YR. NET LOSS LINE 2B | PRIOR YR. UNALLOWED LOSS 2C | OVERALL GAIN | OVERALL LOSS |
|---|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | | $ 112,097 | | | $ 112,097 |
| BLACKSTONE TECHNOLOGY PAR | $    13 | | | $    13 | |
| MILLENIUM 12, LLC | 137 | | | 137 | |
| NEW WORLD, LLC | | 128,577 | | | 128,577 |
| THOMAS J. GONZALES INVEST | 9,036 | | | 9,036 | |
| CLIFFSIDE ENTERTAINMENT, | | 1,177,287 | | | 1,177,287 |
| | $  9,186 | $ 1417961 | $     0 | $  9,186 | $ 1417961 |

## WORKSHEET 4 – ALLOCATION OF UNALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,097 | 0.0791 | $ 111,371 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 0.0907 | 127,744 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,177,287 | 0.8303 | 1,169,660 |
| | | $ 1417961 | 1.0001 | $ 1408775 |

## WORKSHEET 5 – ALLOWED LOSSES

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | $ 112,097 | $ 111,371 | $    726 |
| NEW WORLD, LLC | SCHEDULE E P2 | 128,577 | 127,744 | 833 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | 1,177,287 | 1,169,660 | 7,627 |
| | | $ 1417961 | $ 1408775 | $  9,186 |

## AMT WORKSHEET – PASSIVE ACTIVITY ADJUSTMENT TO FORM 6251, LINE 11

AS ORIGINALLY FILED

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | GAIN OR LOSS | AMT GAIN OR LOSS |
|---|---|---|---|
| BIRCH VENTURES LLC | SCHEDULE E P2 | $     0 | $     0 |
| BLACKSTONE REALTY INVESTO | SCHEDULE E P2 | -708 | -726 |
| SIERRA STAR LEASING, LLC | SCHEDULE E P2 | 0 | 0 |
| BLACKSTONE TECHNOLOGY PAR | SCHEDULE E P2 | 0 | 13 |
| MILLENIUM 12, LLC | SCHEDULE E P2 | 0 | 137 |

| 2000 | FORM 8582 WORKSHEETS – ALTERNATIVE MINIMUM TAX | PAGE 2 |
|---|---|---|
| | THOMAS J. GONZALES | 545–13–6755 |

(CONTINUED)
**AMT WORKSHEET – PASSIVE ACTIVITY ADJUSTMENT TO FORM 6251, LINE 11**

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | GAIN OR LOSS | AMT GAIN OR LOSS |
|---|---|---|---|
| MILLENIUM 7, LLC | SCHEDULE E P2 | $      0 | $      0 |
| SHAMWARI HELIO, LLC | SCHEDULE E P2 | 0 | 0 |
| SHAMWARI MOTOR YACHT LTD | SCHEDULE E P2 | 0 | 0 |
| NEW WORLD, LLC | SCHEDULE E P2 | -811 | -833 |
| THOMAS J. GONZALES INVEST | SCHEDULE E P2 | 9,036 | 9,036 |
| CLIFFSIDE ENTERTAINMENT, | SCHEDULE E P2 | -7,517 | -7,627 |
| | | $      0 | $      0 |
| | | | $      0 |

AS ORIGINALLY FILED

12/31/00

# 2000 FEDERAL DEPRECIATION SCHEDULE

## THOMAS J. GONZALES

PAGE 1

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

SCHEDULE A (POINTS)

AMORTIZATION

| NO. DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | PRIOR 179 BONUS | PRIOR DEC. BAL. DEPR. | BASIS REDUCTN | SALVAGE VALUE | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 POINTS | 11/16/98 | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 153 | S/L | 30 | | 141 |
| TOTAL AMORTIZATION | | | 4,220 | | 0 | 0 | 0 | 0 | 0 | 4,220 | 153 | | | | 141 |
| TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| GRAND TOTAL AMORTIZATION | | | 4,220 | | | | | 0 | 0 | 4,220 | 153 | | | | 141 |
| GRAND TOTAL DEPRECIATION | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

AS ORIGINALLY FILED

AGE 1

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

## 2000 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE

12/31/0C

THOMAS J. GONZALES

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWNR. PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PERS PROP PREF |
|-----|-------------|---------------|-----------|-----------|-----------------|------------|----------|----------|-----------|------------|------------|-------------------|-----------------|---------------------|
| | TOTAL | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 0 | 0 | | | | 0 | 0 | | 0 | 0 | 0 |

AS ORIGINALLY FILED

# Exhibit 2



**Internal Revenue Service**
1301 Clay Street, Suite 895S, Oakland, CA 94612

**Department of the Treasury**

Taxpayer Identification Number:
  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
Form:
  1040
Document Locator Number:

Date:    **JUN 1 1 2008**

Tax Period(s) Ended:
  Dec. 31, 2000
Amount Claimed:
  $31,478,202
Date Claim Received:
  08/10/2007
Person to Contact:
  Paul Doerr

Thomas J. Gonzales (dec'd)
Thomas J. Gonzales II, Administrator
134 Lakes Blvd
Dayton, NV 89403-8804

Telephone Number:
  (916) 974-5568
Employee Identification Number
  68-11438
Refer Reply to:



Dear Thomas J. Gonzales II, Administrator:

We have allowed part of your claim for an adjustment to your tax for the period shown above. We are sorry, but we cannot allow the entire claim for the reason stated below. This letter is your legal notice that we have partially disallowed your claim.

If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of *Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

We have enclosed Publication 1, *Your Rights as a Taxpayer*, Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree*, and Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund*, for your information.

Letter 905 (DO) (Rev. 4-1999)
Catalog Number 1,011N

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

*Susan G. Braunz*

Susan G. Braunz
Technical Services Territory Manager

Enclosures:
Publication 1
Publication 5
Publication 556

Reasons for partial disallowance:

☒ Explained in report of examination previously furnished you.

☐

Corrected Report

Form **4549-A**
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service
# Income Tax Discrepancy Adjustments

Page \_\_\_\_1\_\_\_ of \_\_2\_\_

| Name and Address of Taxpayer | Taxpayer identification Number | Return Form No.: |
|---|---|---|
| Thomas J Gonzales<br>134 Lakes Blvd<br>Dayton NV 89403 | 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 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title:<br>Martin A Schainbaum |

| 1. Adjustments to Income | Period End<br>12/31/2000 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 131,541,313.00 | | |
| 4. Corrected Taxable Income | 131,541,313.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | Single | | |
| 5. Tax | 26,406,046.00 | | |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 26,406,046.00 | | |
| 8. Less         a.<br>Credits     b.<br>              c.<br>              d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 26,406,046.00 | | |
| 10. Plus      a.<br>Other       b.<br>Taxes       c.<br>              d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 26,406,046.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 26,406,046.00 | | |
| 13. Adjustments to:   a.<br>                       b.<br>                       c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a thru 13d) | 0.00 | | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 0.00 | | |

Catalog Number 23110T

www.irs.gov

Form **4549-A** (Rev. 3-2005)

Corrected Report

Form **4549-A**
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

Page ___2___ of ___2___

| Name of Taxpayer<br>Thomas J Gonzales | Taxpayer Identification Number<br>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 | Return Form No.:<br>1040 |
|---|---|---|

| 17.  Penalties/ Code Sections | Period End<br>12/31/2000 | Period End | Period End |
|---|---|---|---|
| a.  Accuracy-IRC 6662 | | | |
| b. | (5,246,367.00) | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18.  Total Penalties** | (5,246,367.00) | | |
| Underreporter attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to Tax Motivated Transactions *(TMT).*<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | 0.00 | | |

**19.  Summary of Taxes, Penalties and Interest:**

| | | | |
|---|---|---|---|
| a.  Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 0.00 | | |
| b.  Penalties *(Line 18)* - computed to  05/27/2008 | (5,246,367.00) | | |
| c.  Interest *(IRC § 6601)* - computed to  06/26/2008 | 0.00 | | |
| d.  TMT Interest - computed to     06/26/2008     *(on TMT underpayment)* | 0.00 | | |
| e.  Amount due or refund - *(sum of Lines a, b, c and d)* | (5,246,367.00) | | |

**Other Information:**

On 08/10/2007 you filed claim for 843, 1040X, 1120X or an informal claim  for a
refund of $31,478,202 for tax year 2000.

"As the result of our examination, we allowed your claim in part, as shown in this
report"

This Report Supersedes the Report Issued  4/29/2008

| Examiner's Signature:<br>Name<br><br>QMS Reviewer | Employee ID:<br><br>94-06474 | Office:<br><br>CALIFORNIA | Date:<br><br>05/27/2008 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is
exchanged with the states.  If this change affects the amount of your state income tax, you should amend your state return by filing the necessary
forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the
required tax.  The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid
after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T                    www.irs.gov                    Form **4549-A** (Rev. 3-2005)



| Name of Taxpayer: | Thomas J Gonzales | | 05/27/2008 |
| Identification Number: | 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 | Total | 9.20.00 |

### 2000 - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---:|
| 1. Total Adjustments and Preferences | 34,345.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 131,541,313.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($36,389.00) |
| 5. Combine lines 1 through 4 | 131,539,269.00 |
| 6. Alternative Tax Net Operating Loss Deduction | |
| 7. Alternative Minimum Taxable Income | 0.00 |
| 8. Exemption Amount | 131,539,269.00 |
| | 0.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 131,539,269.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 26,353,216.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 26,353,216.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 26,406,046.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

### EXEMPTION WORKSHEET (Line 8)

| | |
|---|---:|
| A. Exemption amount based on filing status | 33,750.00 |
| B. Alternative Minimum Taxable Income (line 7) | 131,539,269.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 112,500.00 |
| D. Subtract line C from line B | 131,426,769.00 |
| E. Multiply line D by 25% | 32,856,692.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 0.00 |





Name of Taxpayer:    Thomas J Gonzales
Identification Number: 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          Total                    05/27/2008
                                                                      9.20.00

2000        **- FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES**
            **COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED**

1. Amount from Form 6251 Report, line 9
                                                              131,539,269.00

2. Amount from Schedule D Report, line 22 (refigured for AMT)
3. Amount from Schedule D Report, line 20 (refigured for AMT)    130,928,487.00
4. Add line 2 and 3                                                     0.00
5. Amount from Schedule D Report, line 17 (refigured for AMT)    130,928,487.00
                                                                130,928,487.00
6. Smaller of line 4 or line 5
7. Subtract line 6 from line 1                                   130,928,487.00
8. If line 7 is $175,000 or less ($87,500 if MFS) multiply          610,782.00
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from result
9. Amount from Schedule D Report, line 31                           167,519.00
10. Smallest of line 1, 2, or line 9                                    0.00
                                                                       0.00

11. Multiply line 10 by 10%
12. Smaller of line 1 or line 2                                         0.00
13. Amount from line 10                                          130,928,487.00
14. Subtract line 13 from line 12 (not less than 0)                     0.00
                                                                130,928,487.00
15. Multiply line 14 by 20%
16. Amount from line 1                                            26,185,697.00
17. Add lines 7, 10, and 14                                     131,539,269.00
18. Subtract line 17 from line 16                               131,539,269.00

19. Multiply line 18 by 25%                                             0.00
20. Add lines 8, 11, 15, and 19                                  26,353,216.00
21. If line 1 is $175,000 or less ($87,500 if MFS) multiply
    line 1 by 26%. Otherwise, multiply line 1 by 28% and
    subtract $3,500 ($1,750 if MFS) from result
                                                                 36,827,495.00

22. Smaller of line 20 or 21, enter here and on
    line 10 of Form 6251 Report                                  26,353,216.00






Name of Taxpayer:    Thomas J Gonzales
Identification Number: 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                    05/27/2008
                                          Total        9.20.00

2000 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | |
| 2. Short-term capital loss carryover | (1,593,009.00) |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 0.00 |
| 4. Long-term capital gain or loss | (1,593,009.00) |
| 5. Long-term capital gain or loss carryover | 132,521,496.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 0.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 132,521,496.00 |
| 8. Capital loss limitation | 130,928,487.00 |
| 9. Capital Gain or Loss - As Corrected | 0.00 |
| 10. Capital Gain or Loss - Per Return | 130,928,487.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 130,928,487.00 |
| | 0.00 |

**CORRECTED CARRYOVER**

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | |
| 13. Long-term Carryover to Subsequent Year | 0.00 |
| | 0.00 |

**COMPUTATION OF ALTERNATE TAX**

| | |
|---|---:|
| 14. Taxable Income | |
| 15. Smaller of line 6 or line 7 | 131,541,313.00 |
| 16. Form 4952, line 4e | 130,928,487.00 |
| 17. Subtract line 16 from line 15 | 0.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 130,928,487.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 0.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 130,928,487.00 |
| 24. Smaller of line 14 or 26,250.00 | 612,826.00 |
| 25. Smaller of line 23 or line 24 | 26,250.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 26,250.00 |
| 27. Larger of line 25 or line 26 | 612,826.00 |
| 28. Tax on amount on line 27 | 612,826.00 |
| 29. Amount from line 24 | 220,349.00 |
| 30. Amount from line 23 | 26,250.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 612,826.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 0.00 |
| 34. Amount from line 31 | 130,928,487.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 0.00 |
| 36. Multiply line 35 by 20% | 130,928,487.00 |
| 37. Smaller of line 17 or line 20 | 26,185,697.00 |
| 38. Add lines 17 and 27 | 0.00 |
| 39. Amount from line 14 | 131,541,313.00 |
| 40. Subtract line 39 from line 38 | 131,541,313.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 0.00 |
| 44. Add lines 27, 31, 35, and 41 | 131,541,313.00 |
| 45. Subtract line 44 from line 43 | 131,541,313.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 0.00 |
| | 26,406,046.00 |



# Exhibit 3



**Internal Revenue Service**
1301 Clay Street, Suite 895S, Oakland, CA 94612

**Department of the Treasury**

RECEIVED

JUN 1 2 2008

MARTIN A. SCHAINBAUM
APLC

Taxpayer Identification Number:
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
Kind of Tax:
Income
Tax Period(s) Ended
December 31, 2000
Amount of Claim:
$166,198
Date Claim Received:
08/20/2007
Person to Contact:
Paul Doerr

Date:     JUN 1 1 2008

Thomas J. Gonzales (dec'd)
Thomas J. Gonzales II, Adminstrator
134 Lakes Blvd
Dayton, NV 89403-8804

Contact Telephone Number:
(916) 974-5568
Employee Identification Number:
68-11438



Dear  Thomas J. Gonzales II, Adminstrator:

We are sorry, but we cannot allow your claim for an adjustment to your tax, for the reasons stated below. This letter is your legal notice that we have fully disallowed your claim.

If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a *Waiver of Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

We have enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree*, and Publication 594, *The IRS Collection Process*, if additional tax is due.

(over)

Letter 906 (DO) (Rev. 6-2000)
Cat. No. 14977B



If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

*Susan G. Braunz*

Susan G. Braunz
Technical Services Territory Manager

Enclosures:
Publication 5
☒ Publication 594

Reasons for disallowance:

We have disallowed your claim because it was determined that you were not entitled to a capital loss for taxable year 2000. See examination report previously furnished to you.

Letter 906 (DO) (Rev. 6-2000)
Cat No. 14978B

1   Martin A. Schainbaum, SBN 37257
    Bryant W. H. Smith, SBN 250035
2   MARTIN A. SCHAINBAUM
    A Professional Law Corporation
3   351 California Street, Suite 800
    San Francisco, CA  94104
4   Telephone:  (415) 777-1040
    Facsimile:  (415) 981-1065
5   E-Mail:    schainbm@taxwarrior.com

6   Attorneys for Plaintiff
7   Tom Gonzales

8               UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12

13                                   )    Case No.
                                  )

14   TOM GONZALES, as Personal        )    **PROOF OF SERVICE**
    Representative for the Estate of Thomas J.    )

15   Gonzales, II,                        )
                                  )

16             Plaintiff,            )
                                  )

17   v.                                    )
                                  )

18   UNITED STATES OF AMERICA, the     )
    DEPARTMENT OF TREASURY by its    )

19   agency, INTERNAL REVENUE        )
    SERVICE,                        )

20                                   )

21             Defendant.         )

22                                   )

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over eighteen years of age and not a party to the above action. My business address is 351 California Street, Suite 800, San Francisco, CA 94104-2406.

On July____2____,2008, I personally served a true copy of:

**COMPLAINT AND DEMAND FOR JURY TRIAL;**

on the interested parties named below, via Federal Express overnight delivery, addressed as follows:

> Attorney General
> United States of America Department of Justice
> Attention: Assistant Attorney General, Tax Division
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> Donald Korb, Chief Counsel
> Office of Chief Counsel, Internal Revenue Service
> 1111 Constitution Avenue, N.W.
> Washington, D.C. 20002-6433
>
> United States Attorney
> Attention:  Assistant United States Attorney
> Thomas Moore
> Chief, Tax Division
> 450 Golden Gate Avenue
> Box 36055
> San Francisco, CA 94102
>
> Office of Area Counsel, Internal Revenue Service
> Attention:  Paul Zamolo, Esq.
> Associate Area Counsel
> 160 Spear Street, 9th Floor
> San Francisco, CA 94105

1

Paul Doerr
2      Revenue Agent
Internal Revenue Service
3      4330 Watt Avenue
Sacramento, CA 95821
4

5

6

7

8    Dated:      July 2 , 2008                _____
CHERYL M. WONG
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28