Martin A. Schainbaum, SBN 37257
Bryant W. H. Smith, SBN 250035
MARTIN A. SCHAINBAUM
A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 777-1040
Facsimile: (415) 981-1065
E-Mail: schainbm@taxwarrior.com

Attorneys for Plaintiff
Tom Gonzales

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, INTERNAL REVENUE SERVICE,<br><br>   Defendant. | Case No. CV 08 3189 JL<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am over eighteen years of age and not a party to the above action. My business address is 351 California Street, Suite 800, San Francisco, CA 94104-2406.

On July 3, 2008, I personally served a true copy of the **ORDER SETTING MANAGMEENT CONFERENCE (EXCLUDED CASES)** signed by United States Magistrate Judge James Larson filed on July 2, 2008 and entered on July 3, 2008, on the interested parties named below, via Federal Express overnight delivery, addressed as follows:

Attorney General
United States of America Department of Justice
Attention: Assistant Attorney General, Tax Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Donald Korb, Chief Counsel
Office of Chief Counsel, Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20002-6433

United States Attorney
Attention: Assistant United States Attorney
Thomas Moore
Chief, Tax Division
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Office of Area Counsel, Internal Revenue Service
Attention: Paul Zamolo, Esq.
Associate Area Counsel
160 Spear Street, 9th Floor
San Francisco, CA 94105

1 | Paul Doerr
2 | Revenue Agent
  | Internal Revenue Service
3 | 4330 Watt Avenue
  | Sacramento, CA 95821

Dated:    July 3, 2008

_____
CHERYL M. WONG

PROOF OF SERVICE - 3 -