AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>Plaintiff<br>v.<br>UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendant | Civil Action No. CV-08-3189 |

**Summons in a Civil Action**

To: UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, the IRS

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Martin A. Schainbaum
Martin A. Schainbaum, PLC
351 California Street, Suite 800
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  2 July 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __2 July 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on __2 July 2008__.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

SEE PROOF OF SERVICE ATTACHED TO COMPLAINT.

Date: __2 July 2008__

                                                  *[signature]*
                                                  Server's signature

                                        Bryant W. H. Smith, Esq.
                                                  Printed name and title

                              351 California St., Ste. 800 San Francisco, CA 94104
                                                          Server's address