JOSEPH P. RUSSONIELLO
United States Attorney
JEREMY N. HENDON
AMY MATCHISON (SBN 217022)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
             (202) 307-6531
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. C-08-3189-JL<br><br>DECLARATION OF AMY MATCHISON IN SUPPORT OF STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

I, Amy Matchison, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Tax Division of the U.S. Department of Justice and have been assigned to represent the United States in the above-captioned matter.

2. The requested extension of time for the United States to respond to the complaint is needed to allow counsel for the United States to obtain and carefully review all of the administrative materials from the Internal Revenue Service. The requested extension also includes extending the Initial Case Management Conference.

3. There have been no previous time modifications in this case.

4. The requested time modification would only affect the Initial Case Management Conference date, as that is the only date scheduled thus far in this case.

1 | I HEREBY DECLARE under penalty of perjury that the foregoing declaration is true and
2 | correct.
3 | Dated this 26th day of August, 2008.

        /S/ Amy Matchison
        AMY MATCHISON
        Trial Attorney, Tax Division
        U.S. Department of Justice

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **DECLARATION OF AMY MATCHISON IN SUPPORT OF STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** has been made this 26th day of August, 2008 via the Court's CM/ECF system to:

Martin A. Schainbaum, Esq.          schainbm@taxwarrior.com

/S/ Amy Matchison
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice