1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JEREMY N. HENDON
   AMY MATCHISON (SBN 217022)
3  Trial Attorneys, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington DC 20044-0683
5  Telephone: (202) 353-2466
              (202) 307-6531
6  Facsimile: (202) 307-0054
   E-mail: Jeremy.Hendon@usdoj.gov
7          Amy.T.Matchison@usdoj.gov
           Western.Taxcivil@usdoj.gov
8
   Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C-08-3189-JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

 /s/ Amy Matchison
AMY MATCHISON
United States Department of Justice,
Tax Division
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** has been made this 26th day of August, 2008 via the Court's CM/ECF system to:

Martin A. Schainbaum, Esq.          schainbm@taxwarrior.com

/s/ Amy Matchison
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE (No. C-07-3816 PVT)          2