JOSEPH P. RUSSONIELLO
United States Attorney
JEREMY N. HENDON
AMY MATCHISON (SBN 217022)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
         (202) 307-6531
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C-08-3189-JL <br><br> NOTICE OF APPEARANCE |

The United States of America, by and through its undersigned counsel, hereby gives notice that Jeremy N. Hendon, Trial Attorney, Tax Division, U.S. Department of Justice, will enter his appearance as trial counsel in addition to Amy Matchison in the above-captioned matter. Please serve copies of all future pleadings, orders, communications, and other transmittals in this matter upon the undersigned, in addition to Amy Matchison, at the following address:

> Jeremy N. Hendon
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Ben Franklin Station - P.O. Box 683
> Washington, D.C.  20044
> Telephone: (202) 353-2466
> Facsimile: (202) 307-0054
> Jeremy.Hendon@usdoj.gov

1 | DATED this 4th day of September, 2008.

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
United States Attorney


 /s/ Jeremy N. Hendon
JEREMY N. HENDON
United States Department of Justice,
Tax Division
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **NOTICE OF APPEARANCE** has been made this 4th day of September, 2008 via the Court's CM/ECF system to:

Martin A. Schainbaum, Esq.          schainbm@taxwarrior.com

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice