JOSEPH P. RUSSONIELLO
United States Attorney
JEREMY N. HENDON
AMY MATCHISON (SBN 217022)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
         (202) 307-6531
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TOM GONZALEZ, as Personal Representative for the Estate of Thomas J. Gonzalez, II,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C-08-3189-SBA<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO AMEND ORDER FOR PRETRIAL PREPARATION<br><br>Date:   April 28, 2009<br>Time:   1:00 p.m. |

Pending before the Court is the United States' Motion to Amend the Order for Pretrial Preparation. Having considered the motion, the submissions, and the applicable law, and for good cause showing, the Court ORDERS:

1. The deadline for the exchange of expert witness designations (identification only) remains July 7, 2009;

2. Expert reports to be exchanged by February 5, 2010; and

3. Expert rebuttal reports to be exchanged by March 5, 2010.

ORDERED this __6th__ day of __April_____ 2009, at Oakland, California

_____
UNITED STATES DISTRICT JUDGE