Paul S. Jasper (CSB # 200138)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
Email: pjasper@dl.com

Lawrence M. Hill (admitted *pro hac vice*)
Kelly A. Librera (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Email: lhill@dl.com, klibrera@dl.com

Attorneys for Non-Party Deutsche Bank

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and the DEPARTMENT OF TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-08-3189 SBA (EDL)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY DEUTSCHE BANK'S MOTION TO QUASH PLAINTIFF'S SUBPOENA FOR A RULE 30(b)(6) DOCUMENT CUSTODIAN DEPOSITION AND DENYING PLAINTIFF'S MOTION TO COMPEL A RULE 30(b)(6) DOCUMENT CUSTODIAN DEPOSITION**<br><br>Honorable Elizabeth D. Laporte |

[Proposed] Order Granting Non-Party Deutsche Bank's Motion to Quash Plaintiff's Subpoena for a Rule 30(b)(6) Document Custodian Deposition and Denying Plaintiff's Motion to Compel a Rule 30(b)(6) Document Custodian Deposition

**C-08-3189 SBA (EDL)**

**WHEREAS** Plaintiff and Non-Party Deutsche Bank, by and through their respective counsel, appeared on December 1, 2009, before the Honorable Elizabeth D. Laporte for a hearing on Non-Party Deutsche Bank's Motion to Quash Plaintiff's Subpoena for a Rule 30(b)(6) Document Custodian Deposition and Plaintiff's Motion to Compel a Rule 30(b)(6) Document Custodian Deposition; and

**WHEREAS** the Court considered the writings and memoranda submitted by Deutsche Bank and Plaintiff and after hearing oral argument by counsel, **ORDERED** that

(a) Non-Party Deutsche Bank's Motion to Quash Plaintiff's Subpoena for a Rule 30(b)(6) Document Custodian Deposition is **GRANTED**, provided that Deutsche Bank executes a declaration as described in paragraph (c); and

(b) Plaintiff's Motion to Compel a Rule 30(b)(6) Document Custodian Deposition is **DENIED**; and

(c) Deutsche Bank is to provide, in the form of a declaration, information concerning documents Bates-stamped TG 01491-TG 01500, TG 01509-TG 01518, TG 01528-TG 01537, TG 01546-TG 01555, and TG 01560-TG 01583, which documents were produced by another party and have not been located by Deutsche Bank, but Deutsche Bank has no reason to believe that such documents are not authentic and appear to be (i) on Deutsche Bank letterhead and (ii) similar in form to other contracts and transaction documentation created and maintained by Deutsche Bank during the course of its regularly conducted business activity. Additionally, documents TG 01560-TG 01583 appear to be signed by individuals who were employed by Deutsche Bank as of the date of said documents.

2

[Proposed] Order Granting Non-Party Deutsche Bank's Motion to Quash Plaintiff's Subpoena for a Rule 30(b)(6) Document Custodian Deposition and Denying Plaintiff's Motion to Compel a Rule 30(b)(6) Document Custodian Deposition
**C-08-3189 SBA (EDL)**

Deutsche Bank is to provide the declaration by December 16, 2009.

**IT IS SO ORDERED.**

December 10, 2009
Date

*Elizabeth D. Laporte*
Hon. Elizabeth D. Laporte

DEWEY & LeBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111