JOSEPH P. RUSSONIELLO
United States Attorney
JEREMY N. HENDON
LANDON M. YOST (SBN 267847)
W. CARL HANKLA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
         (202) 307-6531
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Landon.M.Yost@usdoj.gov
        W.Carl.Hankla@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOM GONZALES, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C-08-3189-SBA<br><br>**ORDER GRANTING**<br>**UNITED STATES' EX PARTE APPLICATION** |

Before the Court is the United States' United States' Ex Parte Application to Either Extend the Dispositive Motion Cut-Off Deadline or to Allow the United States' Motion to be Heard on the Original Motion Cut-Off Date. Having considered the Ex Parte Application, and for good cause showing, the Court GRANTS the Ex Parte Application and ORDERS that the United States' Motion for Summary Judgment shall be heard on **November 2**, 2010 at 1:00 p.m. in the courtroom of the Honorable Saundra Brown Armstrong, located at Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612.

DATED this 24th day of August, 2010.

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE