UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No: C 08-03189 SBA<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION** |

Presently before the Court is Defendant's unopposed Motion for Administrative Relief to Exceed the Page Limitation in its Opposition to Plaintiff's Motion for Partial Summary Judgment ("Administrative Motion"), whereby Defendant seeks leave to file an opposition brief that is thirty-one pages in length. Dkt. 97. Absent leave of court, the maximum length of an opposition brief is twenty-five pages. Civ. L.R. 7-4(b). The Court notes that Plaintiff's opening brief in support of his Motion for Partial Summary Judgment is only twenty-one pages. Upon review of Defendant's Administrative Motion,

IT IS HEREBY ORDERED THAT Defendant's Administrative Motion is DENIED.[1] This order terminates Docket 97.

IT IS SO ORDERED.

Dated: September 30, 2010

                                                  SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] Defendant should be aware that arguments presented in a direct and concise manner are generally more effective than those that are not. See Fleming v. County of Kane, State of Ill., 855 F.2d 496, 497 (7th Cir. 1988) ("Overly long briefs, however, may actually hurt a party's case, making it 'far more likely that meritorious arguments will be lost amid the mass of detail.'") (quoting in part United States v. Keplinger, 776 F.2d 678, 683 (7th Cir. 1985)).