UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOM GONZALEZ, as Personal Representative for the Estate of Thomas J. Gonzales, II,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No:  C 08-3189 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 3/4/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge